AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MARGLLI GALLEGO, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. 20-cv-24374 |
| IVETTE PEREZ, CARLOS LUFFI, RICKY GARCIA, FLAVIO ESCOBAR, all individually, and who are all residents of the State of Florida | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RICKY GARCIA
c/o Miami Dade Police Dept./Hammocks
10000 SW 142nd Ave
Miami, FL  33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HILTON NAPOLEON, II
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL  33134
Telelphone: (305) 476-7100
Email: hnapoleon@rascoklock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MARGLLI GALLEGO,<br><br>*Plaintiff(s)*<br><br>v.<br><br>IVETTE PEREZ, CARLOS LUFFI, RICKY GARCIA, FLAVIO ESCOBAR, all individually, and who are all residents of the State of Florida<br><br>*Defendant(s)* | Civil Action No. 20-cv-24374 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARLOS LUFFI
c/o Miami Dade Police Dept.
9105 NW 25 St.
Miami, FL  33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
HILTON NAPOLEON, II
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL  33134
Telelphone: (305) 476-7100
Email: hnapoleon@rascoklock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Doris Jones
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MARGLLI GALLEGO,<br><br>*Plaintiff(s)*<br><br>v.<br><br>IVETTE PEREZ, CARLOS LUFFI, RICKY GARCIA, FLAVIO ESCOBAR, all individually, and who are all residents of the State of Florida<br><br>*Defendant(s)* | Civil Action No. 20-cv-24374 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FLAVIO ESCOBAR
c/o Miami Dade Police Dept./Hammocks
10000 SW 142nd Ave
Miami, FL  33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HILTON NAPOLEON, II
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL  33134
Telelphone: (305) 476-7100
Email: hnapoleon@rascoklock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Oct 27, 2020

Angela E. Noble
Clerk of Court



SUMMONS

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| MARGLLI GALLEGO,<br><br>*Plaintiff(s)*<br>v.<br>IVETTE PEREZ, CARLOS LUFFI, RICKY GARCIA, FLAVIO ESCOBAR, all individually, and who are all residents of the State of Florida<br><br>*Defendant(s)* | Civil Action No. 20-cv-24374 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  IVETTE PEREZ
c/o Miami Dade Police Dept.
9105 NW 25 St.
Miami, FL  33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HILTON NAPOLEON, II
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL  33134
Telelphone: (305) 476-7100
Email: hnapoleon@rascoklock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2020



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Doris Jones*
Deputy Clerk
U.S. District Courts