## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:20-CV-24374-BB

Plaintiff:
**MARGLLI GALLEGO**

vs.

Defendant:
**IVETTE PEREZ, ET AL.,**


OJF2020015401

For:
Hilton Napoleon, II, Esq
RASCO KLOCK PEREZ NIETO
2555 Ponce De Leon Blvd
Suite 600
Corl Gables, FL 33134

Received by OJF SERVICES, INC. on the 27th day of October, 2020 at 6:25 pm to be served on **FLAVIO ESCOBAR, 10000 S.W. 142ND AVENUE, MIAMI, FL 33186**.

I, GREG SCHULTE, do hereby affirm that on the **4th day of November, 2020** at **2:15 pm, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **FLAVIO ESCOBAR** at the address of: **7707 SW 117 AVE, MIAMI, FL** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GREG SCHULTE**
CPS #245

**OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750**

Our Job Serial Number: OJF-2020015401

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1w

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MARGLLI GALLEGO, <br><br> *Plaintiff(s)* <br> v. <br> IVETTE PEREZ, CARLOS LUFFI, RICKY GARCIA, FLAVIO ESCOBAR, all individually, and who are all residents of the State of Florida <br><br> *Defendant(s)* | Civil Action No. 20-cv-24374 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLAVIO ESCOBAR
c/o Miami Dade Police Dept./Hammocks
10000 SW 142nd Ave
Miami, FL 33186

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HILTON NAPOLEON, II
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Telephone: (305) 476-7100
Email: hnapoleon@rascoklock.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 27, 2020

SUMMONS

s/ Doris Jones
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court