# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of Florida

Case Number: 20-CV-24374

Plaintiff:
**MARGGLI GALLEGO**

vs.

Defendant:
**IVETTE PEREZ, ET AL.**

For:
HILTON NAPOLEON, ESQ.
RASCO KLOCK ET AL
2555 PONCE DE LEON LVD
SUITE 600
CORAL GABLES, FL 33134

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 15th day of November, 2020 at 7:42 pm to be served on **IVETTE PEREZ C/O MIAMI DADE POLICE DEPT, 9105 NW 25 STREET, MIAMI, FL 33172**.

I, Manny Sires, do hereby affirm that on the **20th day of November, 2020** at **9:20 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **IVETTE PEREZ C/O MIAMI DADE POLICE DEPT** and who is over the age of 15, at the address of **9105 NW 25 STREET, MIAMI, FL 33172**, the defendant/witness usual place of abode and informed said person of the contents therein, in compliance with State Statutes

**Additional Information pertaining to this Service:**
11/18/2020  12:00 pm  CONFIRMED WITH MDPD COURT LIAISON THE DEFENDANT BADGE # IS 3199 AND WORKS IN ECONOMIC CRIMES MONDAY-FRIDAY 8AM-4PM AND HAS A DIRECT NUMBER AT 305-994-1027
11/18/2020  2:10 pm  ATTEMPTED SERVICE.  WAS ADVISED THE DEFENDANT WAS NOT IN THE OFFICE.  I LEFT A VOICEMAIL TO CONTACT ME
11/19/2020  10:12 am  WAS ADVISED TO SERVE DEFENDANTS ON THIS DATE PRIOR TO 1:00 PM OR 11/20 BETWEEN 9:00 AM-11:30 AM.  SERVICE ON THIS DATE WOULD NOT BE POSSIBLE.  WE WILL SERVE TOMORROW THE 20TH.

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

**Manny Sires**
Process Server #1098

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
8724 SW 72nd Street
#402
Miami, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2020003472

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t