UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-24374-BLOOM/Otazo-Reyes**

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, *et al.*,

    Defendants.

_____/

## ORDER ON DEFAULT PROCEDURES

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Plaintiff filed the above-captioned action on October 23, 2020, ECF No. [1]. Summonses were issued as to Defendants Flavio Escobar and Ricky Garcia ("Defendants") on October 27, 2020. ECF No. [4]. Service of the summonses and Complaint was executed on Defendants on November 4, 2020, setting a response deadline of November 25, 2020. ECF Nos. [6] and [7]. To date, Defendants have failed to answer or otherwise respond to the Complaint. Accordingly, it is **ORDERED AND ADJUDGED** that

1. Defendants must file a response to the Complaint by or before **December 7, 2020**.

2. If Defendants fail to file any response to the Complaint, Plaintiff shall submit a Motion for Entry of Clerk's Default with respect to Defendants Flavio Escobar and Ricky Garcia no later than **December 14, 2020**, that includes the certificate of service indicating that notice of this Order was sent to Defendants, including the address or addresses to which it was sent.

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to Defendants.

3. The Plaintiff is directed to serve a copy of this Order upon all defaulting Defendants.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 30, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Flavio Escobar
10000 S.W. 142nd Ave., Miami, FL 33186

Flavio Escobar
7707 S.W. 117 Ave., Miami, FL

Ricky Garcia
10000 S.W. 142nd Ave., Miami, FL 33186

Ricky Garcia
7707 S.W. 117 Ave., Miami, FL