UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  20-cv-24374-BLOOM/OTAZO-REYES

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

## STATUS REPORT REGARDING COURT'S ORDER ON DEFAULT PROCEDURES

Plaintiff, MARGLLI GALLEGO, by and through undersigned counsel, respectfully submits this Status Report Regarding Court's Order on Default Procedures, [D.E. 13], as it relates to the return of service on Ricky Garcia and Flavio Escobar and states the following.

1. On October 23, 2020, Plaintiff filed a civil right Complaint against the abovementioned defendants.

2. On November 4, 2020, Plaintiff filed a return of service as it relates to Ricky Garcia and Flavio Escobar.

3. On November 23, 2020, Plaintiff was informed that service upon Ricky Garcia and Flavio Escobar was defective, *i.e.* the process server provided Ricky Garcia and Flavio Escobar with a copy of the summons, but did not actually provide them with a copy of the Complaint.

4. On November 24, 2020, Plaintiff properly served Ricky Garcia and Flavio Escobar with a copy of the summons and the complaint. The return of service will be updated contemporaneously with this filing.

5. Accordingly, Ricky Garcia's and Flavio Escobar's responsive pleading to the Complaint is actually due on December 15, 2020.

**WHEREFORE**, Plaintiff, MARGLLI GALLEGO, respectfully requests that this Court grant Ricky Garcia and Flavio Escobar until December 15, 2020 to file a responsive pleading to Plaintiff's Complaint or any other relief that this Court deems proper and just.

                                                                               RASCO KLOCK PEREZ NIETO
*Counsel for the Plaintiff, Marglli Gallego*
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102
Email: hnapoleon@rascoklock.com


By: /s/ *Hilton Napoleon, II*
     Hilton Napoleon, II
     Fla. Bar No.: 17593

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on all counsel or parties of record via transmission of Notices of Electronic Filing generated by CM/ECF on this 7th day of December 2020.

    RASCO KLOCK PEREZ NIETO
    *Counsel for the Plaintiff, Marglli Gallego*
    2555 Ponce de Leon Blvd., Suite 600
    Coral Gables, Florida 33134
    Telephone: 305.476.7100
    Facsimile:  305.476.7102
    Email:   hnapoleon@rascoklock.com

    By: /s/  *Hilton Napoleon, II*
        Hilton Napoleon, II
        Fla. Bar No.: 17593