## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-24374

Plaintiff:
**MARGGLI GALLEGO**

vs.

Defendant:
**IVETTE PEREZ, ET AL.**

For:
HILTON NAPOLEON, ESQ.
RASCO KLOCK ET AL
2555 PONCE DE LEON LVD
SUITE 600
CORAL GABLES, FL 33134

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 17th day of November, 2020 at 9:30 am to be served on **FLAVIO ESCOBAR C/O MIAMI DADE POLICE DEPT, 10000 SW 142 AVE, MIAMI, FL 33186**.

I, Manny Sires, do hereby affirm that on the **24th day of November, 2020** at **2:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **FLAVIO ESCOBAR C/O MIAMI DADE POLICE DEPT** and who is over the age of 15, at the address of **7707 SW 117 AVENUE, MIAMI, FL**, the defendant/witness usual place of abode and informed said person of the contents therein, in compliance with State Statutes

**Additional Information pertaining to this Service:**
11/18/2020  1:00 pm  ATTEMPTED SERVICE.  WAS ADVISED DEFENDANT HAS BADGE #4588 AND IS ON VACATION 11/14-11/23,  WORK SCHEDULE IS TUE-SAT 8AM-3PM.
11/24/2020  1:45 pm  ARRIVED AT THE KENDALL STATION.  WAS ADVISED ESCOBAR WAS ON PATROL AND COULD RETURN TO THE STATION IN 20-30 MINUTES.  I WAITED FOR ESCOBAR TO ARRIVE.

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

**Manny Sires**
Process Server #1098

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2020003503