# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 20-CV-24374

Plaintiff:
**MARGGLI GALLEGO**

vs.

Defendant:
**IVETTE PEREZ, ET AL.**

For:
HILTON NAPOLEON, ESQ.
RASCO KLOCK ET AL
2555 PONCE DE LEON LVD
SUITE 600
CORAL GABLES, FL 33134

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC on the 17th day of November, 2020 at 9:30 am to be served on **RICKY GARCIA C/O MIAMI DADE POLICE DEPT, 10000 SW 142 AVE, MIAMI, FL 33186**.

I, Manny Sires, do hereby affirm that on the **24th day of November, 2020** at **2:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS AND COMPLAINT**, with my initials; identification number (if applicable); the date and hour of service endorsed thereon by me to, **RICKY GARCIA C/O MIAMI DADE POLICE DEPT** and who is over the age of 15, at the address of **10000 SW 142 AVE, MIAMI, FL 33186**, the defendant/witness usual place of abode and informed said person of the contents therein, in compliance with State Statutes

**Additional Information pertaining to this Service:**
11/18/2020  1:00 pm  ATTEMPTED. SERVICE.  7707 SW 117 AVE STATION WHERE SERVICE WAS EFFECTED PRIOR.  THE DESK OFFICER COULD NOT LOCATE THE DEFENDANT AT THE STATION ROSTER.  I CALLED THE COURT LIAISON AGAIN AND WAS ADVISED THE CORRECT SPELLING IS "RICKIE" AND HAS A BADGE # 5473.  IS LOCATED IN AGRICULTURAL PATROL 7617 SW 117 AVE., NEXT DOOR TO THE STATION.  I KNOCKED ON THE DOOR AND NO ANSWER.  I RETURNED TO THE DESK OFFICER WHO ADVISED AGRICULTURAL PATROL WORK OUT OF HAMMOCKS STATION.  DEFENDANT HAS A WORK SCHEDULE OF SUN-WED 6AM-4PM.
11/24/2020  1:30 pm  ATTEMPTED SERVICE AT THE HAMMOCKS STATION.  WAS ADVISED THE DEFENDANT WAS ON PATROL.  THE DESK OFFICER CONTACTED HIM AND HE ADVISED THE DEFENDANT COULD BE BACK AT THE STATION IN ONE HOUR.  I LEFT TO SERVE CO-DEFENDANT ESCOBAR AT THE KENDALL STATION
11/24/2020  2:30 pm  I RETURNED TO THE HAMMOCKS STATION AND SERVED GARCIA

## RETURN OF SERVICE For 20-CV-24374

I do hereby certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true and correct to the best of my knowledge. NO NOTARY REQUIRED PER FLORIDA STATUTE.

*[signature: M.E. Sires]*

**Manny Sires**
Process Server #1098

**LEGAL PROCESS SERVICE & INVESTIGATIONS, LLC**
**8724 SW 72nd Street**
**#402**
**Miami, FL 33173**
**(305) 412-1178**

Our Job Serial Number: LIM-2020003504