UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO          :
                         :
   Plaintiff(s),         :
                         :
v.                       :     CASE NO.: 20-24374-CIV-BLOOM
                         :
IVETTE PEREZ, *et. al.*, :
                         :
   Defendant(s).         :
_____  :

**DEFENDANTS'** *Unopposed* **MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

All Defendants respectfully move for an extension of time to respond to the Complaint. This motion is not opposed. The good cause supporting this motion is as follows:

1. Defendants Officers Garcia and Escobar were served with a Summons but not the Complaint in this lawsuit on November 4, 2020 (instead, they were served with a different complaint that the same plaintiff filed in state court in a case in which neither Officer Garcia nor Officer Escobar is a party).

2. Defendants Officers Perez and Luffi were properly served on November 20, 2020. Their responses are presently due on December 11, 2020.

3. Undersigned conferred with Plaintiff's counsel on November 23, 2020, during which time the parties confirmed that the service on Officers Garcia and Escobar was defective and Plaintiff's counsel advised he was in the process of re-serving them.

4. Officers Garcia and Escobar were properly served on November 24, 2020, making their responses due on December 15, 2020.

5. On December 1, 2020, Plaintiff's counsel contacted undersigned counsel to advise that the Court had entered an order on default procedures under the mistaken assumption that the

initial service on Defendants Garcia and Escobar was proper. Plaintiff's counsel advised that he would respond to the Court informing the Court that the initial service was defective and therefore there was no basis to default these Officers.

6. Undersigned counsel is presently engaged in substantial pretrial litigation in other matters, including five depositions this week and next, and requests additional time to respond to the Complaint. In addition, the Court and parties will benefit from a joint response date rather than seriatim responses by defendants.

7. Accordingly, all Defendants request that the Court grant an extension to respond to the Complaint until December 31, 2020.

6. This motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor unduly delay the proceedings in this matter.

7. A proposed Order accompanies this motion.

Accordingly, Defendants request that the Court extend the time to file their responses to the Complaint until **December 31, 2020**.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

In compliance with Local Rule 7.1., I hereby certify that counsel for the movants has conferred in good faith with Plaintiff's counsel who does not oppose this relief.

Dated:  December 7, 2020.

      Respectfully submitted,

      ABIGAIL PRICE-WILLIAMS
      Miami-Dade County Attorney
      Stephen P. Clark Center
      111 N.W. 1st Street, Suite 2810
      Miami, Florida  33128

By:   /s/ Ezra S. Greenberg
      Ezra S. Greenberg
      Assistant County Attorney
      Fla. Bar. No. 85018
      Telephone: (305) 375-5151
      Facsimile: (305) 375-5643
      Email: ezrag@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

      /s/ Ezra S. Greenberg
      Assistant County Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO             :
                            :
    Plaintiff(s),            :
                            :
v.                           :      **CASE NO.: 20-24374-CIV-BLOOM**
                            :
IVETTE PEREZ, *et. al.*,     :
                            :
    Defendant(s).            :
_____:

**ORDER GRANTING DEFENDANTS' MOTION
FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint (D.E. __ ). Having considered the motion, and for good cause shown, it is hereby ordered that:

1.   The motion is granted.

2.   Defendants shall file their responses on or before December 31, 2020.

DONE AND ORDERED in Chambers, Miami, Florida, December ___ , 2020.

                                                  _____
                                                  United States District Judge

cc: counsel of record

OFFICE OF THE COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151