UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record and Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, ECF No. [17]. Plaintiff filed the above-captioned action on October 23, 2020, ECF No. [1]. Summonses were issued as to Defendants Flavio Escobar and Ricky Garcia ("Defendants") on October 27, 2020. ECF No. [4]. On November 30, 2020, the Court entered an Order on Default Procedures, requiring Defendants to respond to the Complaint by December 7, 2020, because the docket's filings reflected that Defendants were served on November 4, 2020, which set a response deadline of November 25, 2020. ECF No. [13] ("Order") (citing ECF Nos. [6] and [7]).

On December 7, 2020, Plaintiff filed a Status Report regarding Court's Order on Default Procedures, ECF No. [14] ("Status Report"), representing that on November 23, 2020, Plaintiff was informed that service on Defendants was defective. Instead, according to Plaintiff, Defendants were properly served on November 24, 2020, not on November 4, 2020. *Id.*; *see also* ECF Nos. [15] and [16] (setting Defendants' response deadline of December 15, 2020). The Status Report requests that Defendants have until December 15, 2020 to respond to the Complaint. The

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

Defendants thereafter filed their Motion requesting an extension to respond to the Complaint by December 31, 2020.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, **ECF No. [17]**, is **GRANTED. The Defendants** shall file their Answers/Responses to the Complaint **by December 31, 2020.**

2. The Court's Order**, ECF No. [13],** is **VACATED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 7, 2020.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record