# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-24374-BLOOM/OTAZO-REYES

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

## STIPULATION TO DEFENDANT PEREZ AND LUFFI'S MOTION TO STAY CASE AND VACATE OR SUSPEND SCHEDULING ORDER

Plaintiff, MARGLLI GALLEGO, by and through undersigned counsel, respectfully submits this *Stipulation* to Defendant Ivette Perez and Carlos Luffi's *Motion to Stay Case and Vacate or Suspend Scheduling Order*, [D.E. 23], and states the following in support thereof:

After reviewing the Eleventh Circuit Court of Appeal's decision in *Howe v. City of Enterprise*, 861 F.3d 1300 (11th Cir. 2017) and this Court's opinion *McDowell v. Gonzalez*, No. 19-cv-23110 (S.D. Fla. Nov. 12, 2019), [D.E. 58], and after considering the current status of cases in our court system due to COVID-19, undersigned counsel stipulates that the relief requested in defendants' motion to stay is well taken.

                                                      Respectfully Submitted,

                                                      Hilton Napoleon, II, Esq., FBN 17593
                                                     RASCO KLOCK PEREZ NIETO
                                                     *Counsel for the Plaintiff, Marglli Gallego*
                                                     2555 Ponce de Leon Blvd., Suite 600
                                                     Coral Gables, Florida 33134
                                                     Telephone: 305.476.7100

          Facsimile: 305.476.7102
          Email: hnapoleon@rascoklock.com


          By: /s/ *Hilton Napoleon, II*
            Hilton Napoleon, II


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF and served on all counsel or parties of record via transmission of Notices of Electronic Filing generated by CM/ECF on this 11th day of January 2021.

          RASCO KLOCK PEREZ NIETO
          *Counsel for the Plaintiff, Marglli Gallego*
          2555 Ponce de Leon Blvd., Suite 600
          Coral Gables, Florida 33134
          Telephone: 305.476.7100
          Facsimile: 305.476.7102
          Email: hnapoleon@rascoklock.com


          By: /s/ *Hilton Napoleon, II*
            Hilton Napoleon, II
            Fla. Bar No.: 17593