UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Defendants' Expedited Motion to Stay Case and to Vacate or Suspend Scheduling Order, ECF No. [23] ("Motion"). In the Motion, Defendants request the Court stay the case and suspend all deadlines and obligations set forth in the Scheduling Order, ECF No. [19], until the Court resolves Defendants Luffi's and Perez's motion to dismiss, ECF No. [22]. In response, Plaintiff filed a Stipulation on January 11, 2021, stipulating that the relief requested in the Motion is "well taken." ECF No. [25] (citing *Howe v. City of Enterprise*, 861 F.3d 1300 (11th Cir. 2017) and *McDowell v. Gonzalez*, No. 19-cv-23110 (S.D. Fla. Nov. 12, 2019, ECF No. [58]). Upon review, the Court agrees.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [23]**, is **GRANTED**.

2. The case is **STAYED** pending resolution of Defendants' motion to dismiss, ECF No. [22].

3. The Court will enter an amended scheduling order following disposition of Defendants' motion to dismiss.

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 12, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record