UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE IN OPPOSITION TO DEFENDANT PEREZ AND LUFFI'S
MOTION TO DISMISS COUNTS I AND II OF THE COMPLAINT**

Plaintiff, MARGLLI GALLEGO ("Ms. Gallego"), respectfully requests an additional 14 days to file a response in opposition to Defendant Perez and Luffi's *Motion to Dismiss Counts I and II of the Complaint*, which was filed on December 30, 2020. *See* [D.E. 22]. In support thereof, Ms. Gallego states the following:

1. Ms. Gallego filed a Complaint pursuant to 42 U.S.C. 1983 against four Miami-Dade County police officers for violating her Fourth Amendment right against unlawful seizures. [D.E. 1].

2. On December 30, 2020, defendants Luffi and Perez filed a motion to dismiss, claiming that they are entitled to qualified immunity. [D.E. 22].

3. Unfortunately, undersigned counsel was in Detroit, MI at the time for his paternal uncle's (and father figure) funeral.

4. Based on the unfortunate circumstances, undersigned counsel is just now catching up on work related issues[1] and respectfully requests a 14-day extension of time (i.e. January 27, 2021) to file a response in opposition to the motion to dismiss.

5. Undersigned counsel contacted Ezra Greenberg, Esq. via email on January 11, 2021 regarding the extension and Mr. Greenberg indicated that he did not object.

Respectfully Submitted,

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II

---

[1] COVID-19 has disproportionality affected Counsel's family.  In March of 2020, Counsel's father, Hilton Napoleon, Sr., spent 71 days in the hospital fighting against COVID-19.  See https://www.fox2detroit.com/news/after-71-days-hospitalized-highland-park-police-chief-hilton-napoleon-beats-covid-19.  The situation was so dire that the hospital allowed counsel's sister and step-mother into the COVID wing of the ICU ward to see Hilton, Sr. one final time because the doctors did not believe that he was going to survive.  See https://www.facebook.com/hilton.napoleonii/posts/10219195680916392.  During the same time, at least eight other members of counsel's family contracted COVID-19.  See https://www.local10.com/news/local/2020/04/13/eight-members-of-south-florida-attorneys-family-have-covid-19/.  Although many of counsel's family members were very ill, all of them survived.  On December 17, 2020, counsel's only paternal uncle, Benny Napoleon, died from COVID-19 (the funeral was held on December 30, 2020).  See https://www.nytimes.com/2020/12/18/us/benny-napoleon-dead.html.  The lead physician who treated Benny had also treated Hilton, Sr.  After Benny's death, the physician told the Napoleon family that, when Benny first entered the ICU, she (the physician) was extremely concerned about his survival based upon what happened to Hilton, Sr.  Of great concern to undersigned counsel is that Hilton, Sr., counsel's father, and Benny, counsel's only paternal uncle, are the two men in his family that have the closest DNA to him. One of them died and the other survived only by the miraculous grace of God.  Counsel's mind was obviously preoccupied about the deaths in his family and about how genetics can contribute to the effects of COVID-19.

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that on or about January 11, 2021, undersigned counsel conferred with opposing counsel regarding an extension of time to file a response to the motion to dismiss and opposing counsel indicated that he did not object.

>Hilton Napoleon Esq., FBN 17593
>RASCO KLOCK  PEREZ NIETO
>2555 Ponce de Leon Blvd., Suite 600
>Coral Gables, Florida 33134
>Telephone: 305.476.7100
>Facsimile: 305.476.7102
>
>*Counsel for the Plaintiff, Marglli Gallego*
>
>By: */s/ Hilton Napoleon, II*
>     Hilton Napoleon, II

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2021, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II