UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO              :
                                                :
    Plaintiff(s),                :
                                                :
v.                                             :        **CASE NO.: 20-24374-CIV-BLOOM**
                                                :
IVETTE PEREZ, *et. al.*,        :
                                                :
    Defendant(s).              :
_____:

**DEFENDANTS'** *Unopposed* **MOTION FOR EXTENSION
OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS**

Defendants Carlos Luffi and Ivette Perez respectfully move for an extension of time to file their reply to Plaintiff's response to their motion to dismiss. This motion is not opposed. The good cause supporting this motion is as follows:

1. Defendants Luffi and Perez moved to dismiss the Complaint on December 30, 2020. ECF No. 22.

2. Plaintiff requested and received a 14-day extension and filed the response on January 26, 2021. ECF Nos. 27-29. Accordingly, the reply is due on February 2, 2021.

3. Undersigned counsel was out of the office last week for a family vacation and only returned on February 1, 2021. Undersigned counsel is presently engaged in substantial pretrial litigation in numerous other matters, including a plaintiff's deposition and another reply to a dispositive motion (for which an extension was already granted) in two other federals case both taking place this week.

4. Accordingly, Defendants Luffi and Perez request that the Court grant an extension of 7-days, or until February 9, 2021 to file their reply brief.

5. This motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor unduly delay the proceedings in this matter.

6. A proposed Order accompanies this motion.

Accordingly, Defendants request that the Court extend the time to file their reply brief to until **February 9, 2021**.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In compliance with Local Rule 7.1., I hereby certify that counsel for the movants has conferred in good faith with Plaintiff's counsel who does not oppose this relief.

Dated: February 2, 2021.

Respectfully submitted,

ABIGAIL PRICE-WILLIAMS
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida  33128

By: /s/ Ezra S. Greenberg
Ezra S. Greenberg
Assistant County Attorney
Fla. Bar. No. 85018
Telephone: (305) 375-5151
Facsimile: (305) 375-5643
Email: ezrag@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

/s/ Ezra S. Greenberg
Assistant County Attorney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| MARGLLI GALLEGO | : |
|     Plaintiff(s), | : |
| v. | :  **CASE NO.: 20-24374-CIV-BLOOM** |
| IVETTE PEREZ, *et. al.*, | : |
|     Defendant(s). | : |
| _____ | : |

**ORDER GRANTING DEFENDANTS' MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter comes before the Court on Defendants' Motion for Extension of Time to File Reply Brief (D.E. __ ). Having considered the motion, and for good cause shown, it is hereby ordered that:

1. The motion is granted.

2. Defendants shall file their reply on or before February 9, 2021.

DONE AND ORDERED in Chambers, Miami, Florida, February ___ , 2021.

_____
United States District Judge

cc: counsel of record

OFFICE OF THE COUNTY ATTORNEY, MIAMI-DADE COUNTY, FLORIDA
TELEPHONE (305) 375-5151