## CASE INFORMATION

| | | |
|---|---|---|
| **Court Case No.:** F21005594 | **State Case No.:** 132021CF0055940001XX | |
| **Name:** GALLEGO, MARGLLI | | **Date of Birth:** 07/25/1981 |
| **Date Filed:** 03/31/2021 | **Date Closed:** | **Warrant Type:** |
| **Assessment Amount:** $0.00 | **Balance Due:** $0.00 | **Stay Due Date:** |
| **Previous Case:** | **Next Case:** | |
| **Judge:** FERNANDEZ-KARAVETSOS, MARLENE | **Defense Attorney:** JAUREGUI, SABINO | |
| **Bfile Section:** F002 | **File Location:** FILE ROOM | **Box Number:** |

## HEARING

**Hearing Date:** 05/14/2021    **Hearing Time:** 09:00    **Hearing Type:** A
**Court Room:** REGJB - JUSTICE BUILDING, ROOM No.: 6-3
**Address:** 1351 N.W. 12 ST

## CHARGES

| Seq No. | Charge | Charge Type | Disposition |
|---|---|---|---|
| 1 | GRAND THEFT 2ND DEG | FELONY | |
| 2 | ORGANIZED FRAUD/50K+ | FELONY | |

## DOCKETS

| Seq. No. | Date | Book/Page | Docket |
|---|---|---|---|
| 19 | 04/16/2021 | | BOND RECEIVED 2021BB010103 |
| 18 | 04/16/2021 | | BOND RECEIVED 2021BB010102 |
| 17 | 04/15/2021 | | ARRAIGNMENT HEARING SCHEDULED FOR 05/14/2021 AT 09:00 |
| 16 | 04/15/2021 | | LNI AMT/ 10000 ISSUED 04/15/2021 POWER/2021BB010102 |
| 15 | 04/15/2021 | | LNI AMT/ 7500 ISSUED 04/15/2021 POWER/2021BB010103 |
| 14 | 04/15/2021 | | STAY AWAY ORDER REGINALD PHILLIPS |
| 13 | 04/15/2021 | | CURRENT BOND STATUS PC FOUND CT1 7500 CT2 10K NO NEBIA HOLD |
| 12 | 04/15/2021 | | FIRST APPEARANCE/BOND HEARING - P.M. |
| 11 | 04/15/2021 | | ATTORNEY TYPE APPOINTED AT BOND HEARING PRIVATE ATTORNEY |
| 6 | 04/14/2021 | | INFORMATION FILED |
| 10 | 04/12/2021 | | DEMAND FOR DISCOVERY REQUEST FOR INDICTMENT AND/OR INFORMATION |
| 9 | 04/12/2021 | | DEMAND FOR TRIAL BY JURY |
| 8 | 04/12/2021 | | WRITTEN PLEA OF NOT GUILTY |
| 7 | 04/12/2021 | | NOTICE OF APPEARANCE SABINO JAUREGUI, ESQ. |
| 1 | 03/31/2021 | | INTAKE ATTY ASSIGNED: ERNST, MARY |