## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CIVIL DIVISION

CASE NO.: 20-cv-24374-BB

MARGLLI GALLEGO,

      Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

      Defendants.

_____/

## SECOND AMENDED COMPLAINT

Plaintiff, MARGLLI GALLEGO, files this Second Amended Complaint against

Defendants IVETTE PEREZ, CARLOS LUFFI, RICKY GARCIA and FLAVIO ESCOBAR in

their individual capacities and allege the following:

## THE PARTIES, JURISDICTION, AND VENUE

At all times material to this action:

1.      Plaintiff, Marglli Gallego, ("Mrs. Gallego"), was a citizen of the State of Florida,

and a resident of Miami-Dade County, Florida.

2.      Defendant, Ivette Perez, ("Officer Perez"), was a resident the State of Florida, and

a police officer with the Miami-Dade County Police Department.

3.      Defendant, Carlos Luffi, ("Sergeant Luffi"), was a resident the State of Florida, and

a sergeant with the Miami-Dade County Police Department.

4.      Defendant, Ricky Garcia, ("Officer Garcia"), was a resident the State of Florida, and a police officer with the Miami-Dade County Police Department.

5.      Defendant, Flavio Escobar, ("Officer Escobar"), was a resident the State of Florida, and a police officer with the Miami-Dade County Police Department.

6.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 1983.  Venue is proper because the events giving rise to this claim all occurred within Miami-Dade County, Florida.

## THE FACTS GIVING RISE TO THE CLAIM

*Background Information*

7.      Mrs. Gallego is an owner of a condominium unit that is part of a "master" homeowners association named Hammocks Community Association, Inc. (the "Hammocks").

8.      The Hammocks is the largest homeowners association in Florida.

9.      The Hammocks encompasses over 3,800 acres of land, waterways, and beaches in Southwest Miami-Dade County.

10.     It has 6,537 residential units, including single-family homes, townhomes, and condominiums.

11.     If the Hammocks were a city, its land area would be larger than Miami Shores, Key Biscayne, and El Portal *combined*.

12.     The Hammocks is so large that it has its own Fourth of July fireworks display.

13.     The Hammocks is comprised of 44 subordinate associations, 18 of which it is directly responsible for managing.

14.     The Hammocks Board of Directors, management company, and employees are all collectively responsible for maintaining and securing all of the land, beaches, tiki-huts, gyms, fields, community centers, outer sidewalks, gates, and streets, amongst other things.

15.     This is no small task by any stretch of the imagination.

16.     The Hammocks annual budget is almost $5,000,000.00.

17.     Mrs. Gallego was on the Board of Directors of the Hammocks from 2015 to April 2021. She served as Treasurer from 2015 through 2017, and as President from 2018 until April 2021.

18.     Officer Perez and Sergeant Luffi are assigned to the Miami-Dade Police Department Economic Crimes Unit.

19.     Sergeant Luffi is Officer Perez's direct supervisor and has the authority to control her work duties.

20.     For the past three to four years, Officer Perez and Sergeant Luffi have made false, malicious, bad-faith, and defamatory statements about Mrs. Gallego to other property owners, vendors, and contractors.

21.     For instance, Officer Perez and Sergeant Luffi have publicly told property owners, vendors and contractors that Mrs. Gallego is stealing money from the Hammocks and is going to jail.

22.     Sergeant Luffi went so far as to confront a Hammocks contractor who was defending an unrelated civil injunction case (*i.e.*, a restraining order).

23.     Sergeant Luffi approached the contractor outside of the courthouse and demanded that the contractor "say something" against Mrs. Gallego.

24.     Sergeant Luffi offered to "help him out" in return.

25.     The contractor believed that Sergeant Luffi's heavy-handed invitation to "say something" against Mrs. Gallego was a bad-faith solicitation to falsely accuse her of a crime.

26.     The contractor refused to make up a lie against Mrs. Gallego.

27.     It is important to note that Sergeant Luffi knew that the contractor was represented by an attorney at the time, and that it was improper for him to confront a represented defendant outside of a courthouse and essentially offer him a quasi-cooperation agreement.

28.     Officer Perez and Sergeant Luffi also falsely and maliciously told contractors and vendors of the Hammocks that Mrs. Gallego was involved in an illegal "kick-back" scheme and was going to jail.

29.     Officer Perez and Sergeant Luffi threatened those same vendors with jail time unless they "cooperated" with them in their investigation against Mrs. Gallego.

30.     Mrs. Gallego was aware of all of the malicious statements and actions by Officer Perez and Sergeant Luffi, as listed above.

31.     Officer Perez and Sergeant Luffi's actions and statements were outside the scope of their duties and made in bad faith.

***Facts of this Incident***

32.     On March 6, 2018, the Hammocks held an election for the Board of Directors.

33.     It is important to note that, well before the March 6, 2018 election, the Hammocks paid "off-duty"[1] Miami-Dade County police officers to provide general security for the association.

---

[1] The officers are not technically "off-duty."  They are working in an overtime capacity, but are being paid by the Hammocks.

34.    Off-duty officers who worked for the Hammocks were required to wear their full uniform.

35.    Whenever elections were held, the Hammocks always directed at least one off-duty police officer to station himself outside of the main door of the association clubhouse (the location of the elections).

36.    At times, the off-duty officers stationed outside would enter the clubhouse during elections for various reasons.  Some off-duty officers were also posted inside of the clubhouse during the election.

37.    Before the election began, the off-duty officers were introduced to the Board of Directors and staff members who were present at the election.

38.    If fact, most board members and staff wore t-shirts or polo shirts with the Hammocks logo on it.

39.    The Hammocks management team informed all off-duty officers at the election to assist with crowd control and any aggressive individuals who may show up.  During prior elections, some individuals became upset when their names were not on the voter rolls.

40.    Since the election was not open to the public, the Board and management also informed the off-duty officers to prevent anyone who is not a member of the association from entering the clubhouse.

41.    During the March 6, 2018 election, Officer Garcia and Officer Escobar were working at the Hammocks in an "off-duty" capacity.

42.    Officer Garcia's primary responsibility was to guard the front door of the clubhouse during the election.

43.     Officer Escobar was more of a rover that day and did whatever was needed during the election.

44.     The Hammocks management told Officer Garcia and Officer Escobar to stop anyone from entering the clubhouse who was not a member of the Hammocks.

45.     The Hammocks left a membership list at the front entrance to assist the officers.

46.     At approximately 6:40 p.m., Officer Perez, Sergeant Luffi and another unknown police officer parked directly in front of the Hammocks clubhouse in unmarked police vehicles.

47.     All three officers were in plain clothes, but had their guns on their waists and their badges hanging from their necks.

48.     At approximately 6:45 p.m., Officer Perez, Sergeant Luffi, and the unknown officer had a 10-15 minute conversation with Officer Garcia and Officer Escobar outside of the clubhouse.

49.     During their conversation, Officer Perez and Sergeant Luffi told Officer Garcia that they were going to arrest Mrs. Gallego.

50.     Officer Garcia later admitted on video that he believed Officer Perez and Sergeant Luffi showed up to arrest Mrs. Gallego.

51.     Accordingly, Officer Garcia felt compelled to allow Sergeant Luffi (a higher-ranking officer), Officer Perez, and the unknown officer to enter the Hammocks election, which happened around 7:00 p.m., right as the voting booths were closing.

52.     It is important to note that Sergeant Luffi has supervisory control over Officer Garcia and Officer Escobar, even in their "off-duty" capacity.

53.     Joel Mercado (a former corrections officer) was the property manager for the Hammocks at the time.

54.     Mr. Mercado noticed Officer Perez, Sergeant Luffi, and the unknown officer walk inside of the clubhouse.

55.     Officers Garcia and Escobar also entered at this time, since the voting period had just ended.

56.     Mr. Mercado immediately approached Officer Perez, Sergeant Luffi, and the unknown officer and told them that the election was closed to the public.

57.     Mr. Mercado then told the three officers that they were not allowed to be present inside and had to leave.

58.     Sergeant Luffi laughed at Mr. Mercado and stated in a condescending tone, "What are you going to do about it?"

59.     Officers Garcia and Escobar were in close proximity to Sergeant Luffi when he laughed and made the condescending statement.

60.     Officer Perez, Sergeant Luffi, and the unknown officer then walked over to the election ballot box and attempted to confiscate it.

61.     Mr. Mercado told them that they could not take the closed, un-tabulated election ballots.

62.     Mrs. Gallego, the President of the Hammocks at the time, also walked over and told Officer Perez, Sergeant Luffi, and the unknown officer that they were not allowed to be present and had to leave.

63.     Officer Perez, Sergeant Luffi, and the unknown officer ignored Mrs. Gallego's request.

64.     Officers Garcia and Escobar were in close proximity and overheard the entire conversation between Perez, Luffi, Mrs. Gallego and Mr. Mercado, as stated above.

65.     Instead of asking Perez, Luffi, and the unknown officer to leave, as Mrs. Gallego had requested, Officers Garcia and Escobar stayed silent and acquiesced to the authority of their superior officer.

66.     Officer Perez and Sergeant Luffi continuously demanded that Mr. Mercado and Mrs. Gallego allow them to take the ballots.

67.     Mr. Mercado and Mrs. Gallego continuously refused Officer Perez and Sergeant Luffi's warrantless demand.

68.     Attorney Santiago Eljaiek, Esq. represented the Hammocks at the time and responded to the election site.

69.     Mr. Eljaiek told Officers Perez and Sergeant Luffi that they could not remove the ballots without a warrant.

70.     Officer Perez and Sergeant Luffi did not have probable cause to believe that a crime occurred, nor did they have a search warrant to confiscate the ballots.

71.     Since the voting had concluded, the members of the association began to open and tabulate the votes.

72.     This is a long and tedious process.  Over 2,000 votes were cast and there were several people running for different seats on the Board.

73.     No outside individuals were allowed to be present during the counting process, only residents of the Hammocks or the staff.

74.     Nevertheless, Officer Perez, Sergeant Luffi, and the unknown officer hovered around the vote counting process.

75.     Officer Perez, Sergeant Luffi, and the unknown officer were told again to leave, but they refused.

76.      Officers Garcia and Escobar were standing in close proximity and heard Perez and Luffi refuse to leave.

77.      Based on Officer Perez and Sergeant Luffi's history of malicious acts, their highly suspicious act of attempting to seize the ballot box without a warrant or probable cause, and their refusal to leave when told to do so, Mrs. Gallego told Sergeant Luffi that he must be a relative of someone who does not want her on the Board.[2]

78.      Officer Perez immediately interjected and stated, "How do you know that?  Why did you say that?"

79.      Officer Perez told Mrs. Gallego something along the lines of, "I can't wait to put you in a chair and ask you questions."

80.      Mrs. Gallego immediately responded, "I am represented by a lawyer, you can't do that."[3]

81.      As Mrs. Gallego was saying, "you can't do that," Officer Garcia (who was present during the conversation and heard what Officer Perez said) immediately pushed Mrs. Gallego away and told her to "sit down in this chair right now and don't move."

82.      Mrs. Gallego sat down in the chair as directed.

_____

[2] It is important to note that, before the 2018 election, Sergeant Luffi had accompanied a Hammocks homeowner to the management office and threatened the management team if they did not provide the homeowner with the requested documents.  Mrs. Gallego found it odd that a police sergeant would accompany a private citizen on an in-person document request to his homeowner's association.  Moreover, Sergeant Luffi conversed and congregated with this very same homeowner during the 2018 election for an extended period of time.

[3] By the time the 2018 election occurred, Officers Perez and Luffi had slandered, harassed, and threatened Mrs. Gallego for approximately two years, which caused Mrs. Gallego to hire a criminal defense attorney.  Officer Perez and Luffi knew this fact because they had spoken to him on previous occasions.

83.     Officers Garcia and Escobar then sat down on chairs that were located on each side of Mrs. Gallego.

84.     Officers Garcia and Escobar sat in very close proximity to Mrs. Gallego, essentially "sandwiching" her.

85.     Officer Perez and Sergeant Luffi's statements, both inside and outside of the clubhouse, and their bold-face defiance to leave the premises undoubtedly instigated, encouraged, incited, caused or contributed to Officer Garcia and Officer Escobar's illegal seizure of Mrs. Gallego.

86.     Officer Perez's statements clearly had an effect on Officers Garcia and Escobar because, in addition to saying, "I can't wait to put you in a chair," she and Sergeant Luffi had just told Officers Garcia and Escobar that they were going to arrest Mrs. Gallego.

87.     It is important to note that neither Officer Garcia nor Officer Escobar tasered Mrs. Gallego, slammed her to the ground, or took her outside and placed her in a police vehicle.

88.     Instead, Officers Garcia and Escobar did exactly as Officer Perez wished, *i.e.* put Mrs. Gallego "in a chair" and waited for directions from Officer Perez and Sergeant Luffi.

89.     Officer Garcia and Escobar's actions were reasonably related to Officer Perez's "put you in a chair" statement.

90.     Furthermore, Officers Garcia and Escobar were not acting solely on their own volition.

91.     Mrs. Gallego was the President of the Hammocks – the organization paying for Officer Garcia and Escobar's presence.

92.     In fact, when this incident occurred, Officers Garcia and Escobar had already earned a significant amount of money by working at the Hammocks.

93.     There is no way possible that Officer Perez's statements and actions, both inside and outside of the clubhouse, did not influence or encourage Officer Garcia and Escobar's action of detaining the head of their off-duty employer.

94.     Sergeant Luffi also instigated, encouraged, incited, contributed or caused the illegal detention.

95.     When Officer Garcia and Escobar first detained Mrs. Gallego, Sergeant Luffi lifted up his untucked shirt and flashed his handcuffs in their direction.

96.     Officers Garcia and Escobar could clearly see their sergeant's actions.

97.     Sergeant Luffi intentionally flashed his handcuffs <u>numerous</u> times in Officer Garcia and Escobar's direction while they detained Mrs. Gallego.

98.     Sergeant Luffi's repeated flashing of his handcuffs was clearly a signal to Officers Garcia and Escobar - both of whom are subordinate officers - to keep Mrs. Gallego detained, especially since he had just told Officer Garcia outside that they were going to arrest Mrs. Gallego.

99.     Sergeant Luffi's statements inside and outside of the clubhouse, and his defiant acts within the clubhouse, including flashing his handcuffs and refusing to leave when told to do so, undoubtedly instigated or contributed to Officer Garcia and Escobar prolonging the detention of Mrs. Gallego.

100.    Furthermore, Sergeant Luffi's act of flashing handcuffs is reasonably related to Officer Garcia and Escobar's prolonged detention.

101.    Sergeant Luffi's act of flashing his handcuffs confirmed what he had previously told Officers Garcia and Escobar, *i.e.* that he was going to arrest Mrs. Gallego.

102.    Again, Officers Garcia and Escobar were not acting solely on their own volition.

103. It is extremely unlikely that Sergeant Luffi's statements and actions *throughout the night* did not influence or encourage Officer Garcia and Escobar's detention of the head of their off-duty employer.

104. Sergeant Luffi's actions also signaled to Mrs. Gallego that she was not free to leave, even though she was the President of the Board and involved in conducting an election.

