# AFFIDAVIT OF OREMIA SILVERIO DELRIO

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CRIMINAL DIVISION

CASE NO. F21-5594

STATE OF FLORIDA

        Plaintiff,

v.

MARGLLI GALLEGO,

        Defendant.

_____/

## AFFIDAVIT OF OREMIA SILVERIO DELRIO

I, Oremia Silverio Delrio, attest to the following:

1.     My name is Oremia Silverio Delrio and my date of birth is ████████.

2.     I live at ████████████, Miami, FL 33185.

3.     I am a full-time teacher for Miami-Dade County Public Schools. I have been an elementary school teacher for approximately 27 years.

4.     I currently teach at Jack D. Gordon Elementary School.

5.     I have never lived in the Hammocks. However, I have provided tutoring services for children who live in the Hammocks since December 2016.

6.     On average, approximately 15-20 students would attend tutoring sessions, sometimes more, which are free of charge to children who live in the Hammocks.

7.     I, along with my husband, Luis Delrio, and another teacher, Sara Khajeh, used white boards, pencils, sharpeners, study guides, paper, and other school materials during tutoring sessions, all of which were provided by the Hammocks.

1

8.     I also needed other tutoring materials for the elementary school children.

9.     The Hammocks gave us permission to order the materials and I assisted my husband in picking them out on Amazon.  We used a Hammocks credit card to purchase the materials.

10.     During the tutoring sessions, I observed the Hammocks provide free food and snacks for the kids.

11.     I was also a tutor and camp counselor at the Hammocks during summer camps. The Hammocks occasionally provided free food to the kids during these summer camps.

12.     I witnessed the Hammocks provide home cooked meals for the children during summer camps.  Additionally, the Hammocks provided pizza and McDonald's to the children. The Hammocks also provided donuts and small pastries.

13.     During the summer camps, the Hammocks provided floaties for the pool, an extremely large water slide, and other activities, including a petting zoo.

14.     I was also present during community events for Bingo, Easter, Halloween, and other events.  The Hammocks always provided food for these events.

I, under penalties of perjury, hereby declare that I have read the foregoing declaration and that the facts stated herein are true.

Oremia Silverio Delrio

STATE OF FLORIDA
COUNTY OF MIAMI DADE

The foregoing Affidavit was sworn to or affirmed and subscribed before me this 30 day of April 2021, by Oremia Silverio Delrio who [＿＿] is personally known to me OR [✓] produced valid identification.

2

_____

Notary Public Signature

Kevin L. Alzate
_____

Print, Type, or Stamp Commissioned Name of Notary Public

My Commission # HH 066 840

My Commission Expires 11/24/2024

Notary Public State of Florida
Kevin L Alzate
My Commission HH 066840
Expires 11/24/2024

