# AFFIDAVIT OF LUIS RENE DELRIO

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CRIMINAL DIVISION

CASE NO. F21-5594

STATE OF FLORIDA

        Plaintiff,

v.

MARGLLI GALLEGO,

        Defendant.
_____/

## AFFIDAVIT OF LUIS RENE DELRIO

I, Luis Rene Del Rio, attest to the following:

1. My name is Luis Rene Delrio and my date of birth is ▬▬▬▬▬.

2. I live at ▬▬▬▬▬, Miami, FL 33185.

3. I am a full-time physics teacher for Miami-Dade County Public Schools. I have been a physics and mathematics teacher for approximately 25 years.

4. I currently teach at Terra Environmental Research Institution, which is a magnet high school in Miami-Dade County.

5. I have never lived in the Hammocks. However, I have provided tutoring for children who live in the Hammocks since approximately 2017.

6. The children who attend tutoring sessions are not charged for the service.

7. On average, approximately 15-20 students would attend tutoring sessions.

8. We used white boards, pencils, sharpeners, study guides, paper, and other school materials, all of which were provided by the Hammocks.

1

9. On a couple of occasions, I personally ordered materials on Amazon, which was needed for tutoring. For example, I ordered a white board and other materials back in 2017 – photographs of some of the invoices are attached as composite Exhibit "A."

10. Each time I ordered materials for tutoring, I used a credit card provided by the Hammocks.

11. To the best of my knowledge, the credit card given to me had both Marglli Gallego's name on it and the Hammocks Community Association name on it.

12. During these tutoring sessions, I observed the Hammocks provide free food and snacks for the kids.

13. I was also a tutor and camp counselor at the Hammocks during summer camps. The Hammocks occasionally provided free food to the kids during these summer camps.

14. I specifically remember the Hammocks providing pizza and McDonald's to the children. The Hammocks also provided food from other restaurants, but I do not recall which ones.

15. During the summer camps, the Hammocks provided floaties for the pool, an extremely large water slide, and other activities, including a petting zoo.

I, under penalties of perjury, hereby declare that I have read the foregoing declaration and that the facts stated herein are true.

_____
Luis Rene Delrio

STATE OF FLORIDA
COUNTY OF MIAMI DADE

The foregoing Affidavit was sworn to or affirmed and subscribed before me this 30 day of April 2021, by Luis Rene Delrio who [ ] is personally known to me OR [✓] produced valid identification.

_____
Notary Public Signature

Kevin L. Alzate
Print, Type, or Stamp Commissioned Name of Notary Public
My Commission # HH 066 840
My Commission Expires 11/24/2024

Notary Public State of Florida
Kevin L Alzate
My Commission HH 066840
Expires 11/24/2024



Screenshot_20210430-154621.png

amazon prime

**Shipped**
**Aug 24, 2017**

VIVO Mobile Dry Erase Board (48"x36") Double Sided Magnetic...  $149.99
Qty: 1
Sold By: V I V O

## Payment information

**Payment Method**
AmericanExpress ending in 2016

**Billing Address**
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

## Shipping address

HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301
United States

## Order Summary

| | |
|---|---|
| Items: | $149.99 |
| Shipping & Handling: | $0.00 |
| Total Before Tax: | $149.99 |
| Estimated Tax Collected: | $0.00 |
| **Order Total** | **$149.99** |

Screenshot_20210430-154329.png

# amazon prime

≡  🔍  ○  🛒

Order date: Jun 12, 2017
Order #: 114-9834700-0366666
Order total: $199.99 (1 item)

## Return Details

### Return received

We will process your refund in 2-3 days. Once your refund is processed, it can take 2-3 business days for the refund appear in your bank account or credit card statement.

VIVO Mobile Dry Erase Board (48"x36") Double Sided Magnetic....    $199.99
Qty: 1
Sold By: V I V O

## Payment information

**Payment Method**
AmericanExpress ending in 2016

**Billing Address**
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

## Shipping address

HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301
United States

Screenshot_20210430-155846.png

amazon prime

**Shipped**
**Jun 17, 2017**

**Disney Princess Jumbo Coloring (Jumbo Coloring Book)** — $3.99
Qty: 1
Sold By: Amazon.com Services LLC

## Payment information

**Payment Method**
AmericanExpress ending in 2016

**Billing Address**
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301

## Shipping address

HAMMOCKS COMMUNITY ASSOCIATION
9020 HAMMOCKS BLVD
MIAMI, FL 33196-1301
United States

## Order Summary

Items:                        $448.03
Shipping & Handling:          $0.00
Total Before Tax:             $448.03
Estimated Tax Collected:      $20.20
**Order Total**               **$468.23**