# AFFIDAVIT OF SARA KHAJEH

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CRIMINAL DIVISION

CASE NO. F21-5594

STATE OF FLORIDA

        Plaintiff,

v.

MARGLLI GALLEGO,

        Defendant.
_____/

### AFFIDAVIT OF SARA KHAJEH

I, Sara Khajeh, attest to the following:

1. My name is Sara Khajeh and my date of birth is ███.
2. I live at ███, Miami, FL 33196.
3. I am a full-time mathematics teacher for Miami-Dade County Public Schools. I currently teach at Jorge Mas Canosa and I have been a mathematics teacher for approximately 16 years.
4. I have lived in the Hammocks for approximately 27 years.
5. I provide tutoring for children who live in the Hammocks, and I frequently work with Oremia and Luis Delrio.
6. The children who attend tutoring sessions were not charged for the service.
7. On average, approximately 15-20 students would attend tutoring sessions.
8. We used school materials that were provided by the Hammocks.

1

*SK*

9. When we needed additional materials, Luis Delrio would go online and purchase materials for all of us.

10. During summer camp, I observed the Hammocks provide free snacks to the kids.

11. I also saw the Hammocks occasionally provide pizza to children.

12. Finally, I personally attended events at the Hammocks, such as Bingo and a Mother's Day celebration. The Hammocks provided free food and drinks during these events.

I, under penalties of perjury, hereby declare that I have read the foregoing declaration and that the facts stated herein are true.

_Sara Kh_____
Sara Khajeh

May 14/2021

STATE OF FLORIDA
COUNTY OF MIAMI DADE

The foregoing Affidavit was sworn to or affirmed and subscribed before me this 4th day of May 2021, by Sara Khajeh who [✓] is personally known to me OR [ ] produced valid identification.

_____
Notary Public Signature

Notary Public State of Florida
Dimelza M Perestelo
My Commission HH 038843
Expires 09/01/2024

_____
Print, Type, or Stamp Commissioned Name of Notary Public
My Commission # _____
My Commission Expires _____

2