UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO         :
                        :
    Plaintiff(s),       :
                        :
v.                      :         CASE NO.: 20-24374-CIV-BLOOM
                        :
IVETTE PEREZ, *et. al.*, :
                        :
    Defendant(s).       :
_____ :

**DEFENDANTS'** *Unopposed* **MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

All Defendants respectfully move for a 14-day extension of time, until June 11, 2021, to respond to the Second Amended Complaint. This motion is not opposed. The good cause supporting this motion is as follows:

1. The Court granted Defendants' Motion to Dismiss Counts I and II of Plaintiff's Complaint on March 11, 2021 and provided Plaintiff with 14 days to file an Amended Complaint. ECF No. 34.

2. Plaintiff filed an Amended Complaint on March 25, 2021, ECF No. 36, and Defendants again moved to dismiss Counts I and II on April 8, 2021, ECF No. 39.

3. Instead of responding to the Motion to Dismiss the Amended Complaint, Plaintiff sought and obtained an additional 21 days to seek leave to file a Second Amended Complaint because she was arrested for the crimes of grand theft and organized scheme to defraud in connection with her position as President of the Hammocks HOA. *See* ECF Nos. 40-43.

4. Plaintiff moved for leave to amend, which the Court granted, and the Second Amended Complaint was filed on May 14, 2021, making Defendants' answers due on May 28, 2021. *See* ECF No. 44-46.

5. Defendants will to move to dismiss the Second Amended Complaint again because, like the Amended Complaint, it does not cure the defects that led the Court to dismiss the original Complaint and the Officers are entitled to qualified immunity on Counts I and II.

6. Undersigned counsel, however, has been engaged in substantial pretrial litigation in other matters and also missed four days of work in the past two week because he was out of town visiting family during the Jewish holiday of Shavuot. Therefore, undersigned respectfully requests an additional 14-days to respond to the Second Amended Complaint on behalf of all Defendants.

7. Undersigned conferred with Plaintiff's counsel on May 24, 2021, who graciously agreed not to oppose this motion.

8. Accordingly, all Defendants request that the Court grant an extension to respond to the Second Amended Complaint until June 11, 2021.

9. This motion is made in good faith and not for purposes of delay. The requested extension of time will not prejudice the parties nor unduly delay the proceedings in this matter.

10. A proposed Order accompanies this motion.

Accordingly, Defendants request that the Court extend the time to file their responses to the Second Amended Complaint until **June 11, 2021.**

## CERTIFICATE OF GOOD FAITH CONFERENCE

In compliance with Local Rule 7.1., I hereby certify that counsel for the movants has conferred in good faith with Plaintiff's counsel who does not oppose this relief.

Dated:  May 26, 2021.

          Respectfully submitted,

          GERALDINE BONZON-KEENAN
          Miami-Dade County Attorney
          Stephen P. Clark Center
          111 N.W. 1st Street, Suite 2810
          Miami, Florida  33128

By:   /s/ Ezra S. Greenberg
       Ezra S. Greenberg
       Assistant County Attorney
       Fla. Bar. No. 85018
       Telephone: (305) 375-5151
       Facsimile: (305) 375-5643
       Email: ezrag@miamidade.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

          /s/ Ezra S. Greenberg
          Assistant County Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO    :
                                              :
     Plaintiff(s),    :
                                              :
v.    :    **CASE NO.: 20-24374-CIV-BLOOM**
                                              :
IVETTE PEREZ, *et. al.*,    :
                                              :
     Defendant(s).    :
_____:

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to Plaintiff's Second Amended Complaint (D.E. __ ). Having considered the motion, and for good cause shown, it is hereby ordered that:

1. The motion is granted.

2. Defendants shall file their responses on or before June 11, 2021.

DONE AND ORDERED in Chambers, Miami, Florida, May ___ , 2021.

                                                                                              _____
                                                                                              United States District Judge

cc: counsel of record