**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PEREZ AND LUFFI'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

Plaintiff, MARGLLI GALLEGO ("Ms. Gallego"), respectfully requests a 14-day extension of time to respond to IVETTE PEREZ ("Perez") and CARLOS LUFFI'S ("Luffi") *Motion to Dismiss Second Amended Complaint*, see [D.E. 53], which was filed on June 11, 2021. In support thereof, Ms. Gallego states the following:

1.     Ms. Gallego is suing Ivette Perez, Carlos Luffi, Ricky Garcia, and Flavio Escobar – all of whom are Miami-Dade County police officers – for violating her Fourth Amendment right against unlawful seizures pursuant to 42 U.S.C. 1983. [D.E. 1].

2.     As the Court is aware, this case has several complicated legal issues surrounding qualified immunity.

3.     On May 14, 2021, Ms. Gallego filed a second amended complaint. See [D.E. 46].

4.     On June 11, 2021, Perez and Luffi filed a Motion to Dismiss Counts I & II of the *Second Amended Complaint*. [D.E. 53].

5. Accordingly, Ms. Gallego's response in opposition to Perez and Luffi's motion to dismiss is due today.

6. For the last couple of weeks, undersigned counsel has been preparing for a narcotics conspiracy case in the Eastern District of Kentucky that involved extensive discovery across several jurisdictions. Undersigned's client is facing a 20-year minimum mandatory prison sentence and up to life in prison. *See United States v. Quinton Hall*, E.D. KY Case No. 6:20-cr-00002-REW.

7. Additionally, Counsel has had to fly back and forth to Kentucky, prepare and review jury instructions, witness list, etc., and all of the other things required to defend a federal criminal case.

8. The *Hall* case will commence on Monday, June 28, 2021, and is expected to last one week.

9. Accordingly, undersigned counsel requests a two-week extension of time to file a response in opposition to Perez and Luffi's motion to dismiss - up to and including July 9, 2021.

WHEREFORE, Marglli Gallego, respectfully requests that this Honorable Court extend the deadline for her to file a response in opposition to Perez and Luffi's motion to dismiss up to and including July 9, 2021.

Respectfully Submitted,

Hilton Napoleon, II, Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that on June 25, 2021, undersigned counsel conferred with opposing counsel via email regarding an extension of time to file a response in opposition to the motion to dismiss, and opposing counsel indicated that he did not object to the requested relief.

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2021, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II