UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE JOINT NOTICE SCHEDULING MEDIATION

Plaintiff, MARGLLI GALLEGO ("Ms. Gallego"), respectfully requests a 14-day extension of time to file a *Joint Notice Scheduling Mediation*. In support thereof, Ms. Gallego states the following:

1.    Ms. Gallego is suing Ivette Perez, Carlos Luffi, Ricky Garcia, and Flavio Escobar – all of whom are Miami-Dade County police officers – for violating her Fourth Amendment right against unlawful seizures pursuant to 42 U.S.C. 1983. [D.E. 1].

2.    On August 24, 2021, this Court entered an Order requiring the parties to file a Joint Notice Scheduling Mediation by today, September 13, 2021. See [D.E. 62].

3.    As the court is aware, there are several "moving parts" between the parties – including state court litigation (both civil and criminal).

4.    The parties need an additional two weeks to schedule mediation.

4. Accordingly, the parties requests a 14-day extension of time to file a Joint Notice Scheduling Mediation - up to and including September 27, 2021.

5. This motion is made in good faith and is not made for the purpose of undue delay. Additionally, the 14-day extension will not affect the Court's deadline for the parties to complete mediation by May 17, 2022.  See [D.E. 62].

WHEREFORE, Marglli Gallego, respectfully requests that this Honorable Court extend the deadline for the parties to file a Joint Notice Scheduling Mediation up to and including September 27, 2021.

Respectfully Submitted,

Hilton Napoleon, II, Esq., FBN 17593
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
       Hilton Napoleon, II

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that on September 13, 2021, undersigned conferred with opposing counsel via telephone regarding an extension of time to file joint notice scheduling mediation and opposing counsel agreed to said request.

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134

Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*


By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2021, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II