# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARGLLI GALLEGO | : |
| Plaintiff(s), | : |
| v. | :     **CASE NO.: 20-24374-CIV-BLOOM** |
| IVETTE PEREZ, *et. al.*, | : |
| Defendant(s). | : |

## NOTICE OF APPEAL

Defendants Ivette Perez and Carlos Luffi appeal to the United States Court of Appeals for the Eleventh Circuit from the paperless minute order entered in the district court on August 23, 2021 [ECF No. 61] denying Defendants' motion to dismiss based on qualified immunity.

Dated: September 20, 2021.

                                                       Respectfully submitted,

                                                     ABIGAIL PRICE-WILLIAMS
                                                     Miami-Dade County Attorney
                                                     Stephen P. Clark Center
                                                     111 N.W. 1st Street, Suite 2810
                                                     Miami, Florida 33128

                     By:     /s/ Ezra S. Greenberg
                                      Ezra S. Greenberg
                                      Assistant County Attorney
                                      Fla. Bar No. 85018
                                      Telephone: (305) 375-5151
                                      Email: ezrag@miamidade.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

/s/ Ezra S. Greenberg
Assistant County Attorney