**IN THE CIRCUIT COURT IN AND FOR THE ELEVENTH JUDICIAL CIRCUIT
IN MIAMI-DADE COUNTY FLORIDA**

STATE OF FLORIDA,
        Plaintiff                           CASE NO.: F21-5594
vs.

**MARGLLI GALLEGO**,
        Defendant /

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that on February 9, 2021, at 9:30 A.M. the undersigned attorney will take the deposition of Detective Carlos Luffi, C/o Office of State Attorney Katherine Fernandez Rundle, at E.R. Graham Building 1350 NW 12th Avenue, Miami-Dade County, Florida, upon oral examination before Milestone Reporting or any other officer authorized by law to take depositions in the State of Florida. The oral examination is being taken for purposes of discovery, for use at trial, or for such other purposes as are allowed by law.

## CERTIFICATE OF SERVICE

I certify that a copy of this document was electronically served via the Florida Courts e-Filing Portal's e-service pursuant to Florida Rule of Judicial Administration 2.516 to the State's Attorney on this 5th of January 2022.

*/s/ Sabino Jauregui*
SABINO JAUREGUI, ESQ.
JAUREGUI LAW, P.A.
1014 W. 49th Street
Hialeah, Florida 33012
Phone: (305) 822-2901
Fax: (305) 822-2902
**Primary Email:** Sabino@jaureguilaw.com
**Secondary Email:** violet@jaureguilaw.com
Florida Bar # 503134

**IN THE CIRCUIT COURT IN AND FOR THE ELEVENTH JUDICIAL CIRCUIT
IN MIAMI-DADE COUNTY FLORIDA**

STATE OF FLORIDA,
        Plaintiff                         CASE NO.: F21-5594

vs.

**MARGLLI GALLEGO**,
        Defendant /
_____

## NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that on February 10, 2021, at 9:30 A.M. the undersigned attorney will take the deposition of Detective Ivette Perez, C/o Office of State Attorney Katherine Fernandez Rundle, at E.R. Graham Building 1350 NW 12th Avenue, Miami-Dade County, Florida, upon oral examination before Milestone Reporting or any other officer authorized by law to take depositions in the State of Florida. The oral examination is being taken for purposes of discovery, for use at trial, or for such other purposes as are allowed by law.

## CERTIFICATE OF SERVICE

I certify that a copy of this document was electronically served via the Florida Courts e-Filing Portal's e-service pursuant to Florida Rule of Judicial Administration 2.516 to the State's Attorney on this 5th of January 2022.

                              ***/s/ Sabino Jauregui***
                              SABINO JAUREGUI, ESQ.
                              JAUREGUI LAW, P.A.
                              1014 W. 49th Street
                              Hialeah, Florida 33012
                              Phone: (305) 822-2901
                              Fax: (305) 822-2902
                              **Primary Email:** Sabino@jaureguilaw.com
                              **Secondary Email:** violet@jaureguilaw.com
                              Florida Bar # 503134

**IN THE CIRCUIT COURT IN AND FOR THE ELEVENTH JUDICIAL CIRCUIT
IN MIAMI-DADE COUNTY FLORIDA**

STATE OF FLORIDA,
        Plaintiff                                                 CASE NO.: F21-5594

vs.

**MARGLLI GALLEGO**,
        Defendant /                               **SUBPOENA FOR DEPOSITION**

THE STATE OF FLORIDA

**TO:**     **DETECTIVE IVETTE PEREZ**
           C/o Office of State Attorney Katherine Fernandez Rundle

       YOU ARE COMMANDED to appear at the State Attorney's Office, E.R. Graham Building 1350 NW 12 Avenue in Miami-Dade County, Florida, on Friday, February 10, 2021 at 9:30 A.M. and to have with you at that time and place the following:

**ANY AND ALL DOCUMENTS, REPORTS, DIAGRAMS, MAPS, WRITTEN OR RECORDED STATEMENTS, PICTURES, PHYSICAL EVIDENCE, VIDEOTAPES, AUDIOTAPES, AND/OR ANY OTHER RELEVANT MATTER PERTAINING TO THE INCIDENTS REGARDING THIS CASE.**

       These items will be inspected and may be copied at that time.  You will not be required to surrender the original items.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

                **IF YOU FAIL TO APPEAR AS SPECIFIED YOU MAY BE IN CONTEMPT OF COURT.**

       You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

       DATED this 5th day of January 2022.

                                            **_/s/ Sabino Jauregui_**
                                            SABINO JAUREGUI, ESQ.
                                            JAUREGUI LAW, P.A.
                                            1014 W. 49th Street
                                            Hialeah, Florida 33012
                                            Phone: (305) 822-2901
                                            Fax: (305) 822-2902
                                            **Primary Email:** Sabino@jaureguilaw.com
                                            **Secondary Email:** violet@jaureguilaw.com
                                            Florida Bar # 503134

**IN THE CIRCUIT COURT IN AND FOR THE ELEVENTH JUDICIAL CIRCUIT
IN MIAMI-DADE COUNTY FLORIDA**

STATE OF FLORIDA,
        Plaintiff                            CASE NO.: F21-5594

vs.

**MARGLLI GALLEGO**,
        Defendant /                      **SUBPOENA FOR DEPOSITION**

THE STATE OF FLORIDA

**TO:**    **DETECTIVE IVETTE PEREZ**
          C/o Office of State Attorney Katherine Fernandez Rundle

      YOU ARE COMMANDED to appear at the State Attorney's Office, E.R. Graham Building 1350 NW 12 Avenue in Miami-Dade County, Florida, on Friday, February 10, 2021 at 9:30 A.M. and to have with you at that time and place the following:

**ANY AND ALL DOCUMENTS, REPORTS, DIAGRAMS, MAPS, WRITTEN OR RECORDED STATEMENTS, PICTURES, PHYSICAL EVIDENCE, VIDEOTAPES, AUDIOTAPES, AND/OR ANY OTHER RELEVANT MATTER PERTAINING TO THE INCIDENTS REGARDING THIS CASE.**

      These items will be inspected and may be copied at that time.  You will not be required to surrender the original items.  You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation.  You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above.  You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena.

                **IF YOU FAIL TO APPEAR AS SPECIFIED YOU MAY BE IN CONTEMPT OF COURT.**

      You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you shall respond to this subpoena as directed.

      DATED this 5th day of January 2022.

                                        ***/s/ Sabino Jauregui***
                                        SABINO JAUREGUI, ESQ.
                                        JAUREGUI LAW, P.A.
                                        1014 W. 49th Street
                                        Hialeah, Florida 33012
                                        Phone: (305) 822-2901
                                        Fax: (305) 822-2902
                                        **Primary Email:** Sabino@jaureguilaw.com
                                        **Secondary Email:** violet@jaureguilaw.com
                                        Florida Bar # 503134