UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO        :
                       :
    Plaintiff(s),      :
                       :
v.                     :        CASE NO.: 20-24374-CIV-BLOOM
                       :
IVETTE PEREZ, *et. al.*, :
                       :
    Defendant(s).      :
_____:

**DEFENDANTS' MOTION TO EXTEND TIME
TO FILE NOTICE OF APPEAL AND/OR TO EXPEDITE MOTION**
*(Expedited Motion)*

Defendants Luffi, Perez, Garcia and Escobar respectfully move for an order extending their time to appeal the stay entered on February 14, 2022, ECF No. 77 (the "Order"), by 30 days, to allow full briefing and consideration of the Motion to Modify Stay Order (ECF No. 78) (the "Motion") or, in the alternative, to expedite consideration on the Motion and issue a ruling by noon on March 16, 2022.  Pursuant to Local Rule 7.1(d)(2), Defendants designate this as an ***Expedited Motion*** and request a ruling by **12:00 p.m. on March 16, 2022**, because that day is their deadline to appeal the Order.  The good cause supporting this motion is as follows:

    1.    On February 11, 2022, the Court entered an order staying this case until the issuance of the mandate in Appeal No. 21-13212-HH or until the resolution of the criminal proceedings pending against Plaintiff, whichever is later.  ECF No. 77.

    2.    Defendants believe the Order is appealable insofar as it stays all proceedings in this Court, against four officials entitled to assert qualified immunity, until the resolution of all criminal proceedings pending against Plaintiff.

3. Defendants must file notice of appeal of the Order on or before March 16, 2022. *See* Fed. R. App. P. 4(a)(1)(A).

4. However, the district court may extend the time to file a notice of appeal if a party so moves no later than 30 days after the time to appeal would expire and the party shows good cause or excusable neglect. *See* Fed. R. App. P. 4(a)(5)(A).

5. This motion is timely under Fed. R. App. P. 4(a)(5)(A) and good cause exists to extend the time to appeal by 30 days because Defendants have filed a colorable motion seeking modification of the Order. *See* ECF No. 78. Post-judgment motions for a new trial or reconsideration *automatically* toll the time in which a party may file a notice to appeal, *see* Fed. R. App. P. 4(a)(4), but no such provision is made for a motion to reconsider an appealable interlocutory order. However, the same policy considerations underlying the extension of time to appeal a post-trial motion are present here. Namely, the district court should have the opportunity to consider these arguments before the court of appeals, and a notice of appeal should not be filed when the appeal may be mooted if relief is granted on a motion pending in the district court. In addition, because the proceedings are presently stayed, no adverse party can claim any prejudice in this brief extension.

## **CONCLUSION**

Accordingly, Defendants request that the Court extend to the time to file a notice of appeal of its February 14, 2022, order by 30 days to **April 15, 2022**, and rule on the Motion to Modify Stay Order before noon on April 15, 2022. In the alternative, Defendants request that the Court expedite consideration on the Motion to Modify Stay Order, ECF No. 78, and issue a ruling by noon on **March 16, 2022**. A proposed order is attached.

## CERTIFICATE OF PRE-FILING CONFERENCE

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Dated:  February 28, 2022.

        Respectfully submitted,

        GERALDINE BONZON-KEENAN
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, Florida 33128

By:   /s/ Ezra S. Greenberg
       Ezra S. Greenberg
       Assistant County Attorney
       Fla. Bar. No. 85018
       Telephone: (305) 375-5151
       Email: ezrag@miamidade.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

        /s/ Ezra S. Greenberg
        Assistant County Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGLLI GALLEGO         :
                        :
    Plaintiff(s),       :
                        :
v.                      :         **CASE NO.: 20-24374-CIV-BLOOM**
                        :
IVETTE PEREZ, *et. al.*,:
                        :
    Defendant(s).       :
_____:

**ORDER**

This matter comes before the Court on Defendants' Expedited Motion to Extend Time to File Notice of Appeal, filed February 28, 2022. The Court, having considered the motion and being fully advises in the premises, and for good cause shown, it is hereby orders that:

1. The motion is granted.

2. The time to appeal the Order on Motion to Partially Lift Stay, entered on February 14, 2022, ECF No. 77, is extended by 30 days until April 15, 2022.

DONE AND ORDERED in Chambers, Miami, Florida, March ___ , 2022.

_____
United States District Judge

cc: All parties of record