IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

THIRD DISTRICT

FEBRUARY 11, 2022

| | |
|---|---|
| IVETTE PEREZ, et al.,<br>Appellant(s)/Petitioner(s),<br>vs.<br>MARGLLI GALLEGO, et al.,<br>Appellee(s)/Respondent(s), | CASE NO.: 3D**22-0267**<br><br>L.T. NO.:   20-23064 |

Respondents are ordered to file a response, within twenty-one (21) days from the date of this Order, to the Petition for Writ of Certiorari.

Petitioners may file a reply within ten (10) days of the filing of the response.

*A True Copy*
*ATTEST*
*[signature] Mercedes M. Prieto*
*CLERK*
*DISTRICT COURT OF APPEAL*
*THIRD DISTRICT*

cc:   HILTON NAPOLEON, II     RACHEL C.G. WALTERS

ts