

**IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT**

**IN AND FOR MIAMI- DADE COUNTY, FLORIDA   SPRING TERM, 2021**

| THE STATE OF FLORIDA  v. | INFORMATION FOR |
|---|---|
| MARGLLI  GALLEGO | 1. GRAND THEFT SECOND DEGREE 812.014(2)(B) FEL. 2D |
| | 2. GRAND THEFT SECOND DEGREE 812.014(2)(B) FEL. 2D |
| ___Defendant(s)___ | 3. ORGANIZED FRAUD/SCHEME TO DEFRAUD/ $20,000 OR MORE, LESS THAN $50,000 |
| | 817.034(4)(A)2  FEL. 2D |
| | 4. ORGANIZED FRAUD/SCHEME TO DEFRAUD/ $20,000 OR MORE, LESS THAN $50,000 |
| | 817.034(4)(A)2  FEL. 2D |
| | 5. GRAND THEFT 3RD DEGREE/PRIOR TO 10/1/19 812.014(2)(C)  FEL. 3D |
| | 6. GRAND THEFT 3RD DEGREE/PRIOR TO 10/1/19 812.014(2)(C)  FEL. 3D |
| | 7. GRAND THEFT 3RD DEGREE/PRIOR TO 10/1/19 812.014(2)(C)  FEL. 3D |

**IN THE NAME AND BY THE AUTHORITY OF THE STATE OF FLORIDA:**

**KATHERINE FERNANDEZ RUNDLE,**  State Attorney of the Eleventh Judicial Circuit, prosecuting for the State of Florida, in the County of Miami-Dade, by and through her undersigned Assistant State Attorney, under oath, Information makes that:

ERNST,MARY   :ME  01/31/2022

AMENDED INFORMATION

 Jail No. 210132340 ,Bkd:   , CIN: 1237961, W/F, DOB: 7/25/1981

F21005594

Fernandez-Karavetsos (F002)

(CC#: F21005594)

## COUNT 1

    MARGLLI GALLEGO, on or between November 12, 2016 and December 05 2016, in the County and State aforesaid,  did knowingly, unlawfully and feloniously obtain or use or did endeavor to obtain or use  and/or U.S. coin or currency, valued at twenty thousand dollars ($20,000.00) or more but less than one hundred thousand dollars ($100,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, with the intent to either temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or appropriate the property to said defendant's own use or to the use of a person not entitled thereto, and/or  and the takings were committed pursuant to one scheme or course of conduct, in violation of s. 812.014(2)(b) and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

**COUNT 2**

    And the aforesaid Assistant State Attorney, under oath, further information makes MARGLLI GALLEGO, on or between December 06, 2016 and January 11 2017, in the County and State aforesaid,   did knowingly, unlawfully and feloniously obtain or use or did endeavor to obtain or use  and/or U.S. coin or currency, valued at twenty thousand dollars ($20,000.00) or more but less than one hundred thousand dollars ($100,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, with the intent to either temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or appropriate the property to said defendant's own use or to the use of a person not entitled thereto, and/or  and the takings were committed pursuant to one scheme or course of conduct, in violation of s. 812.014(2)(b) and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

## COUNT 3

    And the aforesaid Assistant State Attorney, under oath, further information makes MARGLLI GALLEGO, on or between November 11, 2016 and January 20 2017, in the County and State aforesaid,   did unlawfully and feloniously engage in a scheme to defraud as defined by s. 817.034(3)(d), by engaging in a systematic, ongoing course of conduct with intent to defraud one or more persons and/or obtain property from one or more persons, to wit: US coin or currency, by false, fraudulent pretenses, representations, or promises or willful misrepresentations of a future act, and did thereby obtain property, to wit: US coin or Currency, of an aggregate value of twenty thousand dollars ($20,000.00) or more but less than fifty thousand dollars ($50,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, in violation of s. 817.034(4)(a)2 and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

## COUNT 4

And the aforesaid Assistant State Attorney, under oath, further information makes MARGLLI GALLEGO, on or between July 30, 2016 and March 31 2018, in the County and State aforesaid,   did unlawfully and feloniously engage in a scheme to defraud as defined by s. 817.034(3)(d), by engaging in a systematic, ongoing course of conduct with intent to defraud one or more persons and/or obtain property from one or more persons, to wit: US coin or currency, by false, fraudulent pretenses, representations, or promises or willful misrepresentations of a future act, and did thereby obtain property, to wit: US coin or currency, of an aggregate value of twenty thousand dollars ($20,000.00) or more but less than fifty thousand dollars ($50,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, in violation of s. 817.034(4)(a)2 and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

## COUNT 5

    And the aforesaid Assistant State Attorney, under oath, further information makes MARGLLI GALLEGO, on or between July 30, 2016 and December 20 2016, in the County and State aforesaid,   did unlawfully and knowingly obtain or use, or endeavor to obtain or use, U.S. coin or currency valued at three hundred dollars ($300.00) or more, but less than five thousand dollars ($5,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, with the intent to either temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or appropriate the property to said defendant's own use or to the use of a person not entitled thereto, and/or  and the takings were committed pursuant to one scheme or course of conduct, in violation of s. 812.014(2)(C) and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

