UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

## JOINT STATUS REPORT

The Court ordered[1] the parties to file a joint status report advising the Court of the status of Plaintiff Marglli Gallego's open criminal case, *i.e. State of Florida v. Marglli Gallego*, Miami-Dade County Case No. F21-5594.  After reviewing the docket, and speaking to the attorneys in *State v. Marglli Gallego*, the parties can advise the Court of the following:

    1.    *State v. Gallego* is set for Sounding on May 26, 2022.

    2.    *State v. Gallego* is set for Trial on June 6, 2022.

                                          Respectfully Submitted,

                                          Hilton Napoleon Esq., FBN 17593
                                          RASCO KLOCK  PEREZ NIETO
                                          2555 Ponce de Leon Blvd., Suite 600
                                          Coral Gables, Florida 33134
                                          Telephone: 305.476.7100
                                          Facsimile: 305.476.7102

---

[1] See [D.E. 77, 86].

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II

**CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that on or about March 28, 2022, undersigned counsel conferred with Ezra Greenberg regarding this status report and he agreed with the representations stated above.

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
Hilton Napoleon, II

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2022, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   By: /s/ *Hilton Napoleon, II*
                                                            Hilton Napoleon, II