UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

    Defendants.
_____/

## JOINT STATUS REPORT

The Court ordered[1] the parties to file a joint status reports advising the Court of the status of Plaintiff Marglli Gallego's open criminal case, *i.e. State of Florida v. Marglli Gallego*, Miami-Dade County Case No. F21-5594.

    1.    Gallego has not yet been brought to trial.

    2.    There is a status conference set for June 15, 2022 at 9:15 a.m.

---

[1] See [D.E. 77, 86].

Dated: June 13, 2022.

    Respectfully Submitted,

    Hilton Napoleon Esq., FBN 17593
    RASCO KLOCK  PEREZ NIETO
    2555 Ponce de Leon Blvd., Suite 600
    Coral Gables, Florida 33134
    Telephone: 305.476.7100
    Facsimile: 305.476.7102

    *Counsel for the Plaintiff, Marglli Gallego*

    By: /s/ *Hilton Napoleon, II*
         Hilton Napoleon, II

    GERALDINE BONZON-KEENAN
    Miami-Dade County Attorney
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, Florida  33128

By:    /s/ Ezra S. Greenberg
    Ezra S. Greenberg
    Assistant County Attorney
    Fla. Bar. No. 85018
    Telephone: (305) 375-5151
    Facsimile: (305) 375-5643
    Email: ezrag@miamidade.gov
    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this day on Plaintiff's counsel via CM/ECF.

    /s/ Ezra S. Greenberg
    Assistant County Attorney