# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-24374-BLOOM

MARGLLI  GALLEGO,

     Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

     Defendants.

_____/

### JOINT STATUS REPORT

The Court ordered[1] the parties to file a joint status report advising the Court of the status

of Plaintiff Marglli Gallego's open criminal case, *i.e. State of Florida v. Marglli Gallego*,

Miami-Dade County Case No. F21-5594.  After reviewing the docket, and speaking to the

attorneys in *State v. Marglli Gallego*, the parties can advise the Court of the following:

    1.    *State v. Gallego* is set for Sounding on November 3, 2022.

    2.    *State v. Gallego* is set for Trial on November 14, 2022.


                           Respectfully Submitted,

                           Hilton Napoleon Esq., FBN 17593
                           RASCO KLOCK  PEREZ NIETO
                           2555 Ponce de Leon Blvd., Suite 600
                           Coral Gables, Florida 33134
                           Telephone: 305.476.7100
                           Facsimile: 305.476.7102

_____

[1] See [D.E. 90].

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
        Hilton Napoleon, II

## **CERTIFICATE OF GOOD FAITH CONFERENCE**

I hereby certify that on or about June 27, 2022, undersigned counsel conferred with Ezra

Greenberg regarding this status report and he agrees with the representations as stated above.

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK  PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102

*Counsel for the Plaintiff, Marglli Gallego*

By: /s/ *Hilton Napoleon, II*
        Hilton Napoleon, II

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 27, 2022, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel and parties of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ *Hilton Napoleon, II*
Hilton Napoleon, II