## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CV-24374-BLOOM

MARGLLI GALLEGO,

     Plaintiff,

v.

IVETTE PEREZ, *et al.*,

     Defendants.

_____

### NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 11.1(d)(3)(B), the undersigned Assistant County Attorney is hereby substituting as counsel for former Assistant County Attorney Ezra Greenberg, whose appearance is hereby withdrawn.  Accordingly, all future filings, notices, correspondence, papers, and other documents filed, served, or transmitted in this case should be sent to the undersigned counsel.

Dated: September 6, 2022

Respectfully submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center, Suite 2810
111 Northwest First Street
Miami, Florida 33128-1993

By: */s/ Bernard Pastor*
    Bernard Pastor
    Assistant County Attorney
    Florida Bar Number 0046581
    Telephone: (305) 375-5151
    Email: pastor@miamidade.gov

CASE NO. 20-CV-24374-BLOOM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served on all counsel of record via CM/ECF.

*Bernard Pastor*
Assistant County Attorney