## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

      Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,
all individually, and who are all residents
of the State of Florida,

      Defendants.

_____/

### JOINT STATUS REPORT

The Court ordered the parties to file a joint status reports advising on the status of Plaintiff Marglli Gallego's open criminal case: *State of Florida v. Marglli Gallego*, Case No. F21-5594. *See* [D.E. 77, 92].

1.     Ms. Gallego has not yet been brought to trial on Case No. F21-5594 (Grand Theft/Organized Fraud). With respect to this case, the sounding is set for February 2, 2023, and the trial is set for February 13, 2023.

2.     On November 17, 2022, however, the Court revoked Ms. Gallego's bond in Case No. F21-5594 because a new criminal case was filed against her: *State of Florida v. Marglli Gallego*, Case No. F22-20919 (Racketeering/Organized Fraud). The arraignment in this case is set for December 6, 2022.

Dated: November 22, 2022                     Respectfully Submitted,

Hilton Napoleon Esq., FBN 17593
RASCO KLOCK PEREZ NIETO
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, Florida 33134
Telephone: 305.476.7100
Facsimile: 305.476.7102
*Counsel for the Plaintiff, Marglli Gallego*

By:   */s/ Hilton Napoleon II*
      Hilton Napoleon, II


GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By:      */s/ Bernard Pastor*
         Bernard Pastor
         Assistant County Attorney
         Fla. Bar. No. 46582
         Telephone: (305) 375-5151
         Facsimile: (305) 375-5643
         Email: pastor@miamidade.gov
         *Counsel for Defendants*