UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, *et al.*,

    Defendants.
_____/

**ORDER ON REMAND**

**THIS CAUSE** is before the Court on the Mandate issued by the United States Court of Appeals for the Eleventh Circuit, dated July 10, 2024. ECF No. [95]. Pursuant to the Eleventh Circuit's Judgment entered on June 11, 2024, *Gallego v. Perez, et al.*, Case No. 21-13212, 2024 WL 2930451 (11th Cir. June 11, 2024), this Court is ordered to grant Defendants' Carlos Luffi and Ivette Perez's Motion to Dismiss, ECF No. [53], because they are entitled to qualified immunity.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants Carlos Luffi and Ivette Perez's Motion to Dismiss, **ECF No. [53]**, is **GRANTED**;

2. The above-styled case is **DISMISSED** with respect to Defendants Carlos Luffi and Ivette Perez **ONLY**;

3. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED** with respect to Defendants Carlos Luffi and Ivette Perez only.

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 17, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record