**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,
v.

RICKY GARCIA, FLAVIO ESCOBAR,

    Defendants.
_____/

## **DEFENDANTS'** *UNOPPPOSED* **MOTION TO REPOPEN CASE**

Defendants, Ricky Garcia and Flavio Escobar, move to reopen this case in light of the Mandate issued by the United States Court of Appeals for the Eleventh Circuit.

1. On February 14, 2022, this Court entered an order staying, and closing, this case pending the issuance of a Mandate by the U.S. Court of Appeals for the Eleventh Circuit in connection with the interlocutory appeal filed by Defendants Carlos Luffi and Ivette Perez. [ECF No. 77]

2. On July 10, 2024, the Eleventh Circuit Court of Appeals issued a Mandate, remanding the case to this Court with instructions to grant the motions to dismiss. [ECF No. 95].

3. As a result, on July 17, 2024, this Court entered on order granting the motions to dismiss by Defendants Luffi and Perez and dismissing the case against them only. [ECF No. 96].

4. The case, however, remains open with respect to Defendants Garcia and Escobar. Thus, Defendants request that the Court reopen the case to allow the parties to proceed with discovery.

5. In compliance with Local Rule 7.1(a)(2), a proposed order (in Microsoft Word) is attached and will be submitted to chambers via email.

**CERTIFICATE OF CONFERRAL**

Counsel for Defendants conferred with Plaintiff's counsel regarding this motion; Plaintiff's counsel <u>does not</u> oppose the relief sought herein.

Dated: May 7, 2025

Respectfully Submitted,

GERALDINE BONZON-KEENAN
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

By:  /s/ *Bernard Pastor*
Bernard Pastor
Assistant County Attorney
Fla. Bar. No. 46582
Telephone: (305) 375-5151
Email: pastor@miamidade.gov
*Counsel for Defendants*