**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

RICKY GARCIA, FLAVIO ESCOBAR,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court on Defendants' *Unopposed* Motion to Reopen Case [ECF No. 97] ("Motion"), filed on May 7, 2025. The Court has reviewed the motion, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Motion, [ECF No. 97] is **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on May ___, 2025.

                                                    **BETH BLOOM**
                                                  **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record