UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-cv-24374-BLOOM/Otazo-Reyes**

MARGLLI GALLEGO,

    Plaintiff,

v.

RICKY GARCIA, FLAVIO ESCOBAR,

    Defendants.

_____/

**ORDER AMENDING SCHEDULING ORDER
AND CERTAIN PRETRIAL DEADLINES**

**THIS CAUSE** is before the Court in light of the Court's Order to reopen this case, ECF No. [98]. As previously stated, upon disposition of the Appeal in this case, the Court would enter an an amended scheduling order. *See* ECF No. [69] Accordingly, it is **ORDERED AND ADJUDGED** that the Scheduling Order, **ECF No. [62]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **December 15, 2025, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, December 9, 2025**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| May 30, 2025 | The parties shall select a mediator pursuant to Local Rule 16.2, shall **schedule a time, date, and place for mediation**, and shall jointly **file a notice, and proposed order scheduling mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. If |

Case No. 20-cv-24374-BLOOM/Otazo-Reyes

the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **three (3) days** of mediation, the parties are required to file a mediation report with the Court. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.**

| | |
|---|---|
| July 8, 2025 | All motions to amend pleadings or join parties are filed. |
| July 22, 2025 | Parties disclose experts and exchange expert witness summaries or reports. |
| August 5, 2025 | Parties exchange rebuttal expert witness summaries or reports. |
| August 19, 2025 | All discovery, including expert discovery, is completed. |
| September 2, 2025 | Parties must have completed mediation and filed a mediation report. |
| September 10, 2025 | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| December 1, 2025 | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 9, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record