UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24374-BLOOM

MARGLLI GALLEGO,

    Plaintiff,

v.

RICKY GARCIA, FLAVIO ESCOBAR,

    Defendants.

_____/

## **DEFENDANTS' NOTICE REGARDING COURT'S ORDER AND MEDIATION**

Defendants, Ricky Garcia and Flavio Escobar, file this notice informing the Court of their inability to comply with this Court's May 12, 2025 order, which requires the parties, by May 30 2005, to select a mediator, schedule a time and place for mediation, and jointly file a motion and proposed order scheduling the mediation. *See* [ECF No. 99] at 1. The undersigned has attempted to confer with Plaintiff's counsel to ensure compliance with the Court's order, but Plaintiff's counsel has failed to respond to these inquiries and requests. As a result, Defendants cannot comply with the Court's order regarding mediation.

Dated: May 30, 2025

                                            Respectfully Submitted,

                                            GERALDINE BONZON-KEENAN
                                            Miami-Dade County Attorney
                                            Stephen P. Clark Center
                                            111 N.W. 1st Street, Suite 2810
                                            Miami, Florida 33128

                           By:    /s/ *Bernard Pastor*
                                       Bernard Pastor
                                       Assistant County Attorney
                                       Fla. Bar. No. 46582
                                       Telephone: (305) 375-5151
                                       Email: pastor@miamidade.gov
                                       *Counsel for Defendants*