**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CIVIL DIVISION

CASE NO.: 20-cv-24374-BB

MARGLLI GALLEGO,

    Plaintiff,

v.

IVETTE PEREZ, CARLOS LUFFI,
RICKY GARCIA, FLAVIO ESCOBAR,

    Defendants.

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR MARGLLI GALLEGO**

Undersigned counsels, Hilton Napoleon, II, Esq., respectfully moves for an Order of this Court granting him leave to withdraw as counsel for Plaintiff Marglli Gallego. Undersigned counsel states the following in support thereof:

1. Ms. Gallego retained undersigned counsel to represent her after she was detained by Miami-Dade Police Officers.

2. A conflict of interest has arisen between Mrs. Gallego and undersigned counsel – such that counsel is unable to continue representing her.

3. Undersigned counsel certifies that he has good cause to withdraw.

4. Undersigned counsel further certifies that he notified Ms. Gallego, who is currently incarcerated at TGK in Miami, by way of her criminal attorney of his intent to withdraw.

5. Ms. Gallego does not object to counsel withdrawing.

WHEREFORE, Hilton Napoleon, II, Esq., respectfully requests that this Honorable Court enter an Order granting his motion to withdraw as counsel for Plaintiff Marglli Gallego.

Dated: June 13, 2025.

          Respectfully Submitted,

          Hilton Napoleon, II, Esq., FBN 17593
          2525 Ponce de Leon Blvd., Suite 300
          Coral Gables, FL 33134
          Ph: (305) 510-7106
          hilton@napoleonfirm.com
          assistant@napoleonfirm.com

          Counsel for Plaintiff, Marglli Gallego

          By: /s/ *Hilton Napoleon, II*
            Hilton Napoleon, II

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2025, I filed the foregoing document with the Clerk of the Court using the CM/ECF system, which serves a copy on all counsel and parties of record. I also certify that I provided a copy to all parties who are not authorized to receive electronically Notices of Electronic Filing.

          By: /s/ *Hilton Napoleon, II*
            Hilton Napoleon, II

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that on June 13, 2025, undersigned counsel conferred with Defendants' counsel, who stated he does not object to this motion, provided that the current scheduling order is modified, if needed, to account for any delay caused from the withdrawal and the discovery due to Defendants, which was due on June 12, 2025.

          By: /s/ *Hilton Napoleon, II*
            Hilton Napoleon, II