UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-24374-CIV-BLOOM

MARGLLI GALLEGO

    Plaintiff,

v.

RICKY GARCIA and
FLAVIO ESCOBAR,

    Defendants.

_____/

**DEFENDANTS' MOTION TO COMPEL PLAINTIFF
TO RESPOND TO OUTSTANDING DISCOVERY**

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, and Rule 26.1 of the Local Rules for the Southern District of Florida, Defendants, Ricky Garcia and Flavio Escobar ("Defendants"), move to compel Plaintiff to respond to their discovery requests, all of which remain unanswered.

On May 13, 2025, Plaintiff was served with Defendants' First Set of Interrogatories and Defendants' First Request For Production of Documents (copies are attached hereto as Composite Exhibit "A"); responses to these four discovery requests were due on June 12, 2025. To date, Plaintiff has neither responded nor objected to any of these discovery requests.

Defendants are aware of the Motion to Withdraw filed by Plaintiff's counsel on June 13, 2025 [ECF No. 102] (the day after the discovery responses were due), but are equally mindful of the rapidly-approaching deadlines in the Court's Order Amending Scheduling Order and Certain Pretrial Deadlines [ECF No. 99]. In particular, the parties must disclose experts and exchange expert witness summaries and reports by July 22, 2025 (almost one month away), and the discovery deadline is August 19, 2025. Given these deadlines, Plaintiff's failure to respond to the

outstanding discovery requests will prejudice Defendants by hindering their ability to properly prepare for and litigate this matter in compliance with the current deadlines. Indeed, Plaintiff's deposition, scheduled for tomorrow, had to be cancelled because no discovery responses were produced. Accordingly, Defendants request that the Court enter an order compelling Plaintiff to immediately provide responses to all outstanding discovery requests.

## CERTIFICATE OF CONFERRAL

Counsel for Defendants conferred with Plaintiff's counsel regarding this motion: Plaintiff's counsel takes no position in light of his pending Motion to Withdraw.

Dated: June 17, 2025                              Respectfully Submitted,

                                                  GERALDINE BONZON-KEENAN
                                                  Miami-Dade County Attorney
                                                  Stephen P. Clark Center
                                                  111 N.W. 1st Street, Suite 2810
                                                  Miami, Florida 33128

                              By:    /s/ *Bernard Pastor*
                                     Bernard Pastor
                                     Assistant County Attorney
                                     Fla. Bar. No. 46582
                                     Telephone: (305) 375-5151
                                     Email: pastor@miamidade.gov
                                     *Counsel for Defendants*