**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-24374-BLOOM**

MARGLLI GALLEGO,

     Plaintiff,

v.

IVETTE PEREZ, *et al.*,

     Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** is before the Court upon the Motion to Withdraw filed by Hilton Napoleon, II, counsel for Plaintiff, on June 13, 2025, ECF No. [102] ("Motion"). The Court has carefully reviewed the Motion, the record, and the applicable law, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [102]**, is **GRANTED** as follows:

1. Hilton Napoleon, II is relieved from any further responsibilities in the representation of Plaintiff in this matter.

2. Plaintiff Gallego, no later than **July 14, 2025,** shall either retain counsel or notify the Court of his/her intention to proceed pro se.

3. Failure by Plaintiff to comply will result in appropriate sanctions, including dismissal without prejudice and without further notice.

4. All other case deadlines remain strictly in place.

5. All associated papers and pleadings shall be served upon Plaintiff at her last known addresses per counsel's representation in the Motion, enter address.

Case No. 20-cv-24374-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 1, 2025.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Turner Guilford Knight Correctional Center
Attention: Marglli Gallego
Jail No. 220158953, Cell Location K44
7000 NW 41st St, Miami, FL 33166