105. Sergeant Luffi's act of flashing his handcuffs and Officer Perez's "put you in a chair" statement clearly contributed to Garcia and Escobar's prolonged detention of Mrs. Gallego because they kept her in the same chair for the entire counting process, which last approximately *four and ½ hours*.

106. Mrs. Gallego was not allowed to use the restroom, nor was she provided with food or water, even though she was the Board President.

107. During the four hour detention, Officer Perez came over multiple times and told Mrs. Gallego, "I'm am going to be able to ask you questions!"

108. There is no way that Garcia and Escobar would have detained Mrs. Gallego in such a fashion without the influence of Sergeant Luffi and Officer Perez.

109. Proof of this point is that Mrs. Gallego was not allowed to get up until Sergeant Luffi and Officer Perez departed the premises, which was after the count had ended.

110. When Officer Perez and Sergeant Luffi finally exited the property, Officer Garcia shrugged his shoulders.

111. The look on Garcia's face indicated, "Oh well, I tried to help you."

112. There was absolutely no evidence whatsoever that anyone had tampered with the ballots, let alone Mrs. Gallego. Anyone in the association had the right to observe the count.

113.    Mrs. Gallego never committed a crime, nor had she been accused of committing a crime.

114.    In fact, none of the officers involved even alleged that election fraud had occurred or was occurring.

115.    Perez and Luffi sufficiently instigated, encouraged, incited, contributed to or caused Mrs. Gallego's illegal detention by, *inter alia*, confronting her in a place that they had no right to be, refusing to leave when told to do so, dangling handcuffs in front of her, and saying, "I can't wait to put you in chair and ask you questions." Perez and Luffi are not absolved of liability simply because two other police officers "sandwiched" Mrs. Gallego in a chair.

116.    Although Perez and Luffi did not physically detain Mrs. Gallego like the other officers involved here, Perez and Luffi has undoubtedly *caused*, *instigated* or *participated* in making Mrs. Gallego feel as if she was not free to leave.

117.    Luffi and Perez are just as responsible as Garcia and Escobar.

***Fraudulent Arrest Warrant***

118.    If there was any question about the validity of Officer Perez and Sergeant Luffi's potential "bystander defense," their fraudulent arrest of Mrs. Gallego in April of 2021 shows that their defense is completely frivolous.[4]

119.    After Mrs. Gallego filed this lawsuit against Officer Perez and Sergeant Luffi (in addition to a state-court defamation lawsuit) in October of 2020, Perez and Luffi sought and

---

[4] Mrs. Gallego wants to make clear that her April 2021 arrest is relevant under Federal Rule of Evidence 404(b) and only mentioned here to prove Perez and Luffi's "absence of mistake or lack of accident." The April 2021 incident is not an actual count or claim in this current lawsuit.

received a warrant to arrest Mrs. Gallego for (i) Grand Theft; and (ii) Organized Scheme to Defraud.[5]

***Food Items***

120.   Officer Perez falsely claimed in her 2021 warrant affidavit that Mrs. Gallego misused association funds on various food items for her personal use between June 27, 2016 and March 31, 2018. *See attached Exhibit "A" at pg. 9 – Warrant Affidavit.*

121.   Officer Perez stated in the warrant affidavit that she and a forensic investigator examined American Express billing statements for credit cards paid for by the Hammocks. *See Id.*

122.   Officer Perez fraudulently stated in her warrant affidavit that, "On June 29, 2016, a Hammocks' Amex card ***assigned to [Mrs. Gallego]***, purchased $26.75 at Little Caesars and $30.71 at Publix. On June 30, 2016, [Mrs. Gallego] spent $141.16 at Miami Subs." (emphasis added). *See Id.*

---

[5] Officer Perez showed her utter and complete bias against Mrs. Gallego by mentioning in the arrest warrant that Mrs. Gallego filed this lawsuit and a state-court defamation lawsuit against her and her sergeant - which is hardly probable cause to arrest someone. Officer Perez also claimed that the Hammocks was giving them the run-a-around regarding a subpoena to produce documents. What Perez blatantly failed to mention in her affidavit is that her document request was so large and voluminous that a lawyer for the Hammocks objected to the request. The Hammocks attorney informed a state court judge that fulfilling the document request would be so time consuming that the Hammocks would have to issue a special assessment against the association. Still, the Hammocks produced approximately 10,000 documents in response to the document request, which MDPD later refused to pay for. Instead, MDPD requested more documents, claimed that some of the 10,000 documents produced were unresponsive, and continued to refuse to pay the statutory rate for the documents. It is unnecessary to explain further, but a Miami-Dade Circuit Court Judge is still deciding how much MDPD should pay for the documents request and whether the Hammocks has an obligation to provide more documents.   See Exhibit A (Warrant Affidavit), at pg. 5-6 -

123.    As seen on the American Express statement, the food items listed in the paragraph above were purchased with a card ending in 7100. *See attached Exhibit "B"– July 2016 Amex Statement.*

124.    The complete fallacy in Officer Perez's statement is that the card ending in 7100 was not "assigned" to Mrs. Gallego,[6] but to the Hammocks generally. *See Id.*

125.    Moreover, when a vendor swiped the card ending in 7100, it shows that the card was issued to William Gil, the Hammocks' former controller. *See attached Exhibit "C" – June 30, 2016 Miami Subs Receipt.*

126.    It is absolutely inconceivable that Officer Perez, a 25-year veteran who has been assigned to the economic crimes bureau for the past 14 years, and a MDPD financial auditor could both mistakenly claim that the card ending in 7100 was "assigned" to Mrs. Gallego, especially after examining the American Express records.

127.    Officer Perez's actions were intentionally designed to retaliate against Mrs. Gallego for filing a lawsuit against her and her supervisor, *inter alia.*

128.    Furthermore, Officer Perez purposely turned a "blind eye" to other expenses that were obvious related to the association.

129.    For example, on September 11, 2017, Hurricane Irma ravaged Miami-Dade County. *See* https://www.youtube.com/watch?v=8jfeGPn4WgQ.

130.    Residents all throughout the Hammocks were displaced and many of residents lost electricity for weeks. *See Exhibit "D" – Hammocks photographs of Hurricane Irma*

---

[6] As seen in the American Express statement, the Hammocks Community Association business card that was "assigned to" Mrs. Gallego ended in 1018.

131.    Mrs. Gallego and the Board passed a resolution to use the main clubhouse as a place of refuge for seniors in the Hammocks who lost electricity and needed air conditioning, and for individuals who became displaced because of the damage to their homes. *See Exhibit "E" – Board Minutes re: Hurricane Irma*

132.    That same day, the Hammocks purchased $395.27 worth of food from Asados El Paisa – a restaurant that also operates a food truck – in order to provide food to residents who were essentially homeless. *See Exhibit "F" – Payment and Amex Statement re: Asados El Paisa*

133.    Deceitfully, Officer Perez claimed in her warrant affidavit that the $395.27 payment to Asados El Paisa was a ***fraudulent expense*** by Mrs. Gallego. *See Exhibit "A" at pg. 9 – Warrant Affidavit.*

134.    To the casual observer, Officer Perez could have simply made a mistake.  Upon closer review, however, Officer Perez's intention was clearly malicious.

135.    As stated in the warrant, Officer Perez reviewed the Board Minutes and the American Express credit card statement.

136.    As such, she should have noticed that the Board approved the use of the main clubhouse as a refuge for Hurricane Irma, which is the exact same day that $395.27 of association funds were used to purchase food from Asados El Paisa.

137.    Equally telling, on September 12, 2017, a day after Hurricane Irma, the Hammocks purchased $24,000.00 worth of ice to pass out to residents. *See Exhibit "G" – Receipt and Photographs of Ice.*

138.    A $24,000.00 ice purchase on a credit card statement is something that would undoubtedly stick out to an economic crimes fraud investigator.

139.    In the American Express statement, the $395.27 purchase from Asados El Paisa is directly above the ice purchase. *See Exhibit F, pgs. 2-3.*

140.    After reviewing the Board Minutes and credit card statements, there is no way that Officer Perez could have honestly concluded that Asados El Paisa was a fraudulent use of association funds by Mrs. Gallego.[7]

141.    Furthermore, Mrs. Gallego can substantiate all of the alleged "fraudulent charges" described in the arrest warrant.[8]

142.    She passionately advocated for increasing community activities in the Hammocks and .

143.    For example, Ms. Gallego spearheaded a campaign that provides free after-school tutoring for children who live in the Hammocks.

144.    Under Ms. Gallego's guidance, the Hammocks also started providing residents with Zumba classes, Bingo Nights, and kids summer camp – all for free and without increasing the monthly association fees.[9]

---

[7] The same is true with the bulk of charges from Sedanos.  On October 5, 2016, Abraham Barja – a Hammocks employee – used a card ending in 1018, which is actually assigned to Mrs. Gallego, in order to purchase supplies for Hurricane Matthew. *See attached Exhibit H – Sedano's Receipt.*  Association funds were used to purchase Gatorade, water, and non-perishable goods, including 240 cans of Vienna Sausages – hardly a delicacy for some with access to a $5 million budget.

[8] Officer Perez lumped many of the charges together by vendor, e.g. $946.58 at Domino's Pizza.  Therefore, it is difficult to extrapolate some of the charges by date.  Nevertheless, Mrs. Gallego knows that the association regularly provided Pizza to residents during Movie Night, Bingo Night, Kids Summer Camp, Halloween, Fourth of July, etc.

[9] Despite all of Mrs. Gallego's accomplishments, a small group of property owners (hereafter "the Objectors") want to replace Ms. Gallego and the current board with either themselves or their friends - many of whom were previously on the board or previously part of the management company.  Many tactics employed by the Objectors are simply outrageous, and more appropriate for a Quentin Tarantino or Tyler Perry movie (and not the funny ones).

145.     The Hammocks provided free food at most of these events. *See Exhibit "I" –*
*Photographs from Hammocks Events.*

146.     Officer Perez's claim in the warrant affidavit that the Board approved "a specific
caterers or vendor" for food expenses on holidays or other community events is simply not true.
*See Exhibit "J" – Excerpts of Board Minutes.*

147.     Instead, the Hammocks approved a $45,000.00 budget for community events.

148.     It is also important to point out that, for various legitimate reasons, many board
members or employees of the association used the Hammocks' American Express credit card
issued to Mrs. Gallego.[10] *See e.g. attached Exhibit K.*

149.     The Hammocks, with such a large annual budget, is simply too large to cut a check
for every single expense.

***KP Assurance***

150.     Officer Perez, at Sergeant Luffi's direction, claims that Mrs. Gallego also misused
association funds by directing KP Assurance to investigate individuals who she has "personal
issues" with, and by directing KP Assurance to conduct surveillance on her home – all without
approval.

151.     Officer Perez conveniently omitted several easily ascertainable facts that justify the
KP Assurance expenses, including the surveillance of Mrs. Gallego's home.

152.     For example, Mrs. Gallego received death threats that were related to the
performance of her duties as a Board Member.

---

[10] This is not some new phenomena in business. For example, the credit card used to pay for the
filing fee in this case was issued to the firm, has the firm's name on it, and also has one of the
partners name on it. It does not, however, mean that the named partner used the card to file this
case. A paralegal did that.

153.   In fact, the death threats occurred inside of the Hammocks office building and in front of numerous people.

154.   The events surrounding the death threats are documented in *Marglli Gallego v. Enmanuel Rodriguez*, Miami-Dade County Case No. 2015-06458-FC-04.

155.   Mrs. Gallego has also been attacked inside of the Hammocks, random people have showed up to her home, and someone firebombed the home next door to hers - all in an effort to get her to resign from the Board.

156.   Other events also occurred in 2015, which the Board reported to the FBI.

157.   The Hammocks had a legitimate reason and duty to protect its board member by providing limited surveillance, especial since the felonious acts committed against her were all related to the performance of her official duties as a board member.

158.   In the warrant affidavit, Officer Perez uses resident Maria Alonso as an example of a person who Mrs. Gallego attempted to harass and conduct surveillance on.  Terrible choice.

159.   Maria Alonso is related to Enmanuel Rodriguez, the same person who threatened Mrs. Gallego.

160.   Furthermore, in November of 2016, Maria Alonso sued Mrs. Gallego for defamation in Miami-Dade County Court Case No. 2016-29884-CA-01.

161.   Mrs. Gallego was on the Hammocks Board at the time of the lawsuit, which stemmed from statements that Mrs. Gallego made as Board Treasurer.

162.   The November 2016 defamation lawsuit was highly contested and the factual basis to support Mrs. Alonso's claim involved multiple individuals who lived in the Hammocks – the very same people who Officer Perez claim are Mrs. Gallego's "political opponents."

163.    The November 2016 defamation lawsuit initiated by Maria Alonso did not conclude until April of 2018.

164.    It is important to note that the "political opponents" started this whole mess, including filing lawsuits against the Hammocks

165.    Section 10.1 of the Hammocks articles of incorporation states that "[t]he Association **shall** indemnify any person who was or is a party or is threatened to be made a party to any threatened, pending or contemplated action, suit or proceeding, whether civil, criminal, administrative or investigative by reason of the fact that he [or she] is or was a director, employee, officer or agent of the Association…."

166.    Section 10.4 allows the association to advance expenses incurred in defending a civil or criminal action, suit or proceeding as authorized by the Board of Directors.

167.    Officer Perez claims Mrs. Gallego misused association fund to pay for KP Assurance surveillance, but the reality is that all of the surveillance and investigations were related to legal matters effecting the association.

168.    Officer Perez supposedly came to such conclusion because she could not find any approval for KP Assurance in the general Board Minutes.

169.    As a 25-year veteran assigned to the condo squad, Officer Perez knew, or should have known, that Florida Statute 720.303(2)(b) permits homeowner associations to conduct "legal matter" meetings outside of traditional board meetings, which is common practice throughout the State of Florida.

170.    Accordingly, the KP Assurances surveillance records and approval thereof do not (and should not) appear in the traditional board minutes, as they relates to the lawsuits mentioned above and legal matter investigations going on at the time.

171.     Instead of being honest and transparent about the KP Assurance Invoices, Officer Perez doubled down on her complete misrepresentations to the court.

172.     In the warrant affidavit, Officer Perez stated that "***each*** [KP Assurance] invoice for services reads Bill To: Marglli Gallego, 9020 Hammocks Blvd…." (emphasis added). *See Exhibit A, pg. 6.*

173.      Officer Perez's sworn statement is completely bogus.

174.     The KP Assurance invoices were initially billed to Celena Nash, Esq. - the attorney representing the Hammocks at the time, and then later to the Hammocks directly or Bernarda Colon, who worked in the Hammocks accounting department.

175.     KP Assurance started placing Mrs. Gallego's name the invoices (using the Hammocks address) when the Hammocks began paying KP with its American Express card.

176.     Regarding the background searches of Mrs. Gallego's "political opponents," all of them were related to legal matters and were done under the direction of Celena Nash, Esq. – the Board's attorney.

177.     Officer Perez's *sworn* representation to the state-court judge in her warrant affidavit, *i.e.* each invoice reads Bill To: Marglli Gallego, is completely bogus and borderline criminal.

178.     Celena Nash engaged KP Assurance to investigate the complicated and contentious legal matters amongst the individuals living in the Hammocks.