**COUNT 6**

    And the aforesaid Assistant State Attorney, under oath, further information makes MARGLLI GALLEGO, on or between January 12, 2017 and March 31 2018, in the County and State aforesaid,   did unlawfully and knowingly obtain or use, or endeavor to obtain or use, U.S. coin or currency valued at three hundred dollars ($300.00) or more, but less than five thousand dollars ($5,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, with the intent to either temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or appropriate the property to said defendant's own use or to the use of a person not entitled thereto, and/or  and the takings were committed pursuant to one scheme or course of conduct, in violation of s. 812.014(2)(C) and s. 777.011, Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

## COUNT 7

    And the aforesaid Assistant State Attorney, under oath, further information makes MARGLLI GALLEGO, on or between January 19, 2017 and January 20 2017, in the County and State aforesaid,   did unlawfully and knowingly obtain or use, or endeavor to obtain or use, U.S. coin or currency valued at three hundred dollars ($300.00) or more, but less than five thousand dollars ($5,000.00), the property of HAMMOCKS COMMUNITY ASSOCIATION, INC, as owner or custodian, with the intent to either temporarily or permanently deprive said owner or custodian of a right to the property or a benefit therefrom, or appropriate the property to said defendant's own use or to the use of a person not entitled thereto, and/or  and the takings were committed pursuant to one scheme or course of conduct, in violation of s. 812.014(2)(C), Fla. Stat., contrary to the form of the Statute in such cases  made and provided, and against the peace and dignity  of the State of Florida.

(CC#: F21005594)

**STATE OF FLORIDA, COUNTY OF MIAMI-DADE:**

    Personally known to me and/or appeared before me physically or by telecommunications, the Assistant State Attorney of the Eleventh Judicial Circuit of Florida whose signature appears below, being first duly sworn, says that the allegations set forth in this Information are based upon facts which have been sworn to as true, by a material witness or witnesses, and which if true, would constitute the offenses therein charged, and that this prosecution is instituted in good faith.

                                      _/s/ Mary Ernst_
                                      /s/ *Mary Ernst*

                                      Assistant State Attorney/Bar #: *76877*
                                      1350 NW 12th Ave., Miami, FL  (305) 547-0100

Sworn to and subscribed before me this  *31st*  day of  *January* , *2022* .



                                          *Loudes C. Rodriguez*
                              By  _____
                                    Deputy Clerk for Clerk of the Courts, or Notary Public

8:8:37 AM                                                                 01/31/2022

# CASE FILE SHEET

| **DEFENDANT(S):** | **COURT CASE #:** |
|---|---|
| GALLEGO, MARGLLI | F21005594 |

**Intake Atty:** 18488   **ERNST,MARY**           **Unit:** 056   Elderly Exploitation
**21st Day:**              **Arraign:** 05/14/2021   **DIVISION:** Fernandez-Karav
**Police #:** PD170804295007                **Book Date:**
**Department:** 030   Metro-Dade             **JailNum:** 210132340
**Arrest Date:** 04/15/2021                 **PID: RACE:** W   **Sex:** F
**Lead Officer:**                           **DOB:** 07/25/1981
**Dept/Station:**                           **IDS:** 3379532   **CIN:** 1237961
**Remarks:**

**PFC Date(s):** 05/25/2021

| **Arraignment Action** | **Date** | **Clerk File Date:** 03/31/2021 |
|---|---|---|
| | | **Domestic:** |
| | | **Lab #:** |
| | | **ME #:** |

**Case Filing Decision**       **Date**            **Propery Release:**
FF  Felony Filed              04/14/2021 10:39 a  **Extradite:** 1   Fel-Full extradition unless noted
                                                  **VictimType:**
                                                  **Min/Mandatory:** 4   Charged/Not Filed
                                                  **Tel/Video Depo:**
                                                  **Career Criminal:**

| T | D | CJIS | Description | Charge Filing Decision | | Count |
|---|---|---|---|---|---|---|
| F | 3 | 81201402CF3NB | G TFT 3D/BEF10/1/19 | | | |
| F | 2 | 81703404A2F2N | ORGANIZED FRD/20-50K | 90 | Nolle Prosse | |
| F | 2 | 81201402BF2NB | GRAND THEFT 2ND DEG | AF | Additional Felony Charge Filed | 1 |
| F | 2 | 81201402BF2NB | GRAND THEFT 2ND DEG | AF | Additional Felony Charge Filed | 2 |
| F | 2 | 81703404A2F2N | ORGANIZED FRD/20-50K | AF | Additional Felony Charge Filed | 3 |
| F | 2 | 81703404A2F2N | ORGANIZED FRD/20-50K | AF | Additional Felony Charge Filed | 4 |
| F | 3 | 9342150F3NA | COMM DEVICE/USE | | | |

ATTORNEY:_____        APPROVED:_____
     Assistant State Attorney                Assistant State Attorney

DATE:_____        DATE:_____

8:8:38 AM **CASE FILE SHEET** 01/31/2022

| **DEFENDANT(S):** | | | | **COURT CASE #:** | |
|---|---|---|---|---|---|
| F 3 | 81201402CF3NB | G TFT 3D/BEF10/1/19 | AF | Additional Felony Charge Filed | 5 |
| F 3 | 81201402CF3NB | G TFT 3D/BEF10/1/19 | AF | Additional Felony Charge Filed | 6 |
| F 3 | 81201402CF3NB | G TFT 3D/BEF10/1/19 | AF | Additional Felony Charge Filed | 7 |

ATTORNEY:_____  APPROVED:_____
           Assistant State Attorney                               Assistant State Attorney

       DATE:_____          DATE:_____