179.     Officer Perez knew this because she examined the minutes and the KP Assurance invoices.

180.    Officer Perez's claim that Mrs. Gallego conducted investigations into her opponents without anyone knowing is just another concerted attempt to intimidate and harass Mrs. Gallego.

181.    This time, however, Officer Perez's actions are not just a fraud on the Hammocks residents, but also a fraud on the Court.

## COUNT I

### DEPRIVATION OF CIVIL RIGHTS
### FOURTH AMENDMENT VIOLATION
### UNLAWFUL TERRY STOP – OFFICER IVETTE PEREZ

182.    Mrs. Gallego re-alleges the allegations contained in paragraphs 1-181 of this Complaint.

183.    This action is brought by Mrs. Gallego pursuant to Title 42, Section 1983, United States Code, for the deprivation of her Civil Rights caused by Miami-Dade County Police Officer Ivette Perez, in her individual capacity.

184.    On or about March 6, 2018, Officer Perez intentionally committed acts that violated Mrs. Gallego's Fourth Amendment right not to be subjected to an unreasonable or prolonged investigatory stop.

185.    No reasonable police officer could have believed that Mrs. Gallego was involved, or was about to become involved, in criminal activity.

186.    Officer Perez's instigation and/or participation in the events on March 6, 2018 caused or contributed to the prolonged stop and detention, which was not reasonable in scope.

187.    The law enforcement purpose (or lack thereof) served by the stop, the diligence with which the Officer Perez pursued the investigation, and the length of the stop was not reasonable based on the totality of circumstances.

188.    No reasonable person would have felt free to leave.

189.    Officer Perez's conduct caused injury to Mrs. Gallego, which was a reasonably foreseeable consequence of her conduct.

190.    Officer Perez was acting under color of state law as a police officer when she committed such acts, even though her acts were outside the limits of lawful authority.

**COUNT II**

**DEPRIVATION OF CIVIL RIGHTS**
**FOURTH AMENDMENT VIOLATION**
**UNLAWFUL TERRY STOP – CARLOS LUFFI**

191.    Mrs. Gallego re-alleges the allegations contained in paragraphs 1-181 of this Complaint.

192.    This action is brought by Mrs. Gallego pursuant to Title 42, Section 1983, United States Code, for the deprivation of her Civil Rights caused by Miami-Dade County Police Officer Carlos Luffi, in his individual capacity.

193.    On or about March 6, 2018, Sergeant Luffi intentionally committed an act that violated Mrs. Gallego's Fourth Amendment right not to be subjected to an unreasonable or prolonged investigatory stop.

194.    No reasonable police officer could have believed that Mrs. Gallego was involved, or was about to become involved, in criminal activity.

195.    Sergeant Luffi's instigation and/or participation in the events on March 6, 2018 caused or contributed to the prolonged stop and detention, which was not reasonable in scope.

196.    The law enforcement purpose (or lack thereof) served by the stop, the diligence with which the Officer Luffi pursued the investigation, and the length of the stop was not reasonable based on the totality of circumstances.

197.   No reasonable person would have felt free to leave.

198.   Officer Luffi's conduct caused injury to Mrs. Gallego, which was a reasonably foreseeable consequence of his conduct.

199.   Officer Luffi was acting under color of state law as a police officer when he committed such acts, even though his acts were outside the limits of lawful authority.

## COUNT III

### DEPRIVATION OF CIVIL RIGHTS
### FOURTH AMENDMENT VIOLATION
### UNLAWFUL TERRY STOP – RICKY GARCIA

200.   Mrs. Gallego re-alleges the allegations contained in paragraphs 1-181 of this Complaint.

201.   This action is brought by Mrs. Gallego pursuant to Title 42, Section 1983, United States Code, for the deprivation of her Civil Rights caused by Miami-Dade County Police Officer Ricky Garcia, in his individual capacity.

202.   On or about March 6, 2018, Officer Garcia intentionally committed an act that violated Mrs. Gallego's Fourth Amendment right not to be subjected to an unreasonable or prolonged investigatory stop.

203.   No reasonable police officer could have believed that Mrs. Gallego was involved, or was about to become involved, in criminal activity.

204.   Officer Garcia's stop and detention was not reasonable in scope.

205.   The law enforcement purpose served by the stop (or lack thereof), the diligence with which the Officer Garcia pursued the investigation, and the length of the stop was not reasonable based on the totality of circumstances.

206.   No reasonable person would have felt free to leave.

207.   Officer Garcia's conduct caused injury to Mrs. Gallego, which was a reasonably foreseeable consequence of his conduct.

208.   Officer Garcia was acting under color of state law as a police officer when he committed such acts, even though his acts were outside the limits of lawful authority.

## COUNT IV

### DEPRIVATION OF CIVIL RIGHTS
### FOURTH AMENDMENT VIOLATION
### UNLAWFUL TERRY STOP – FLAVIO ESCOBAR

209.   Mrs. Gallego re-alleges the allegations contained in paragraphs 1-181 of this Complaint.

210.   This action is brought by Mrs. Gallego pursuant to Title 42, Section 1983, United States Code, for the deprivation of her Civil Rights caused by Miami-Dade County Police Officer Flavio Escobar, in his individual capacity.

211.   On or about March 6, 2018, Officer Escobar intentionally committed an act that violated Mrs. Gallego's Fourth Amendment right not to be subjected to an unreasonable or prolonged investigatory stop.

212.   No reasonable police officer could have believed that Mrs. Gallego was involved, or was about to become involved, in criminal activity.

213.   Officer Escobar's stop and detention was not reasonable in scope.

214.   The law enforcement purpose served by the stop (or lack thereof), the diligence with which the Officer Escobar pursued the investigation, and the length of the stop was not reasonable based on the totality of circumstances.

215.   No reasonable person would have felt free to leave.

216.     Officer Escobar's conduct caused injury to Mrs. Gallego, which was a reasonably foreseeable consequence of his conduct.

217.     Officer Escobar was acting under color of state law as a police officer when he committed such acts, even though his acts were outside the limits of lawful authority.

WHEREFORE, Plaintiff, Marglli Gallego, demands judgment for her economic and noneconomic damages, attorney's fees, the costs of prosecuting this action, and any other relief this Court deems proper and just.

## **DEMAND FOR JURY TRIAL**

Plaintiff, Marglli Gallego demands a jury trial of all issues so triable as of right by a jury.

DATED: March 25, 2021

> RASCO KLOCK PEREZ NIETO
> *Counsel for the Plaintiff, Marglli Gallego*
> 2555 Ponce de Leon Blvd., Suite 600
> Coral Gables, Florida 33134
> Telephone: 305.476.7100
> Facsimile:  305-476-7102
> Email:   hnapoleon@rascoklock.com
>
>
> By: /s/ *Hilton Napoleon, II*
>      Hilton Napoleon, II
>      Fla. Bar No.: 17593

Exhibit "A"

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI DADE COUNTY, FLORIDA**

STATE OF FLORIDA            )
                                 ) SS
COUNTY OF MIAMI-DADE   )

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

Before me, _Joseph Perkins_____ a Judge of the

Circuit Court of the Eleventh Judicial Circuit of Florida, personally appeared Detective

Ivette Perez, Badge Number 30- 03199, of the Miami Dade Police Department, Economic

Crimes Unit, who being first duly sworn, deposed and says that she has probable cause to

believe and does believe that **Marglli Gallego W/F DOB: 07/25/1981 SSN: XXX-XX-

2599** did knowingly commit the offense of one (1) count of Grand Theft in the Second

Degree in violation of Florida Statue §812.014(2)(B), a second-degree felony and one (1)

count of Organized Scheme to Defraud in an amount of $50K or more, in violation of

Florida Statute §817.034(4)(a)1, a first degree felony.

### AFFIANT'S BACKGROUND

Your Affiant has been a sworn Deputy Sheriff with the Miami Dade Police Department,

Miami Dade County, Florida for (25) years, and assigned to the Economic Crimes Bureau for the

past fourteen (14) years. Your Affiant has conducted investigations and made apprehensions of

felony offenders who commit fraud related crimes. Your Affiant is knowledgeable in the areas of

condominium fraud, check fraud, embezzlements, identity theft, credit card fraud, organized

schemes and other frauds having an economic impact on businesses or individual victims.

This Affidavit is based upon information known personally to your Affiant based upon her

investigation, and information obtained from others who have investigated this matter and/or have

personal knowledge of the facts herein.  Your Affiant has participated in this investigation and

spoken with other law enforcement agents.  Because this Affidavit is being submitted for a limited

Detective

/s/ME
ASA

Judge

purpose of establishing probable cause, your Affiant has not included every aspect, fact, or detail of this investigation.

## AFFIDAVIT IN SUPPORT OF WARRANT

Your Affiant was assigned as lead investigator into allegations of misappropriation of funds of Hammocks Community Association, Inc. (hereinafter referred to as "Hammocks") under Miami Dade police case number PD170804295007. Hammocks, which is located at 9020 Hammocks Blvd, in Miami Dade county, is the master association that oversees approximately 40 communities, spanning over approximately 3,800 acres of land. There are 6,527 units, consisting of single dwelling houses as well as apartment buildings. It is the largest homeowner's association in the state of Florida. Hammocks directly manages approximately eighteen of these communities while the remaining communities are self-managed. These self- managed communities maintain and manage their own common areas. Hammocks is directly responsible for setting budgets for the master community, collecting dues, maintaining the master common areas, including beaches, lakes, playgrounds, and parks, as well as public security and lighting.

Hammocks has a board of directors, each of whom must be voted in by property owners in the community. There are six unsalaried positions on the board, including President, Vice President, Treasurer, Secretary, and two directors. Pursuant to section 720.303 of the Florida Homeowners Association Statute each officer has a fiduciary duty to act in the best interests of Hammocks. In 2015, Marglli Gallego (hereinafter referred to as "The Subject") became Treasurer of Hammocks. In 2017, the Subject became President and currently holds that position.

After being assigned this investigation your Affiant met with several owners from the Hammock's community who raised concerns about a decline in the Hammock's reserve funds while the Subject was Treasurer and President. The owners told your Affiant that they had attempted to gather complete records explaining the dissipation of fund but claimed that the association did not provide full and complete records of expenses. They also claimed that there were often no board meeting minutes explaining major expenditures. Among the many allegations raised was the use of numerous credit cards and excessive expenditures of Hammocks funds.

In order to investigate these and other allegations, your Affiant requested the issuance of several subpoenas for financial records of the Hammocks. Your Affiant sought records from third

Detective                          /s/ME                          Judge
                                    ASA

party vendors and financial institutions as well as records directly from Hammocks that are required to be maintained by every HOA pursuant to Chapter 720 of the Florida Statutes.

Your Affiant reviewed numerous subpoena responses from financial institutions with the assistance of Miami Dade Police Department Financial Analyst Renee Miller. While reviewing various financial documents and Association expenditures, Your Affiant observed that the Association spent approximately three hundred seventy-four thousand ($374,000.00) on KP Assurance S.I.U Services, Inc. (herein after referred to as "KP Assurance") between November 2015 to August 2017. Your Affiant learned that KP Assurance is a private investigations firm owned by an individual named Reginald Phillips. The firm's principle address is in Windmere, Florida, a community located approximately 15 miles from Orlando. This location is 250 miles away from Hammocks.

Your Affiant reviewed minutes of Hammock's board meetings covering the dates of No the KP Assurance expenditures in attempt to determine the purpose of the charges and to verify whether the expenses were approved by the board.  Your Affiant reviewed Hammocks meeting minutes ranging from February 2015 to April 2017. Your Affiant could not locate any reference to KP Assurance in those minutes. After noticing the substantial expenditures for private investigative services Your Affiant subpoenaed KP Assurance for invoices for services provided to the Association, payment methods used by the Association, and copies of investigative files compiled on behalf of and provided to the Association.

In May of 2018, your Affiant subpoenaed Hammocks for financial records related to various Hammocks' vendors and methods of payment.  This subpoena also included a demand for KP Assurance's invoices and records that your Affiant intended to compare against the records previously provided from KP Assurance.  Service of the subpoena did not meet with a positive response. The Hammocks changed registered agents after service of the subpoena in May of 2018. The new registered agent, the law firm of Alfaro and Fernandez, did not contact the State Attorney's Office regarding the subpoena. They were then served a second time in October of 2018. After eventually accepting service, one of the attorneys explained that since they were not the records custodians, they did not have the documents to produce pursuant to the subpoena. Further, that same attorney explained it was not their responsibility to forward the subpoena to anyone at the Hammocks for production.  In response, a subpoena was served upon the Subject in her capacity as President of the Association, in November of 2018.

Detective                          /s/ME                          Judge
                                     ASA

The Subject responded with a motion to quash the State Attorney's investigative subpoena filed by her personal criminal attorney, Sabino Juaregui Esq. Ultimately, after a court hearing in camera on April 4, 2019, a judge ordered the Hammocks to provide the subpoenaed records. In April 2019, nearly one year after initially subpoenaing the Subject, as President of the Hammocks, for the records, your Affiant, through the State Attorney's office, began receiving flash drives from Hammocks. None of the flash drives received from Hammocks contained any documents related to KP Assurance as a Hammocks vendor.

A review of the KP Assurance files revealed that on multiple occasions, KP Assurance produced detailed files on individuals your Affiant knows from this investigation to have personal issues with the Subject. The files included full names, social security numbers, phone numbers, criminal histories, registered vehicles, properties owned, lienholders, and in many cases, the target individual's social media. The Subject requested the information on homeowners within the Association who are critical of the Subject, rival "political opponents", former employees of the Association, and a Miami Dade Police Sergeant that the Subject knew was assisting in the instant investigation. In each case, KP Assurance was paid out of a Hammocks' bank account or by a Hammock's credit card assigned to the Subject. Each invoice for services reads "Bill To: Marglli Gallego, 9020 Hammocks Blvd., Miami, FL 33916," the address for Hammocks Association.

Your Affiant interviewed Reginald Phillips (hereinafter referred to as "Witness"), the owner and registered agent of KP Assurance S.I.U Services, Inc. Witness said that he met the Subject through former Hammocks' attorney Celena Nash, Esq. Witness was originally hired by Hammocks to investigate a personal injury lawsuit filed against the HOA by a resident of the community. Witness said that he initially communicated with Nash but began dealing directly with the Subject while she was treasurer of Hammocks and running for president. According to Witness, the relationship started professionally and Witness did perform legitimate security and private investigation work for the Hammocks community, but the Subject eventually began asking him to perform investigations that he believed were personal, including performing surveillance on her residential property outside of the Hammocks. In addition, Witness was authorized to directly charge an American Express card belonging to the Hammocks but issued in Subject's name, via email in 2016. Your Affiant could not find mention of said authorization in the Board minutes she reviewed.

Detective

/s/ME
ASA

Judge

Witness told your Affiant that the Subject would routinely text him random photos of individuals she believed were "watching" her or that she thought should not be in various Hammocks locations, random license plates of "suspicious vehicles," and names of individuals she requested background checks on. Two such individuals were Hammock's resident Doria Wosk, who later filed for an order of protection against the Subject, and whom the Subject has sued multiple times. Subject also requested a background check and personal information for Sgt. C. Luffi, whom she knew to be investigating her at the time she made the request to Witness.

From November of 2016 through early 2017, the Subject began requesting surveillance on a residential property, located at 15399 SW 169 Lane, in Miami Dade County. The property is located outside the Hammocks community. Subject represented to witness that the property belonged to her and her husband, Jose A. Gonzalez. Your Affiant reviewed the property records for the residence located at 15399 SW 169 Lane and learned it is indeed owned by Jose A. Gonzalez, the Subject's husband. Mr. Gonzalez also uses the address on his Florida Driver's license as his residence. When requesting surveillance on the location, the Subject told Witness that she believed her home was in danger because various people in the Hammocks were out to get her.

Your Affiant could not find any mention of that surveillance on Subject's personal property within the Association minutes reviewed. Witness's invoices for surveillance on the Subject's 15399 property read, "Monitoring of area requested by client/suspicious activity." Witness positively identified the 15399 location as the one he monitored at the request of Subject outside the Hammocks' community. Witness confirmed that the Subject was the individual responsible for receipt and payment of all KP Assurance invoices.

He also stated that he repeatedly asked the Subject to sign a contract with KP Assurance, which would save the Hammocks money on costs of his services, but the Subject refused to do so. The address for the invoices was the Hammocks office address, not Subject's personal address. Your Affiant further noticed during the course of the investigation that the Subject used her personal email, " MarglliGallego@hotmail.com" rather a Hammocks issued email, to communicate with Witness. Witness stated that Subject had been aware of the State's 2018 investigative subpoenas to other Hammocks vendors and she told him he could throw any subpoenas he received away.

Detective                          /s/ME                          Judge
                                   ASA

Many of the witnesses Your Affiant interviewed through the course of this investigation have expressed fear of reprisal from the Subject for speaking to the police and/or the Miami Dade State Attorney's Office. One form of feared reprisal is the Subject's filing of legal actions in either her individual capacity or her capacity as president of the Hammocks against individuals the Subject believes are "targeting" her unjustly. Your Affiant is aware of two motions for orders of protection against community members that were subsequently dismissed because the Subject failed to appear for scheduled one hearing and voluntarily dismissed the other. While these suits were ultimately dismissed, they caused great distress to the witnesses. One witness and vocal critic of the Subject, homeowner Maria Alonso, had both a civil lawsuit and an order for protection filed against her. In fact, the Subject's determination to resist criticism extended to your Affiant. In November of 2020, the Subject filed federal and state lawsuits against your Affiant and her sergeant, C. Luffi, alleging defamation, civil rights violations, and tortious interference of Hammocks' business among other claims.

Beyond the legal actions, your Affiant has received numerous complaints of verbal threats made to a variety of individuals who either live or work within Hammocks, including office personnel, homeowners, and maintenance workers, regarding the Subject's suspicions that they are against her in some way. Your Affiant has also received complaints of Hammocks Association office personnel who work with Subject photographing their home which caused fear and anxiety to the homeowners. Throughout your Affiant's investigation, numerous residents have stated that Subject improperly used the Hammocks' security services to harass individuals who disagree with her. These improper uses include following residents around the community, acting as personal security enforcement for Subject within the community, and denying access to Hammocks' offices or other common areas. These uses of Hammock's resources remain under investigation.

Your Affiant, along with Analyst Renee Miller, reviewed the invoices related to surveillance at the Subject's 15399 property between the dates of November 2016 and early 2017 and corresponding payments made by Hammocks through either a credit card or by check. The total amount for the surveillance performed outside the Hammocks, including one random tag search, was $49,826. The entirety of that sum was paid with Association funds.

In addition to the previously mentioned KP Assurance expenses, your Affiant and Investigator Miller observed other expenses that based upon your Affiant's training and experience appeared inconsistent with the expenses normally incurred with the operation of a homeowner's

_/s/ME_
ASA

Detective

Judge

association. For instance, upon review of American Express bills for cards paid for by the Hammocks Community Association, your Affiant noted that multiple cards assigned to Subject showed numerous charges for food items. In your Affiant's training and experience such charges are consistent with personal use. Your Affiant reviewed the Board meeting minutes for mention of authorization of these charges. Your Affiant was able to see from Board minutes that the Subject sought Board approval for expenses for food and catering for special occasions such as holidays or other community events. In those instances, however, a specific caterer or vendor was approved. Your Affiant was unable, however, to locate any authorization for the purchase of fast food or groceries with Association funds on a regular basis, consistent with personal use.

On June 29, 2016, a Hammocks' Amex card assigned to the Subject purchased $26.75 at Little Ceasars and $30.71 at Publix. On June 30, 2016, the Subject spent $141.16 at Miami Subs. On July 17, 2016, the Subject spent another $62.06 at Little Caesar's and made two transactions at Publix using the same card for a total of $30.26. Between June 27, 2016 and March 31, 2018, the Subject spent $171.60 at Amici's Trattorria; $252.97 at Bahama Breeze; $196.90 at Cakeland Bakery; $395.27 as Asados El Paisa; $946.58 at Domino's Pizza; $52 at Don Pan bakery; $390.87 at Dr. Limon Corp; $27 at Dunkin Donuts; $49.22 at Edible Arrangements; $122.55 at El Rancho Grande Mexican; $335.73 at Fresco y Mas; $43.60 at Galaxy Bakery; $75.96 at La Granja Polos; $66.30 at La Quebradita Mexican; $998.92 at Little Cesars; $669.56 at Longhorn Steakhouse; $123.62 at Los Verdes; $86.32 at Macita's Restaurant; $519.96 at McDonald's; $141.16 at Miami Subs; $54.12 at Panera Break; $40.90 at Party Cake Bakery; $66.88 at Pipobread Inc. Colombian Bakery; $512.09 at Pizza Hut; $122.46 at Pollo Tropical; $855.14 at Publix; $73.23 at Rinconcito Paisa; $948.60 at Sedano's; $219.08 at Sergio's; $173.00 at Starbucks; $352.89 at Winn Dixie. Each of these charges was paid for by Hammocks' funds.

Your Affiant and Analyst Miller also noted that between June 2016 and March 31, 2018, the Subject also charged shopping trips to Walgreens and Navarro's to the Hammocks American Express Card issued in her name totaling $210.43. Your Charges related to Google play, iTunes, and Ross were also on the same cards for a total of $457.47. Total charges for food, drug stores, and other sundries made on Hammocks American Express cards assigned to the Subject and paid for by Hammocks operating funds is $9,890.51 between June 27, 2016 and March 31, 2018.

Detective

/s/ME
ASA

Judge

Your Affiant's investigation has revealed that between November of 2016 and March of 2018, the Subject spent $59,716.51 of Hammocks' of funds for her own personal benefit in violation of her fiduciary obligations to the homeowners of the Hammocks community.

Based upon the foregoing, Your Affiant respectfully requests an arrest warrant for the arrest of The Subject for one (1) count of Grand Theft in the Second Degree in violation of Florida Statue §812.014(2)(B), a second-degree felony and one (1) count of Organized Scheme to Defraud in an amount of $50K or more, in violation of Florida Statute §817.034(4)(a)1, a first degree felony.

The Defendant has made several statements that if she ever got arrested she would leave to Columbia where she has family

**AFFIANT**
Ivette Perez
Miami Dade Police Department
Badge Number 30- 03199

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 30th DAY OF MARCH, 2021

JUDGE OF THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA

Joseph Perkins

Detective

/s/ME
ASA

Judge

Exhibit "B"



**SimplyCash® Plus Business Credit Card**
HAMMOCKS COMUNITY AS
HAMMOCKS COMUNITY
Closing Date 08/02/16   Next Closing Date 09/02/16

 SM

p. 1/15

Account Ending 7-71000

| | |
|---|---|
| **New Balance** | |
| **Minimum Payment Due** | **$35.00** |
| **Payment Due Date** | 08/27/16 ‡ |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 08/27/16, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.49%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 3 years | $1,085 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

### Get cash back on eligible purchases when you use your SimplyCash Plus Business Credit Card.

**Account Summary**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | |
| New Charges | |
| Fees | |
| Interest Charged | |

| | |
|---|---|
| **New Balance** | |
| **Minimum Payment Due** | **$35.00** |

| | |
|---|---|
| Credit Limit | |
| Available Credit | |

Days in Billing Period: 39

**Customer Care**

**Pay by Computer**
open.com/pbc

**Customer Care**          **Pay by Phone**
1-800-521-6121            1-800-472-9297

See Page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending 7-71000**
Enter 15 digit account # on all payments.
Make check payable to American Express.


HAMMOCKS COMUNITY
HAMMOCKS COMUNITY AS
9020 HAMMOCKS BLVD
MIAMI FL 33196-1301

| | |
|---|---|
| Payment Due Date | 08/27/16 |
| New Balance | |
| Minimum Payment Due | |

Check here if your address or phone number has changed. Note changes on reverse side.


AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____.____
**Amount Enclosed**

0000349992360515140  00009694900003500  01  ⊣



HAMMOCKS COMUNITY                    Account Ending 7-71000                                    p. 2/15

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your financial account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to calculate the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the Closing Date of each billing period. We will not charge you interest on your purchases if you pay the New Balance by the due date each month. We will charge you interest on balance transfers (unless otherwise disclosed) beginning on the transaction date. You can avoid paying interest on the Amount Above the Credit Limit by paying your Minimum Payment Due before the closing date of the month in which it is due. See your Cardmember Agreement for further details.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. **We will charge a fee of 2.70% of the converted US dollar amount.** We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| | | | |
|---|---|---|---|
| **Customer Care & Billing Inquiries** | 1-800-521-6121 | **Hearing Impaired** | |
| **International Collect** | 1-623-492-7719 | **TTY:** 1-800-221-9950 | |
| **Large Print & Braille Statements** | 1-800-521-6121 | **FAX:** 1-800-695-9090 | |
| **Cash Advance at ATMs Inquiries** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 | |

**Website:** americanexpress.com
**Mobile Site:** amexmobile.com

**Customer Care**
**& Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 650448
DALLAS TX 75265-0448

**Change of Address**
If correct on front, do not use.

- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Pay Your Bill with AutoPay**

- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit **www.americanexpress.com/privacy.**





**SimplyCash® Plus Business Credit Card**
HAMMOCKS COMUNITY AS
HAMMOCKS COMUNITY
Closing Date 08/02/16



p. 3/15

Account Ending 7-71000

## Payments and Credits

### Summary

| Payments | Total |
|---|---|
| Credits | |
| HAMMOCKS COMUNITY 7-71000 | |
| MARGLLI GALLEGO 7-71018 | |
| **Total Payments and Credits** | |

### Detail  *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 07/22/16* | HAMMOCKS COMUNITY | ONLINE PAYMENT - THANK YOU | |
| 08/02/16* | HAMMOCKS COMUNITY | ONLINE PAYMENT - THANK YOU | |

| Credits | | | Amount |
|---|---|---|---|
| 07/04/16 | HAMMOCKS COMUNITY | C9NI:0001 $250 Statement Credit for $5000 Spend | |
| 07/13/16 | HAMMOCKS COMUNITY | TRAFFIC SAFETY STORE 000650013778001 WEST CHESTER   PA 6107019366 Description   Price SPECIALTY RETAIL ST   $180.00 | |
| 07/14/16 | HAMMOCKS COMUNITY | WATERSAFETY 4029357733   FL BUSINESS SERVICE Description WHOLESALE | |
| 07/23/16 | HAMMOCKS COMUNITY | EPIC SPORTS, INC. 542929806382891 WICHITA   KS 3166120150 Description   Price SPORTING GOODS STOR   $186.55 | |
| 07/15/16 | MARGLLI GALLEGO | OFFICE DEPOT 001165 WESTON   FL RETAIL 331961 | |
| 07/15/16 | MARGLLI GALLEGO | OFFICE DEPOT 001165 WESTON   FL RETAIL 331961 | |

## New Charges

### Summary

| | Total |
|---|---|
| HAMMOCKS COMUNITY 7-71000 | |
| MARGLLI GALLEGO 7-71018 | |
| **Total New Charges** | |

Continued on reverse

3

HAMMOCKS COMUNITY                    Account Ending 7-71000                              p. 4/15

| Detail |
|--------|

**HAMMOCKS COMUNITY**
Card Ending 7-71000

| | | | Amount |
|---|---|---|---|
| 1 | 06/27/16 | STAR SERVICE US OFFICE CORP<br>West Miami      FL<br>squareup.com/receipts | |
| 2 | 06/28/16 | S C I<br>8506838787      FL<br>DIRECT MKTG MISC<br>Description<br>HOME ELECTRONICS | |
| 3 | 06/28/16 | STARBUCKS STORE 1323<br>MIAMI      FL<br>FAST FOOD RESTAURANT | |
| 4 | 06/28/16 | THE HOME SECURITY SUPERST 00-080242798<br>ALPHARETTA      GA<br>800-4909471 | |
| 5 | 06/29/16 | PUBLIX<br>MIAMI      FL<br>3053823002<br>Description<br>REFER TO RECEIPT | $30.71 |
| 6 | 06/29/16 | LITTLE CAESARS PIZZA<br>MIAMI      FL<br>8007223727<br>Description<br>RESTAURANT CHARGES | $26.75 |
| 7 | 06/29/16 | AGILISLINXUPMOTOSFTY<br>877-732-4980      MO<br>SOFTWARE SRV | |
| 8 | 06/29/16 | THE HOME DEPOT<br>MIAMI      FL<br>800-654-0688 | |
| 9 | 06/30/16 | S C I<br>8506838787      FL<br>DIRECT MKTG MISC<br>Description<br>HOME ELECTRONICS | |
| 10 | 06/30/16 | MIAMI SUBS GRILL - 188 000000001<br>MIAMI      FL<br>3053835757<br>Description<br>REFER TO RECEIPT | $141.16 |
| 11 | 07/01/16 | PUBLIX<br>MIAMI      FL<br>3053823002<br>Description<br>REFER TO RECEIPT | |
| 12 | 07/01/16 | AGILISLINXUPMOTOSFTY<br>877-732-4980      MO<br>SOFTWARE SRV | |

Handwritten annotations: "BBQ summer camp fun." (item 5), "Tutoria" (item 6), "Comida de voluntarios" (item 10)

Continued on next page

4



**SimplyCash® Plus Business Credit Card**
HAMMOCKS COMUNITY AS
HAMMOCKS COMUNITY
Closing Date 08/02/16

   p. 5/15

Account Ending 7-71000

| Detail Continued | |
| --- | --- |
| | Amount |

13   07/01/16   ORIENTAL TRADING CO 084870006384270
402-9393111      NE
4029393111

14   07/02/16   WAL-MART SUPERCENTER#1680 1680
KENDALL      FL
DISCOUNT STORE

15   07/02/16   THE HOME DEPOT
MIAMI      FL        4 July Event.
800-654-0688

16   07/03/16   NORTHERN TOOL EQUIPM
CUTLER RIDGE      FL      4 de Julio Seguridad
ELECTRICAL EQUIPMENT

17   07/03/16   NORTHERN TOOL EQUIPM
CUTLER RIDGE      FL      4 of July Event Detector
ELECTRICAL EQUIPMENT      De metales y linternas

18   07/04/16   THE HOME DEPOT
MIAMI      FL
800-654-0688

19   07/04/16   LITTLE CAESARS PIZZA
MIAMI      FL
8007223727
Description
RESTAURANT CHARGES

20   07/04/16   WINN DIXIE
MIAMI      FL
8775299466
Description
GROCERY STORE

21   07/04/16   PUBLIX
MIAMI      FL
3053823002
Description
REFER TO RECEIPT

22   07/05/16   PERROS EXPRESS, CORP
Miami      FL
GOODS/SERVICES

23   07/06/16   ID CREATOR 628044004922852
SCOTTSDALE      AZ
855-625-3437
TIP

24   07/07/16   DYNAMIC SYSTEMS
4128356100      PA
PUBLISHING/PRINTING
Description
OFFICE SUPPLIES AND

25   07/08/16   VERONICAS PARTY RENTAL
MIAMI      FL
00987049 0000933186
SPECIALTY RETAIL

Continued on reverse

HAMMOCKS COMUNITY

Account Ending 7-71000

| Detail Continued |

**MARGLLI GALLEGO**
**Card Ending 7-71018**

Amount

| | | | Amount |
|---|---|---|---|
| 76 | 07/08/16 | WINN DIXIE | |
| | | MIAMI        FL | |
| | | 8775299466 | |
| | | Description | |
| | | GROCERY STORE | |
| 77 | 07/13/16 | OFFICE DEPOT 001165 | |
| | | WESTON        FL | |
| | | RETAIL 331961 | |
| 78 | 07/13/16 | OFFICE DEPOT 001165 | |
| | | WESTON        FL | |
| | | RETAIL 331961 | |
| 79 | 07/14/16 | OFFICE DEPOT 001165 | |
| | | WESTON        FL | |
| | | RETAIL 331961 | |
| 80 | 07/14/16 | COMPLIANCESIGNS.COM 0202 | |
| | | CHADWICK        IL | |
| | | 800-578-1245 | |
| | | Description | |
| | | ART SUPPLIES/ACC | |
| 81 | 07/15/16 | EXCELLENT SERVICE & WORK LLC | |
| | | Miami        FL | |
| | | squareup.com/receipts | |
| 82 | 07/15/16 | AUDY HERNEY VELA SEGURA | |
| | | Miami        FL | |
| | | squareup.com/receipts | |
| 83 | 07/16/16 | OFFICE DEPOT 001165 | |
| | | WESTON        FL | |
| | | RETAIL 331961 | |
| 84 | 07/18/16 | OFFICE DEPOT 001165 | |
| | | WESTON        FL | |
| | | RETAIL 331961 | |
| 85 | 07/19/16 | CRAIGSLIST INC CRAIGSLIST INC | |
| | | SAN FRANCISCO        CA | |
| | | 4155666394 | |
| 86 | 07/19/16 | OFFICE DEPOT 000035 | |
| | | MIAMI        FL | |
| | | RETAIL 331961 | |
| 87 | 07/19/16 | KP ASSURANCE SIU 200002360042155 | |
| | | WINDERMERE        FL | |
| | | 407-963-3028 | |
| 88 | 07/19/16 | 5.11 MIAMI | |
| | | DORAL        FL | |
| | | 786-485-4589 | |
| 89 | 07/20/16 | KP ASSURANCE SIU 200002360042155 | |
| | | WINDERMERE        FL | |
| | | 407-963-3028 | |

Continued on next page



Exhibit "C"

☑ completed

*AMEX — MIAMIS*
*dining — meeting*

**Miami Subs #188**
14001 SW 80th Street
endall, FL 33186
(305) 386 - 3636

*13 Food for*
*Volunteers and*
*employees*
*Summer ture*

*NONE*

*5150*

```
Paid by: Credit Card          $141.16
Card Type:           Amex
Status:              Payment Approved
Auth Type:           Sale Charge
Card Holder:         GIL/WILLIAM
How Entered:         Swiped Auth
Card #:              XXXXXXXXXXX1000
Auth.Number:         577297
Employee:            Drive Thru2
Table #:             30003
Transaction #:       385022
Date:                6/30/2016 2:43 PM
Trans #:             385022
```

X _____
        Signature
* Retain this copy for your records

CARDHOLDER WILL PAY C'RD ISSUER ABOVE
AMOUNT PURSUANT TO C      DER AGREEMENT.

Exhibit "D"



Hurricane Irma



Hurricane   Irma.



Hurricane Irma.



Hurric s  t rm s.



Exhibit "E"



Ms. Rodgers |
Ms. Lopez    |

Motion passed unanimously

<u>MOTION # 10</u>

Marglli Gallego made a motion for all employees in every department, that are available and willing to work, to assist the association in removing the debris in a timely manner.

Seconded by Ms. Lopez

Roll Call

Ms. Gallego    |
Ms. Martinez  |
Ms. Rodgers   |
Ms. Lopez      |

Motion passed unanimously

<u>MOTION # 11</u>

Marglli Gallego made a motion to offer the Main Clubhouse as a refuge for residents and children that did not have electricity in their homes, so that they can heat up their food, store their medicines in a cool location, and enjoy the A/C of the Main Clubhouse. There are seniors that require their medications to be stored in a cool place and have medical equipment that should always be on to function properly. We provided those senior residents in Juniper with generators, so that their health requirements were met. FPL advised us that the electricity may take up to 3 weeks to come back on and we took the initiative to provide for our residents immediately.

Seconded by Ms. Rodgers

Roll Call

Ms. Gallego |
Ms. Martinez |
Ms. Rodgers |
Ms. Lopez |

Motion passed unanimously

The Hammocks Community Association
9020 Hammocks Blvd. Miami Florida 33196
office: 305.382.3999 / fax: 305.388.4006 / Public Safety: 305.382.8232
visit the new: WWW.HAMMOCKSCOMMUNITY.COM

Exhibit "F"

Date 11/11/17  Time:14:42:11      HAMMOCKS COMMUNITY ASSOCIATION, INC.      Report #0000   Page 0001

B I L L S   P A Y A B L E   R E G I S T E R

```
--------------------------------------------------------------------------------
VCHR #   VENDOR ID/NAME              TRAN. TYPE   INV DATE EFFEC DATE  EXPENSE DISTRIBUTION          AMOUNT
         INV. #/CHECK #              DESCRIPTION
--------------------------------------------------------------------------------

42330   ASADOS ASADOS EL PAISA       Bill       09/11/17  09/11/17  Distr:  7830-001 Contingencies      395.27
        091117                       Reference: FOOD HURRICANE IRMA

   1 Payable transaction                                           Grand total:         395.27
```



MARGLLI GALLEGO                    Account Ending 7-75001                    p. 4/17

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 9 | 09/23/17 | ADT SECURITY*401491576<br>SECURITY | 800-238-2727 | FL |
| 10 | 09/24/17 | FACEBK *X462CC64B2 FB.ME/ADS   CA | | |
| 11 | 09/24/17 | FACEBK *Y462CC64B2 FB.ME/ADS   CA | | |
| 12 | 09/26/17 | WWW.TICKETPRINTING.COM<br>8882710809 | HARLOWTON | MT |
| 13 | 09/26/17 | 2CO.COM*RENDERFOR<br>877-294-0273<br>Description<br>2CO.COM | COLUMBUS | OH |
| 14 | 09/26/17 | GALAXY BAKERY<br>USFC33186 | MIAMI | FL |
| 15 | 09/26/17 | FRESCO Y MAS #287 000000287<br>8775299466<br>Description         Price<br>GROCERY STORES    $11.92 | MIAMI | FL |
| 16 | 09/26/17 | THE UPS STORE 3577<br>OFFICE SUPPLY STORE | KENDALL | FL |
| 17 | 09/27/17 | OFFICE DEPOT #35 000000035<br>8004633768 | MIAMI | FL |
| 18 | 09/27/17 | STAPLES 01721<br>01721 00013S502 33186<br>EPSON 252 IN HY BK/SY CLR 4PK<br>BROTHER TN2218K BLACK TONER<br>HP 05X BLACK TONER HIGH YIELD | MIAMI | FL |
| 19 | 09/28/17 | OFFICE DEPOT #1165 000001165<br>8004633768<br>DIVIDER,INSERT W/PKT,8 TAB<br>JACKET,POLY,LTR,10PK,1",ASTD<br>JAKE PSON,252XL-BCS,BLK/COLOR | WESTON | FL |
| 20 | 09/29/17 | MICROSOFT *OFFICE 3MSBILL.INFO   WA | | |
| 21 | 09/29/17 | STAPSERVICE US OFFICE CORP<br>quill.com/receipts | Miami | FL |
| 22 | 09/29/17 | WALMART SUPERCENTER#1680 1680<br>DISCOUNT STORE | KENDALL | FL |
| 23 | 09/30/17 | FACEBK *5BWH7CE4B2 FB.ME/ADS   CA | | |
| 24 | 17 | T-MOBILE AUTO PAY<br>958005524198006 | 800-937-8997 | WA |

<span style="background:yellow">MARGLLI GALLEGO<br>Card Ending 7-72016</span>

| | | | | Amount |
|---|---|---|---|---|
| 25 | 09/24/17 | COMCAST CABLE COMM<br>CABLE SVCS | 800-COMCAST | FL |
| 26 | 09/25/17 | OFFICE DEPOT #35 000000035<br>8004635768 | MIAMI | FL |
| 27 | 09/25/17 | COUNTRY ART<br>3057078735 | MIAMI | FL |
| 28 | 09/25/17 | GO TRENDART<br>3054541125 | MIAMI | FL |
| 29 | 09/25/17 | GO TRENDART<br>3054541125 | MIAMI | FL |
| 30 | 09/25/17 | CHEVRON 379343872105<br>GAS STATION | MIAMI | FL |
| 31 | | <span style="background:yellow">DISTRIBUIDORA PAISA</span><br>paisa.com/receipts | Miami | FL | <span style="background:yellow">$392.27</span> |
| 32 | | <span style="background:yellow">PRIME SERVICE LLC</span><br>15 17007501 | PENNSAUKEN | NJ | <span style="background:yellow">$10,000.00</span> |



Continued on next page



**SimplyCash® Plus Business Credit Card**
HAMMOCKS COMUNITY AS
MARGLLI GALLEGO
Closing Date 10/02/17



p. 5/17

Account Ending 7-75001

| Detail Continued | | | | Amount |
|---|---|---|---|---|
| 33 | SPECIAL EVENT ICE LLC<br>856-663-8088 | PENNSAUKEN | NJ | $14,000.00 |
| 34 | 09/13/17 SUNSHINE 106 00000171017<br>305-388-9881<br>Description        Price<br>GAS MSC91 38341017  $120.00 | MIAMI | FL | |
| 35 | SUNSHINE 106 00000171017<br>305-388-9281<br>Description        Price<br>GAS MSC97 38321017  $150.00 | MIAMI | FL | |
| 36 | 09/13/17 SUNSHINE 106 00000171017<br>305-388-5881<br>Description        Price<br>GAS MSC97 38251017  $200.00 | MIAMI | FL | |
| 37 | 09/14/17 GOODYEAR 6624<br>3058839073<br>Description<br>MSC PRODUCTS | MIAMI | FL | |
| 38 | 09/14/17 GOODYEAR 6624<br>3058839073<br>Description<br>MSC PRODUCTS | MIAMI | FL | |
| 39 | 09/14/17 SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 40 | 09/14/17 SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 41 | 09/14/17 SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 42 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 43 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 44 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 45 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 46 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 47 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 48 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 49 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 50 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 51 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 52 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 53 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 54 | SHELL OIL 57543872006<br>GAS STATION | MIAMI | FL | |
| 55 | LA ITALIANA 00-080299071 | MIAMI | FL | |

Continued on reverse

Exhibit "G"

# Special Event Ice LLC

**9230 Collins Avenue**
**Pennsauken, NJ 08110**
**1-888-788-9034**
**Fax 1-856-317-9204**

# Sales Receipt

| Date | Sale No. |
|------|----------|
| 9/12/2017 | 2387-3 |

| Sold To |
|---------|
| Hammocks Community |

| Check No. | Payment Method |
|-----------|----------------|
|  | Charge |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Bagged ice, 250 bags per pallet.  This is a food product which cannot be returned nor is it refundable.  Tractor trailer load of bagged ice delivered to location in Miami | 1 | 24,000.00 | 24,000.00 |

*7830-001*

*Hurricane*
*Irma*

*9-12-17*

*32 & 33*
*$10,000  $14,000*

*completed*
*CMR*

## THANK YOU FOR YOUR BUSINESS

| Subtotal | $24,000.00 |
|----------|-----------|
| Sales Tax (6.875%) | $0.00 |
| **Total** | $24,000.00 |

## BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

Shipper's No. _____

C. R. Reed Trucking _____ SCAC _____ Carrier's No. _____

Subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the request; and all applicable state and federal regulations;

the Property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said Property over all or any portion of said route to destination and as to each party at any time interested in all or any of said Property that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to Hammocks Club

| Destination | State | County | Zip | Delivery Address |
|---|---|---|---|---|
| 9020 Hammock Blvd | | Miami | Fl | Miami, Fl |

Route _____

Delivering Carrier C. R. Reed Truckin...        Vehicle Number I

| Number of Packages | Description of Articles | Weight (sub. to correction) | Class or Rate |
|---|---|---|---|
| 20 | Pallets of ice | | |
| | 2000 lbs | | |

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**FREIGHT CHARGES:**
Prepaid ☐
Collect ☐

**COD** AMT:
$ _____

**TOTAL CHARGES:**
$ _____

Collect On Delivery _____ and remit to _____

COD FEE:
$ _____      Prepaid ☐   Collect ☐

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per _____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

Shipper: John Specialty Food Inc        Carrier: _____

Per: _____        Date: 04/13/17        Per: _____        Date: _____

9 (Rev. 3/17)        Copyright 2017 J. J. Keller & Associates, Inc.
Neenah, WI • JJKeller.com • (800) 327-6868
Printed in the USA

Hurricane Irma.

```
Date 10/10/17  Time:10:57:18          HAMMOCKS COMMUNITY ASSOCIATION, INC.          Report #0000   Page 0001

                                      B I L L S   P A Y A B L E   R E G I S T E R

--------------------------------------------------------------------------------------------------------------
VCHR #   VENDOR ID/NAME                TRAN. TYPE    INV DATE EFFEC DATE  EXPENSE DISTRIBUTION          AMOUNT
         INV. #/CHECK #                DESCRIPTION
--------------------------------------------------------------------------------------------------------------


41625   ICE    SPECIAL EVENT ICE LLC   Bill        09/12/17  09/12/17  Distr:  7830-001 Contingencies   10,000.00
        091217                         Reference: HURRICANE IRMA

41626   ICE    SPECIAL EVENT ICE LLC   Bill        09/12/17  09/12/17  Distr:  7830-001 Contingencies   14,000.00
        91217                          Reference: HURRICANE IRMA


     2 Payable transactions                                            Grand total:     24,000.00
```









Exhibit "H"



$402.60 Hurricane Matthew October 5 2016



*racaw supplies*

7830-01

STORE #29
16255 S.W. 88 th Street
Miami, FL 33196
(305)385-2966
*****************************

#029-013 10/5/2016 09:58:10 Ana  A
Inv#:00014028 Trs#:014045

40 @ $2.99 each
SEDANOS NAT.WATER            $119.60 F
  Markdown: $80.00
24 @ 2/ $10.00
G ADE G2 ORANGE             $120.00 T1F
  Markdown: $47.76
384 @ $0.99 each
B BEE CHUNK LT OIL          $380.16 FW
  Markdown: $115.20
240 @ 2/ $0.99
SEDANOS VIENNA SAUSAGE      $118.80 F
  Markdown: $22.80
96 @ 4/ $5.00
KIRBY BLACK BEANS RT        $120.00 F
36 @ $0.99 each
ZEPHR NAT SPRING WAT        $35.64 F
  Markdown: $14.40

Net Sales                   $894.20
Tax 1 [$120.00]               $8.40
OTAL SALES                  $902.60

SUB TOTAL                   $902.60
American express            $902.60
# **********1018
Balance                       $0.00
Total:              USD$ 902.60

APPROVED BY ISSUER

Thank you for shopping with us ...
Come again soon !!!

9930130140455

Date 11/22/16        HAMMOCKS COMMUNITY ASSOCIATION, INC.        #0000 Page 0001

B I L L S   A D J U S T   R E G I S T E R

```
----------------------------------------------------------------------------
VCHR #  VENDOR ID/NAME                          TRAN. TYPE   TRANS-DATE
           REF. #              ACCT #   ACCT DESCRIPTION
                                                                       AMOUNT
----------------------------------------------------------------------------

38471  SEDANO SEDANO'S                    Manual Payment  10/05/16
         00014028         Distr:  2010-001 Accounts Payable
         CHK #:100518 Reference: HURRACAN SUPPLIES                      902.60


    1 Payable transaction                    Grand total:               902.60
```

Exhibit "I"





















# HAMMOCKS COMMUNITY
## JULY 4TH 2016 FIREWORKS CELEBRATION



## FOR ALL HAMMOCKS RESIDENTS, FAMILY AND FRIENDS
### (Event Schedule)

EVENT TIME: ~~6~~ PM – 10 PM (event will conclude after Fireworks Display)

- ~~6 PM – 6:30~~ PM – (Approximately) - HCA Board President, Ms. Maria Teresa Martinez will open ceremony AND introduce Felix Varela Sr. High School Color Guard

- Felix Varela Sr. High School Color Guard Will Present the Colors

- ~~7 PM~~ 8 pm – Food Eating Contests –

  Watermelon and Pie Eating Contests (18 yrs. and over)

- Live Band

- At Approximately 9 PM (weather permitting) Spectacular Fireworks Display Finale

The Hammocks Community Association
9020 Hammocks Blvd. Miami Florida 33196
Office: 305.382.3999 / fax: 305.388.4006 / Public Safety: 305.382.8232
Visit the new: WWW.HAMMOCKSCOMMUNITY.COM

*WATERMELONS* DEBIT CARD 7/1/16

. PIES eating contest

JULY 4th EVENT

POSTER BOARD

AND

RIBBONS

for SIGNS —



Emy Kosha

# Winn✓Dixie

www.winndixie.com

```
10 @ 6.95
        WATERMELON SDLS    PC    69.50 F
10 @ 3.45
RC      WATERMELON SDLS          34.50-F
        BLUEBERRY PIE             4.00 F
        BLUEBERRY PIE             4.00 F
        BLUEBERRY PIE             4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        CHERRY PIE                4.00 F
        BLUEBERRY PIE             4.00 F
    REWARD CUSTOMER      ***********9999
    REWARD CUSTOMER      ***********6933
RD      Fuel Perks               50.00
BO      Fuel Perks                0.05
RD      Fuel Perks               50.00
BO      Fuel Perks                0.05
        TAX                       0.00
    **** BALANCE                 99.00
Debit  ***********8751
APPROVAL CODE 887507 SEQ # 60549
AID A0000000042203
        DEBIT                    99.00
        CHANGE                    0.00
TOTAL NUMBER OF ITEMS SOLD =     26
07/01/16 01:44PM 287 5 26

YOUR CASHIER TODAY WAS ANGELICA M.

Reward Card Savings        34.50
Total Savings              34.50

YOU HAVE SAVED A TOTAL OF 36.08
WITH YOUR CUSTOMER REWARD CARD

*********** WD FUELPERKS ***********

fuelperks! Earned Today  $0.10
fuelperks! Total per Gal $0.10

Sales Toward Next fuelperks! $23.69

***********************************

        TELL US ABOUT YOUR SHOPPING
```

$99.00

# Dollar Tree Stores, Inc.

```
Store# 4390              (305) 387-2048
14778 N Kendall Dr
Miami FL 33196-1481
==================================
DESCRIPTION      QTY  PRICE   TOTAL
==================================
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
POSTERBOARD       1   0.50    0.50T
RIBBON            1   1.00    1.00T
RIBBON            1   1.00    1.00T

        Sub Total           $7.00
        SALES TAX           $0.49
        Total               $7.49

    Purchase   $    7.49
                            PIN Used
Debit Card #SXXXXXXXXXXXX8751
Auth # 199745   Payment from primary
Lane # 03    Cashier # 21213147
07/01/16 14:02   Ref/Seq # 030084
EPS Sequence   # 030084
==================================
Thank You for Shopping at Dollar Tree
    Where Everything's $1.00
 Now Shop On-Line at Dollartree.com
==================================
*******************************************
*      We value your opinion!             *
*    Please provide your feedback at       *
*      www.dollartreefeedback.com          *
* Receive chances to win $1,000 daily plus *
*   instant prizes valued at $1,500 weekly  *
*     or by calling 1-877-368-2540.         *
* for complete rules, eligibility and sweepstakes *
*    period and previous winners please visit     *
*         www.dollartreefeedback.com        *
*    No purchase/survey required to enter.   *
*   Sweepstakes sponsored by Empathica, Inc. *
```

$7.49

















Exhibit "J"

MOTION # 5

Motion by Ms. Gallegos to proceed with the following:

*Zika Virus

Fumigation against mosquitos inside the community in the event the county does not do it.

*Emergency Repairs for Bridge #2 and #3, electrical cables exposed to avoid accident .

*Fix broken light poles FPL does not fix.

*Purchase of Flowers & Plants for intersection at 104 St.

*Fix Public safety unit with water damage.

*Placement of Speed Bumps in Pelican Point

Second by Ms. Martinez

Roll Call

Ms. Gallegos
Ms. Cetraro
Ms. Rodgers
Mrs. Ghilardi
Ms. Martinez
Ms. Lopez

Motion passed unanimously

MOTION # 6

Ms Gallegos made a motion to Approve Activities Children & Adults classes for all year round.

Second by Ms. Martinez
Roll Call

Ms. Gallegos
Ms. Cetraro
Ms. Rodgers
Ms. Ghilardi
Ms. Martinez
Ms. Lopez

Motion passed unanimously

Meeting was adjourned at 7:50pm

August 4th , 2016 Board Meeting Minutes JM



They have explained that the maintenance cars need to be change because for the community's is better to use the golf -cars or gator in that way the association reduce the cost in gas, insurance and more .

Motion # 7

Motion by Ms Martinez to approval to do Easter Event on April 15 in Black creek Center at 2:00 pm To 5:00 pm

Seconded by Ms Gallego

Roll Call

Ms. Rodgers    |
Ms. Gallego    |
Ms. Martinez   |
Ms. Ghilardi   |
Ms. Maceda     |

Motion passed unanimously.

Motion # 8

Motion by Ms. Gallego to approval sends a letter to the homeowners with the Board of directors election winners.

Seconded by Martinez.

Ms. Rodgers    |
Ms. Gallego    |
Ms. Martinez   |
Ms. Ghilardi   |
Ms. Maceda     |

Motion passed unanimously

Motion # 9

Motion by Ms. Martinez to approval sends the letter to the homeowners with the rules and regulation

Seconded by Ms Gallego

The Hammocks Community Association
9020 Hammocks Blvd. Miami Florida 33196
office: 305.382.3999 / fax: 305.388.4006 / Public Safety: 305.382.8232
visit the new: WWW.HAMMOCKSCOMMUNITY.COM

## MOTION # 6

Ms. Gallegos made a motion to send max fines notice via certified mail

Second by Ms. Lopez
Roll Call

Ms. Gallegos    |
Ms. Rodgers     |
Ms. Martinez    |
Ms. Lopez       |

Motion passed unanimously

## MOTION # 7

Ms. Gallegos made a motion to send homeowners violations that cut 1 tree to replace with 3 palms for hurricane Mathew.

Second by Ms. Rodgers
Roll Call

Ms. Gallegos    |
Ms. Rodgers     |
Ms. Martinez    |
Ms. Lopez       |

Motion passed unanimously

## MOTION # 8

Ms. Gallegos made a motion to closed the office on Friday October 28 & Saturday October 29th for floor repairs

Second by Ms. Rodgers
Roll Call

Ms. Gallegos    |
Ms. Rodgers     |
Ms. Martinez    |
Ms. Lopez       |

Motion passed unanimously

## MOTION # 9

Ms. Gallegos made a motion to approve the Halloween Party in Black Creek on Saturday October 29, 2016

Second by Ms. Rodgers

Exhibit "K"

HAMMOCKS COMUNITY AS
MARGLLI GALLEGO
Closing Date 11/02/17

Account Ending 7-75001

## Payments and Credits

### Summary

| | Total |
|---|---|
| **Payments** | |
| **Credits** | |
|   MARGLLI GALLEGO 7-75001 | |
|   MARGLLI GALLEGO 7-72016 | |
| **Total Payments and Credits** | - |

### Detail   *Indicates posting date

**Payments**

| | | |
|---|---|---|
| 10/20/17* | MARGLLI GALLEGO | ONLINE PAYMENT - THANK YOU |

**Credits**

| | | |
|---|---|---|
| 10/04/17* | MARGLLI GALLEGO | YOUR CASH BACK THIS PERIOD IS |
| | | AMERICAN EXPRESS CASH REBATE TRANSACTION |
| 10/30/17 | MARGLLI GALLEGO | TARGET KENDALL 0746 |
| | | MIAMI         FL |
| | | DISC |
| 10/22/17 | MARGLLI GALLEGO | TRE |
| | | CON |
| | | 323 |
| | | Desc |
| | | MISC |

## New Charges

### Summary

| | |
|---|---|
| MARGLLI GALLEGO 7-75001 | |
| MARGLLI GALLEGO 7-72016 | |
| HAMMOCKS MAITENANCE 7-71026 | |
| HAMMOCKS P SAFETY 7-71034 | |
| **Total New Charges** | |

### Detail

**MARGLLI GALLEGO**
Card Ending 7-75001

| | | | | Amount |
|---|---|---|---|---|
| 1 | 10/02/17 | AGILISLINXUPMOTOSFT877-732-4980 | MO | |
| 2 | 10/03/17 | A CHECK AMERICA 2 | GLENDALE     CA | |
| | | INVOICE 59-0526459 | | |
| 3 | 10/03/17 | POLL-APP.COM | MONTREAL | |
| | | 8778877815 | | |
| 4 | 10/05/17 | MICROSOFT  *STORE 0000 | MSBILL.INFO     WA | $149.99 |
| | | Z20HCPOKR9M4 33196 | | |
| | | POKR9M4 Z20HCPOKR9M | | |
| 5 | 10/06/17 | MICROSOFT  *STORE 0000 | MSBILL.INFO     WA | |
| | | Z20HCRD2PBU2 33196 | | |
| | | RD2PBU2 Z20HCRD2PBU | | |
| 6 | 10/06/17 | LOGMEINGOTOMYPC.COM | 888-646-0014     MA | |
| | | ONLINE SVCS | | |

Continued...

RGLLI GALLEGO                    Account Ending 7-75001                                p. 4/17

| | **Detail Continued** | | | | Amount |
|---|---|---|---|---|---|

| | | | | | Amount |
|---|---|---|---|---|---|
| 10/09/17 | OFFICE DEPOT #35 000000035<br>8004633768 | | MIAMI | FL | |
| 10/11/17 | FACEBK *GH7G7DN4B2 FB.ME/ADS | CA | | | |
| 10/11/17 | TARGET KENDALL 0746<br>DISCOUNT STORE | | MIAMI | FL | |
| 10/12/17 | ATHOMENET INC<br>INV-105926 33196 | | DENVER | CO | |
| 10/12/17 | ID CREATOR 628044004922852<br>855-625-3437<br>TIP | | SCOTTSDALE | AZ | $126.99 |
| 10/13/17 | ALL SIGNS & PRINTING, LLC.<br>squareup.com/receipts | | Miami | FL | $1,539.73 |
| 10/18/17 | OFFICE DEPOT #1165 000001165<br>8004633768<br>TONER,HP 305A,LASERJET,YELLOW<br>TONER,HP 305A,LASERJET,CYAN<br>TONER,HP 305A,LASERJET,MAGENTA<br>TONER,HP 305A,LASERJET,BLACK | | WESTON | FL | $997.15 |
| 10/20/17 | OFFICE DEPOT #35 000000035<br>8004633768<br>BOX,STOR/FILE,LTR/LGL,BSC,10PK | | MIAMI | FL | |
| 10/21/17 | ADT SECURITY*401491576<br>SECURITY | | 800-238-2727 | FL | |
| 10/23/17 | MICROSOFT  *STORE 0000<br>Z20HDTOBGEO2 33196<br>TOBGEO2 Z20HDTOBGEO | | MSBILL.INFO | WA | |
| 10/23/17 | WAL-MART SUPERCENTER#1680 1680<br>DISCOUNT STORE | | MIAMI | FL | |
| 10/24/17 | SAFETY SYSTEMS BARRICA 0799<br>305-591-2687<br>Description<br>PROFESSIONAL SEVICE | | MIAMI | FL | |
| 10/24/17 | IN *MARANATA SCHOOL BUS SERVICE<br>264539 33144 | | MIAMI | FL | |
| 10/24/17 | OFFICE DEPOT #35 000000035<br>8004633768<br>LABEL,LSR,ADDR,WHT,3000CT | | MIAMI | FL | |
| 10/24/17 | STAPLES 01721<br>01721000145186 33186<br>AVY LSR LBL 3000PK 1X2 5/8 | | MIAMI | FL | |
| 10/25/17 | TARGET KENDALL 0746<br>DISCOUNT STORE | | MIAMI | FL | $127.27 |
| 10/25/17 | WAL-MART SUPERCENTER#1680 1680<br>DISCOUNT STORE | | MIAMI | FL | $14.56 |
| 10/26/17 | STAR SERVICE US OFFICE CORP<br>squareup.com/receipts | | Miami | FL | $2,074.49 |
| 10/27/17 | FACEBK *V4UUBDN4B2 FB.ME/ADS | CA | | | |
| 10/27/17 | OFFICE DEPOT #1165 000001165<br>8004633768<br>HP,62,TRI BLK,COMBO<br>PAPER,COPY,OD,CASE,10-REAM<br>2017LP-TIDEPODS | | WESTON | FL | |
| 10/27/17 | THE HOME DEPOT<br>800-654-0688 | | MIAMI | FL | |
| 10/27/17 | WAL-MART SUPERCENTER#1680 1680<br>DISCOUNT STORE | | MIAMI | FL | |
| 10/28/17 | NAVARRO DISCOUNT<br>8007467287<br>PHARMACIES | | MIAMI | FL | |

Continued on next page

10/13/2017                                                     Webmail

## Your Microsoft order of Office Home & Student 2016 for PC

October 5, 2017  |  5:58 pm  |  78 KB

From:
Microsoft Store <stremail@microsoft.com>

To:
marketing@hammockscc.com

Load external images

# Hi there,

Thanks for shopping with us on Thursday, October 5, 2017.

Any downloads you bought (except pre-orders) are available now.

Order 8866911077

| | | |
|---|---|---|
| Office Home & Student 2016 for PC | Office Home & Student 2016 for PC<br>Quantity 1<br>Install Office<br>Product key: 6Q299-24FPH-9Q2P2-CCDJ3-D2W2Z | $149.99 |

| | | |
|---|---|---|
| **Subtotal** | | $149.99 |
| **Tax** | | $0.00 |

10-5-17
$ 149.99



# Total        $149.99

| Payment method | |
|---|---|
| American Express **5001 | $149.99 |

(5441-001)

https://mail.one.com/itsystems@hammockscc.com/INBOX/1/9496?search=microsoft                1/2

```
11/07/17  Time:10:39:43          HAMMOCKS COMMUNITY ASSOCIATION, INC.         Report #0000   Page 0001

                            B I L L S   P A Y A B L E   R E G I S T E R

---------------------------------------------------------------------------------------------------------
VCHR #   VENDOR ID/NAME                TRAN. TYPE    INV DATE EFFEC DATE  EXPENSE DISTRIBUTION        AMOUNT
         INV. #/CHECK #                DESCRIPTION
---------------------------------------------------------------------------------------------------------

41976   MICROS MICROSOFT STORE        Bill        10/05/17 10/05/17  Distr:  5441-001 Membership Subscription D   149.99
        100517                        Reference: MICROSOFT 2016

    1 Payable transaction                                                   Grand total:            149.99
```

```
Date 11/07/17        HAMMOCKS COMMUNITY ASSOCIATION, INC.        #0000 Page 0002

                 B I L L S    A D J U S T    R E G I S T E R

 ACCT #      ACCOUNT DESCRIPTION        DATE     DEBIT AMOUNT    CREDIT AMOUNT
 ---------   ------------------------   --------  ------------   -------------
 2010-002    American Express #71000    10/05/17                      149.99
 2010-001                               10/05/17       149.99
                                                  ------------   -------------
            TOTALS                                     149.99          149.99


                         -- End of report --
```

10/12/2017        Webmail

# ArcadiaID.com: New Order # 100028037

October 12, 2017 | 4:43 pm | 9 KB

From:

ArcadiaID <support@arcadiaid.com>

To:

Katherine Zurita <itsystems@hammockscc.com>

**Hello Katherine Zurita**

Thank you for choosing ArcadiaID.com for your identification needs. Your package will generally ship within 2 business days from the time you place your order. You will be notified via e-mail when your order ships. You can check the status of your order by logging into your account. If you have any questions about your order please contact us at support@arcadiaid.com.

*Your order confirmation is below. Thank you again for using ArcadiaID.com.*

**Your Order #100028037** (placed on October 12, 2017 1:43:25 PM MST)

Connect with us



Connect with us and receive 10% off your next order!

**Billing Information:**

Katherine Zurita
Hammocks Community Association
9020 Hammocks Blvd
9020 Hammocks Blvd
miami, Florida, 33196
United States
T: 7864684051
F: 7864684051

**Shipping Information:**

Katherine Zurita
Hammocks Community Association
9020 Hammocks Blvd
9020 Hammocks Blvd
miami, Florida, 33196
United States
T: 7864684051
F: 7864684051

**Payment Method:**

**Credit Card**

Credit Card Type: American Express
Credit Card Number: xxxx-5001
Processed Amount: $126.99

**Shipping Method:**

Select Shipping Method - FedEx Overnight



| Item | Sku | Qty | Subtotal |
|------|-----|-----|----------|
| Standard Glossy Butterfly Laminating Pouch - 7 Mil - No Mag Stripe | IDBP_700 | 400 | $92.00 |
| | Subtotal | | $92.00 |
| | Shipping & Handling | | $34.99 |
| | Grand Total | | **$126.99** |


 completed


```
te 10/16/17  Time:10:43:30          HAMMOCKS COMMUNITY ASSOCIATION, INC.          Report #0000   Page 0001

                                    B I L L S   P A Y A B L E   R E G I S T E R

---------------------------------------------------------------------------------------------------------
                                                                                              AMOUNT
VCHR #   VENDOR ID/NAME                TRAN. TYPE   INV DATE EFFEC DATE  EXPENSE DISTRIBUTION
         INV. #/CHECK #                DESCRIPTION
---------------------------------------------------------------------------------------------------------

41679    ARCADI ARCADIA ID CREATOR    Bill         10/12/17 10/12/17  Distr:  5180-001 Office Supplies      126.99
         101217                       Reference: ID SUPPLY

   1 Payable transaction                                                           Grand total:           126.99
```

```
Date 10/16/17      HAMMOCKS COMMUNITY ASSOCIATION, INC.        #0000 Page 0002

                   B I L L S   A D J U S T   R E G I S T E R

ACCT #     ACCOUNT DESCRIPTION          DATE      DEBIT AMOUNT   CREDIT AMOUNT
---------  -------------------------    --------  ------------   -------------
 2010-002  American Express #71000      10/12/17                    126.99
 2010-001                               10/12/17     126.99
                                                  ------------   -------------
           TOTALS                                    126.99         126.99


                       -- End of report --
```

12

10/16/2017

Webmail (29)

## Receipt from All Signs & Printing, LLC.

13 October 2017   |   19:36   |   49 KB

From:

All Signs & Printing, LLC. via Square <receipts@messaging.squareup.com>

To:

celeste@hammockscc.com

Load external images

Square automatically sends receipts to the email address you used at any Square seller. Learn more

Positive     Negative

 completed CM

7820-001

12

# $1,539.73

| | |
|---|---|
| Custom Amount | $1,439.00 |
| Subtotal | $1,439.00 |
| Sales Tax (7%) | $100.73 |
| Total | $1,539.73 |

All Signs & Printing, LLC.
7945 SW 153 Ct.
Miami, FL 33193

Webmail (29)

786-488-2548

AMEX 5001 (Keyed)          Oct 13 2017 at 7:29 PM

#agv9

Auth code: 260056

© 2017 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

© Mapbox © OpenStreetMap Improve this map

Square Privacy Policy · Not your receipt?
Manage preferences  for digital receipts

ACCOUNT ACTIVITY

10/13/17
Source: AP - Accounts Payable
Reference: ALLSIG - ALL SIGNS & PRINTING LLC

---

| Account # | Description | DATE | Vchr # | Chk # | Debit | Credit |
|---|---|---|---|---|---|---|
| 02010-002 | American Express #71000 | 10/13/17 | | 101317 | | 1,539.73 |
| | | 00/00/00 | | | | |
| | EXPENSE DISTRIBUTION | 00/00/00 | | | | |
| 07820-001 | Community Events | 10/13/17 | 41692 | | 1,539.73 | |
| | T O T A L | 00/00/00 | | | | |
| | | 00/00/00 | | | 1,539.73 | 1,539.73 |

-- End of report --

10/17/2017

Office Supplies, Furniture, Technology at Office Depot

13

# Office DEPOT
# OfficeMax
Taking care of business      **Thank you for your order**

We appreciate your business and are now processing your order. You will receive an order confirmation email shortly.
Please save this email for your records. Your Credit Card will be charged when the order ships.
**Office Depot® OfficeMax® Rewards Everything Member # 5635573891** will be credited when the order ships.

# Office DEPOT OfficeMax
# BUSINESS SELECT

Office Depot® OfficeMax Business Select members
receive exclusive business discounts, FREE delivery, plus
5% back on ink, toner, paper, copy/print/ship and 2% back
on everything else.

10-17-17.
$997.15
5180-001

Learn More | Terms and Conditions

**+ Designate a school Designate a School to Receive 5% of Your Purchase**

Not applicable to schools in Puerto Rico

**+ Order Summary example: Order number, Pickup date, view Order details**

completed
CMR

13

Delivery 1 Order Number: 972374106-001 Est. Arrival by: 10/18/2017 View Order Details

**+ Delivery Information / Payment Information example: Address, city, state, Payment Method etc.**

| Delivery Information | Payment Information | Payment Method |
|---|---|---|
| HAMMOCKS COMMUNITY ASSOCIATION | HAMMOCKS COMMUNITY | Debit/Credit Card |
| CELESTE MEDINA | ASSOCIATION | (CARD-AX-5001) |
| 9020 HAMMOCKS BLVD | 9020 HAMMOCKS BLVD | ***********5001 |
| MIAMI, | MIAMI, | Amount: $997.15 |
| FL | FL | |
| 33196-1301 | 33196-1301 | |
| USA | USA | |
| 305-382-3999 | 305-382-3999 | |
| CELESTE@HAMMOCKSCC.COM | | |

**Order Details**

https://www.officedepot.com/checkout/checkoutProcess.do#

1/2

```
Date 10/23/17  Time:09:25:17              HAMMOCKS COMMUNITY ASSOCIATION, INC.              Report #0000   Page 0001

                                        B I L L S   P A Y A B L E   R E G I S T E R

-----------------------------------------------------------------------------------------------------------------------
VCHR #   VENDOR ID/NAME                   TRAN. TYPE    INV DATE EFFEC DATE  EXPENSE DISTRIBUTION               AMOUNT
         INV. #/CHECK #                   DESCRIPTION
-----------------------------------------------------------------------------------------------------------------------


41802    OD    OFFICE DEPOT               Bill          10/17/17 10/17/17  Distr:  5180-001 Office Supplies      997.15
         101717                           Reference: OFFICE SUPPLY PRINTERS


      1 Payable transaction                                                           Grand total:             997.15
```

Date 10/23/17        HAMMOCKS COMMUNITY ASSOCIATION, INC.          #0000 Page 0002

B I L L S   A D J U S T   R E G I S T E R

| ACCT # | ACCOUNT DESCRIPTION | DATE | DEBIT AMOUNT | CREDIT AMOUNT |
|--------|--------------------|----|-------------|--------------|
| 2010-002 | American Express #71000 | 10/17/17 | | 997.15 |
| 2010-001 | | 10/17/17 | 997.15 | |
| | TOTALS | | 997.15 | 997.15 |

-- End of report --

22



**EXPECT MORE PAY LESS**

..NDALL - 305-386-1244
10/25/2017    11:30 AM

ENTERTAINMENT-ELECTRONICS
057060056          DUR CTOP          T    $27.98    ↓
                   2 @ $13.99 ea
                   RETURN BY 11/24/17
057060150          ENR MAX           T    $27.98    ↓
                   2 @ $13.99 ea
                   RETURN BY 11/24/17

STATIONERY-OFFICE
053030005          HLM BLN KIT       T    $62.98
                   2 @ $31.49 ea

                   SUBTOTAL    $118.94
T = FL TAX  7.0000% on $118.94      $8.33
                   TOTAL      $127.27

*5001 AMEX CHARGE   $127.27
     AID:A000000025010801
     AMERICAN EXPRESS

· ↓ INDICATES SAVINGS

TOTAL SAVINGS THIS TRIP
        $3.60

He/10M

REC#2-7298-0746-0080-7108-7 VCD#752-258-434



completed CMV

Was this
trip a treat?

Help make your Target    better.
Take a 2 minute survey a    day's trip:

informtarnet    corr
User ID: 72   1025
Password    J28 913

CUENTENO   N ESPANOL

Ple...                    days.

# PURCHASE ORDER

Snocks Community Association
ADMINISTRATION
9020 11 mr... sks Blvd
Miami, Florida 33196
PH (305) 382-3999 FAX (305) 388-4000

| DATE ORDERED | DATE WANTED | |
|---|---|---|
| Requested By Arianna | Requisition No. | THIS NUMBER MUST APPEAR ON ALL INVOICES, SHIPPING PAPERS, PACKAGES, ETC. |
| Terms | F.O.B. Point | 004840 |
| Ship Via | PPD | COL. | |

TO Target

☐ SERVICE AT  ☐ SHIP TO

10/25/2017

| QUANTITY ORDERED | QUANTITY RECEIVED | DESCRIPTION OF SERVICES OR ITEMS | PRICE | AMOUNT | PURCHASED FOR THE ACCOUNT OF |
|---|---|---|---|---|---|
| | | | | | CODE | PROPERTY – UNIT NO. |
| | | Battery- Halloween | | | |
| 2 | | $31.49    Event | | | |
| 2 | | $13.99   (Helium Balloons) | | | |
| 2 | | $13.99  CAP | | | |
| | | Fl. tax $8.33 | | | |
| | | Total | | | |
| | | $127.27 | | | |
| | | Aimey | | | |
| | | 7820-001 | | | |

1. Please send _____ copy / copies of your invoice.
2. ...rder is to be entered in accordance with prices, delivery and specifications shown above.
3. Notify us immediately if you are unable to complete this order as specified.

PO PLACED BY:
☐ PHONE   ☐ FAX   ☐ IN-PERSON   ☐ MAIL   ☐ E-MAIL   ☐ ON-LINE

AUTHORIZED SIGNATURE

TITLE

```
Date 11/14/17  Time:12:22:28              HAMMOCKS COMMUNITY ASSOCIATION, INC.              Report #0000   Page 0001

                                        B I L L S   P A Y A B L E   R E G I S T E R

--------------------------------------------------------------------------------------------------------------------
                                                                                                    AMOUNT
VCHR #   VENDOR ID/NAME                 TRAN. TYPE   INV DATE EFFEC DATE  EXPENSE DISTRIBUTION
         INV. #/CHECK #                 DESCRIPTION
--------------------------------------------------------------------------------------------------------------------

42374   TARGET TARGET                   Bill         10/25/17 10/25/17  Distr:  7820-001  Community Events      127.27
        102517                          Reference:  HALLOWEEN PARTY

     1 Payable transaction                                              Grand total:                           127.27
```

Date 11/14/17      HAMMOCKS COMMUNITY ASSOCIATION, INC.       #0000 Page 0002

B I L L S   A D J U S T   R E G I S T E R

| ACCT # | ACCOUNT DESCRIPTION | DATE | DEBIT AMOUNT | CREDIT AMOUNT |
|--------|---------------------|------|--------------|---------------|
| 2010-002 | American Express #71000 | 10/25/17 | | 127.27 |
| 2010-001 | | 10/25/17 | 127.27 | |
| | TOTALS | | 127.27 | 127.27 |

59.58
59.85

-- End of report --

23

Amex

See back of receipt for your chance
to win $1000

ID #:   7L2J58LL65X+   Cafe

# Walmart

## Save money. Live better.

( 305 ) 383 - 3611
MANAGER DAMIR HASIC
15885 SW 88TH ST
KENDALL FL 33196
ST# 01680 OP# 009056 TE# 56 TR# 07810
BUSTELO COFF 007447101720 F     2.88 O
480Z FOLGERS 002520060518 F    11.68 O
SUBTOTAL                14.56
TOTAL                14.56
AMEX TEND            14.56
AMERICAN EXPRESS *** **** ***5 001 I O
APPROVAL # 887775
REF # 000100504917
TRANS ID - 005499430568773

AID A000000025010801
TC 36E6DAF0F95A92B9
TERMINAL # SC010222
*NO SIGNATURE REQUIRED

10/25/17      13:57:43
CHANGE DUE      0.00
# ITEMS SOLD 2
TC# 0556 5109 2632 4064 584



Low Prices You Can Trust  Every Day.
10/25/17    13:57:43
***CUSTOMER COPY***

Store receipts on your phone.
ay.



10-25-17

$14.56



5180-001

 completed
CNV

23

```
Date 10/26/17  Time:09:28:46              HAMMOCKS COMMUNITY ASSOCIATION, INC.           Report #0000   Page 0001

                                      B I L L S   P A Y A B L E   R E G I S T E R

--------------------------------------------------------------------------------------------------------------------
                                                                                                     AMOUNT
VCHR #   VENDOR ID/NAME                TRAN. TYPE   INV DATE EFFEC DATE  EXPENSE DISTRIBUTION
         INV. #/CHECK #                DESCRIPTION
--------------------------------------------------------------------------------------------------------------------

41855   WALMA  WAL-MART SUPERCENTER    Bill         10/25/17 10/25/17  Distr:  5180-001  Office Supplies         14.56
        102517                         Reference:  LOBBY CAFE

   1 Payable transaction                                                             Grand total:             14.56
```

```
Date 10/26/17        HAMMOCKS COMMUNITY ASSOCIATION, INC.        #0000 Page 0002

              B I L L S   A D J U S T   R E G I S T E R


 ACCT #     ACCOUNT DESCRIPTION          DATE    DEBIT AMOUNT   CREDIT AMOUNT
 ---------  ------------------------   --------  ------------   -------------
 2010-002   American Express #71000    10/25/17                     14.56
 2010-001                              10/25/17      14.56
                                                 ------------   -------------
            TOTALS                                   14.56          14.56



                          -- End of report --
```

## Receipt from STAR SERVICE US OFFICE CORP

26 October 2017  |  14:36  |  43 KB

From:

STAR SERVICE US OFFICE CORP via Square <receipts@messaging.squareup.com>

To:

celeste@hammockscc.com

Load external images

Square automatically sends receipts to the email address you used at any Square seller. <u>Learn more</u>

*one Amex*
*Charge*
*- 2 invoices*

*- reverse*
*input again.*

STAR SERVICE US OFFICE CORP

Positive    Negative

*10-26-17.*

[24]

# $2,074.49



Custom Amount                    $2,074.49

Total                                $2,074.49         *completed*
                                                        *CM*

STAR SERVICE US OFFICE CORP
786-301-3157

AMEX 5001 (Swipe)          Oct 26 2017 at 2:36 PM

#yBKI

mail (21)

MARGLLI GALLEGO                    Auth code: 543447

© 2017 Square, Inc.

1455 Market Street, Suite 600
San Francisco, CA 94103

Square Privacy Policy · Not your receipt?
Manage preferences  for digital receipts

# STAR SERVICE US OFFICE CORP.

## *Serve with Quality*

**6741 SW 24 TH. STREET SUITE 43**

**MIAMI, FLORIDA 33155**

**786 301 3157**

**www.starserviceus.com**

**starserviceus@outlook.com**

**DATE:**   Wednesday, October 25, 2017

**INVOICE No.:  773**

| BILL TO: | SHIP TO: |
|---|---|
| Hammocks Community Association | Hammocks Community Association |
| MR. JAVIER | MR. JAVIER |
| 9020 Hammocks Blvd | 9020 Hammocks Blvd |
| MIAMI, FL. 33196 | MIAMI, FL. 33196 |
| 786 468 40 51 | 786 468 40 51 |

| SELLER | ORDER No. | SHIPPED | VIA | SHIP POINT | TERMS |
|---|---|---|---|---|---|
| WILSON | 773 | 10/25/17 | LOCAL DELIVERY | STAR SERVICE US | CREDIT CARD |

| QTY | DESCRIPTION | UNIT PRICE | PRICE | % | AMOUNT |
|---|---|---|---|---|---|
| 1 | 5 K - BOOKLETS 16 PAGES 4X4 80 LBS. GLOSS BOOK | 1,588.78 | | | 1,588.78 0.00 |
| | | **SUBTOTAL** | | | 1,588.78 |
| | | TAX | | | 111.21 |
| | | TAX | | | |
| | | SHIPPING | | | 0.00 |
| | | **INVOICE TOTAL** | | | 1,699.99 |

**Make all checks payable to STAR SERVICE US OFFICE CORP**

If you have any questions concerning this invoice, contact Name, Phone number, email address

**WWW.STARSERVICEUS.COM**

**starserviceus@outlook.com**

**(786) 301 3157**

**I'M RECEIVING AND SATISFIED**

_____

# STAR SERVICE US OFFICE CORP.

## *Serve with Quality*

6741 SW 24 TH. STREET SUITE 43

MIAMI, FLORIDA 33155

786 301 3157

**www.starserviceus.com**

**starserviceus@outlook.com**

$180-00

DATE:      **Wednesday, October 25, 2017**

INVOICE No.:   **774**

BILL TO:
Hammocks Community Association
MR. JAVIER
9020 Hammocks Blvd
MIAMI, FL. 33196
786 468 40 51

SHIP TO:
Hammocks Community Association
MR. JAVIER
9020 Hammocks Blvd
MIAMI, FL. 33196
786 468 40 51

| SELLER | ORDER No. | SHIPPED | VIA | SHIP POINT | TERMS |
|--------|-----------|---------|-----|------------|-------|
| WILSON | 774 | 10/25/17 | LOCAL DELIVERY | STAR SERVICE US | CREDIT CARD |

| QTY | DESCRIPTION | UNIT PRICE | PRICE | % | AMOUNT |
|-----|-------------|------------|-------|---|--------|
| 1 | PLEGADORA<br>DESKTOP FOLDING MACHINE<br>MBM CORPORATION - MODEL: 93<br>SERIAL # 101240305 | 350.00 | | | 350.00<br>0.00 |
| | **SUBTOTAL** | | | | 350.00 |
| | TAX | | | | 24.50 |
| | TAX | | | | |
| | SHIPPING | | | | 0.00 |
| | **INVOICE TOTAL** | | | | **374.50** |

**Make all checks payable to STAR SERVICE US OFFICE CORP**

If you have any questions concerning this invoice, contact Name,
Phone number, email address

**WWW.STARSERVICEUS.COM**

**starserviceus@outlook.com**

**(786) 301 3157**

**I'M RECEIVING AND SATISFIED**

_____

```
Date 11/15/17          HAMMOCKS COMMUNITY ASSOCIATION, INC.          #0000 Page 0001

                    G / L   A C C O U N T   A C T I V I T Y

Date: 10/26/17
Source: AP - Accounts Payable
Reference: STARS  - STAR SERVICE OFFICE CORP


------------------------------------------------------------------------------
Account #  Description              DATE    Vchr # Chk #    Debit     Credit
------------------------------------------------------------------------------

02010-002  American Express #71000  10/26/17        102617           2,074.49
                                    00/00/00
           EXPENSE DISTRIBUTION     00/00/00
05210-001  Printing                 10/26/17 41980  2,074.49
                                    00/00/00
       T O T A L                    00/00/00         2,074.49 2,074.49


                        -- End of report --
```

Exhibit "L"

**KP Assurance SIU Services, Inc.**

PO Box 618717
Orlando, FL  32861
(407)8022860
rphillips@assuredinvestigations.com

# INVOICE

BILL TO
Esq. Celena R. Nash

INVOICE # JADO1111001573
DATE 12/18/2015
DUE DATE 12/18/2015
TERMS  Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 12/17/2015 | **Backgrnd investigation** completed rsrch from clerk of courts/tax office/dmv. nat. crim history srch./sex... ...istory-bankrptcy liens, judgemen... | 1 | 375.00 | 375.00 |
| 12/17/2015 | **Backgrnd inve...** completed rsrch... office/dmv. nat. crim history srch./se... ...istory-bankrptcy liens, judgeme... | 1 | 375.00 | 375.00 |
| 12/17/2015 | **Backgrnd inve...** completed rsr... courts/tax office/dmv. nat. crim history srch./se... / liens, judgeme... | 1 | 375.00 | 375.00 |
| 12/17/2015 | **Backgrnd inv...** completed rsr... at. crim history srch./s... ...y-bankrptcy liens, judgeme... | 1 | 375.00 | 375.00 |
| 12/17/2015 | **Backgrnd investigation** completed rsrch from clerk of courts/tax office/dmv. nat. crim history srch./sext... / liens, judgements | 1 | 375.00 | 375.00 |
| 12/17/2015 | **Backgrnd invest...** completed rsrch f... crim history srch./se... history-bankrptcy liens, judgeme... | 1 | 375.00 | 375.00 |
| 12/18/2015 | **Backgrnd investigation** completed rsrch from clerk of courts/tax office/dmv. nat. crim history srch./sexual peditor srch./finan history-bankrptcy liens, judgements/... | 1 | 375.00 | 375.00 |

Assurance SIU Services, Inc.
PO Box 618717
Orlando, FL  32861
(407)8022860
rphillips@assuredinvestigations.com

# INVOICE

**BILL TO**
Esq. Celena R. Nash

**INVOICE #** JADO1111001619
**DATE** 04/06/2016
**DUE DATE** 04/06/2016
**TERMS** Due on receipt

**SUBJECT**
Gail Sharpe

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 03/30/2016 | **Background Investigation**<br>Detailed research for the following;  Crim. history./national claim hist search to include w/c/physical visit to clerk of courts where subj. has lived/certified documents where available/all police reports involving subj. name plus a social media canvass utilizing over 300 databases. | 1 | 375.00 | 375.00 |
| 04/01/2016 | **Field Investigation**<br>confirmed subject former residence was a real physical address by driving to the location | 1 | 99.00 | 99.00 |
| 04/01/2016 | **Background (out-of -state)** | 0.30 | 99.00 | 29.70 |

BALANCE DUE                    **$503.70**

EIN: 59-3571154

KP Assurance SIU Services, Inc.
PO Box 618717
Orlando, FL  32861
(407)8022860
rphillips@assuredinvestigations.com

# INVOICE

**BILL TO**
HAMMOCKS COMMUNITY
9020 Hammocks Blvd.
Miami, FL  33916

**INVOICE #** JADO111100105216
9
**DATE** 04/20/2016
**DUE DATE** 04/20/2016
**TERMS** Due on receipt

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|------|----------|-----|------|--------|
| 04/20/2016 | **Background Investigation** Detailed research for the following;  Crim. history./national claim hist search to include w/c/physical visit to clerk of courts where subj. has lived/certified documents where available/a                                 e plus a soci databases. | 1 | 375.00 | 375.00 |
| 04/20/2016 | **Field Invest** Field Invest | 4 | 99.00 | 396.00 |
| 04/20/2016 | **Background Investigation** Detailed research for the following;  Crim. history./n              l claim hist search to include w/c/phys                              j. has lived available                          e plus a s databas | 1 | 375.00 | 375.00 |
| 04/20/2016 | **Background Investigation** Detailed research for the following;  Crim. history               l claim hist search to include w/c/ph has liv availa plus a datab | 1 | 375.00 | 375.00 |
| 04/20/2016 | **Business Background** LMK PROPERTY MANAGEMENT & MAIN | 1 | 375.00 | 375.00 |
| 04/20/2016 | **Business Background** LMV MASTER CORP | 1 | 375.00 | 375.00 |
| 04/20/2016 | **Business Background** RENOVATIONS INTERNATIONAL REALTY 'LIMITED LIABILITY COMPANY | 1 | 375.00 | 375.00 |
| 04/20/2016 | **Business Background** HAPPY REALTY COMPANY | 1 | 375.00 | 375.00 |

EIN: 59-3571154

Assurance SIU Services, Inc.
PO Box 618717
Orlando, FL  32861
(407)8022860
rphillips@assuredinvestigations.com

# INVOICE

| | |
|---|---|
| **BILL TO** | **INVOICE #** JADO1111001627 |
| Bernardo Colon | **DATE** 04/22/2016 |
| 9020 Hammocks Blvd. | **DUE DATE** 04/22/2016 |
| Miami, FL  33916 | **TERMS** Due on receipt |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 04/21/2016 | **Field Investigation** investigation/Traveled to Hammocks community/completed inv. surv @ Hammocks community | 10.20 | 99.00 | 1,009.80 |
| 04/22/2016 | **Field Inve** investigati...  ...mocks community/completed inv. surv @ Hammocks community | 10.20 | 99.00 | 1,009.80 |

| | |
|---|---|
| BALANCE DUE | **$2,019.60** |

Exhibit "M"

4/24/2021                                    Mail - Marglli Gallego - Outlook

-------- Original message --------
From: rphillips@assuredinvestigations.com
Date: 3/25/2016 4:03 PM (GMT-05:00)
To: "Nash, Celena" <celena@condo-laws.com>
Subject: RE: Hammocks Community

Hello Celena. I'm awesome and hope you're doing the same.  We will take care of this asap.  You will have results by Monday Morning.

Thanks!

Reggie Phillips
Special Investigator
KP Assurance
PO Box 618717
Orlando, Florida 32861
Ph: 407-963-3028
A2000245


-------- Original Message --------
Subject: Hammocks Community
From: "Nash, Celena" <celena@condo-laws.com>
Date: Fri, March 25, 2016 3:16 pm
To: <rphillips@assuredinvestigations.com>

Hey Reggie –

I hope all is well with you. I need help with obtaining a background on this person. If you can find pictures related to her, it would be helpful as well.

*Redacted*

Thanks,

**Celena R. Nash, Esq.**

Glazer & Associates, P.A.
Telephone: (954) 983-1112
Facsimile: (954) 333-3983
www.condo-laws.com
Celena@condo-laws.com



-------- Original Message --------
Subject: RE: RE: Hammocks Community
From: "Nash, Celena" <celena@condo-laws.com>
Date: Mon, March 28, 2016 2:05 pm
To: "rphillips" <rphillips@assuredinvestigations.com>

Okay. I think she may have taken someone else's identity. It's a common (illegal) practice of many in South Florida. She's allegedly from Jamaica.


Thanks,

**Celena R. Nash, Esq.**

Glazer & Associates, P.A.
Telephone: (954) 983-1112
Facsimile: (954) 333-3983
www.condo-laws.com
Celena@condo-laws.com



Please note that this firm is deemed a debt collector pursuant to the Fair Debt Collection Practices Act. This is an attempt to collect a debt. Any information obtained may be used for that purpose.


**From:** rphillips [mailto:rphillips@assuredinvestigations.com]
**Sent:** Monday, March 28, 2016 1:58 PM
**To:** Nash, Celena
**Subject:** Fwd: RE: Hammocks Community




Sent from my Sprint Samsung Galaxy Note5.
-------- Original message --------
From: rphillips <rphillips@assuredinvestigations.com>
Date: 3/28/2016 11:46 AM (GMT-05:00)
To: rphillips@assuredinvestigations.com
Subject: RE: Hammocks Community

Good morning.  We're still trying to search for a picture. I'll be back in touch at some point today.


Thanks



Sent from my Sprint Samsung Galaxy Note5.